

**WISCONSIN
DEPT. OF NATURAL RESOURCES**

## Sta.._ of Wisconsin \ DEPARTMENT _F NATURAL RESOURCES

Jim Doyle, Governor
Scott Hassett, Secretary

101 S. Webster St.
Box 7921
Madison, Wisconsin 53707-7921
Telephone 608-266-2621
Fax 608-267-3579
TTY 608-267-6897

October 19, 2006

FILE CODE: 4560-1

FID # : 111081520

PERMIT #: 06-DCF-166

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Mr. Dow Didion - President
Didion Milling, Inc.
501 South Williams Street
Cambria, WI 53923

Dear Mr. Didion:

Your application for an air pollution control construction permit has been processed in accordance with s. 285.61, Wis. Stats.

The enclosed permit is issued to provide authorization for your source to Construction and initially operate in accordance with the requirements and conditions set forth within Parts I and II of the permit. Please read it carefully. This permit expires **18 months** after the day this permit is issued. The source(s) covered in this permit may not operate after this permit expires unless a complete operating permit application for the source(s) has been submitted. Compliance information required to complete the operation permit application for the source(s) included in this construction permit should be submitted at least **4 months** prior to the permit expiration date.

Enclosed with the permit is a bill for the cost of reviewing and acting upon your air pollution control permit. This bill is due and payable within 30 days of the date of the issuance of the permit. The remittance should be made payable to Wisconsin Department of Natural Resources and returned to the address on the bill. Please return one copy of the bill with your payment.

A copy of this permit should be available at the source for inspection by any authorized representative of the Department. Questions about this permit should be directed to the South Central Region Air Program, Reedsburg Area Office.

**FILE COPY**

### NOTICE OF APPEAL RIGHTS

If you believe that you have a right to challenge this decision, you should know that Wisconsin statutes establish time periods within which requests to review Department decisions must be filed.

To request a contested case hearing pursuant to s. 285.81, Wis. Stats., you have 30 days after the decision is mailed, or otherwise served by the Department, to serve a petition for a contested case hearing on the Secretary of the Department of Natural Resources. Any such petition for hearing shall set forth specifi-



EXHIBIT 26
1/3/08
Didion EZ
Professional Reporters, Ltd.

CTD
001621

cally the issue sought to be reviewed, the interest of the petitioner, the reasons why a hearing is warranted and the relief desired.

For judicial review of a decision pursuant to ss. 227.52 and 227.53, Wis. Stats., you have 30 days after the decision is mailed, or otherwise served by the Department, to file your petition with the appropriate circuit court and serve the petition on the Department. Such a petition for judicial review shall name the Department of Natural Resources as the respondent.

This notice is provided pursuant to s. 227.48(2), Wis. Stats.

STATE OF WISCONSIN
DEPARTMENT OF NATURAL RESOURCES

Don C. Faith III
Air Management Engineer

cc:     Michael Sloat — South Central Region Air Program, Reedsburg Area Office
        Air Enforcement Branch – EPA, Region 5

Enclosure

BEFORE THE DEPARTMENT OF NATURAL RESOURCES
AIR MANAGEMENT PROGRAM
FINDINGS OF FACT
CONCLUSIONS OF LAW
AND DECISION

### Findings of Fact

The Department of Natural Resources (DNR) finds that:

1) Didion Milling, Inc., 501 South Williams Street, Cambria, Columbia, Wisconsin, has applied for an air pollution control construction permit. The authorized representative of the facility is Mr. Dow Didion, President.

2) Didion Milling, Inc. submitted an air pollution control permit application and plans and specifications and any additional information describing the air pollution source on May 26, 2006; June 9, 2006; June 26, 2006; July 14, 2006; July 20, 2006; July 31, 2006; August 2, 2006; August 15, 2006; August 18, 2006; August 29, 2006; August 31, 2006 and September 1, 2006.

3) DNR has reviewed Didion Milling, Inc.'s air permit application, plans, specifications and other information available to DNR.

4) DNR has prepared an analysis and a Preliminary Determination on the approvability of the permit application.

5) This permit is for the Construction of an air pollution source.

6) DNR has complied with the procedures set forth in s. 285.61, Wis. Stats.

7) The Department has received comments on the proposed action, and has considered these comments in making its final decision.

8) The proposed air pollution source meets all of the applicable criteria in s. 285.63, Wis. Stats.

9) DNR has complied with the requirements of s. 1.11, Wis. Stats., and ch. NR 150, Wis. Adm. Code.

### Conclusions of Law

DNR concludes that:

1) DNR has authority under s. 285.11(1), Wis. Stats., to promulgate rules contained in chs. NR 400 – 499, Wis. Adm. Code, including but not limited to rules containing emission limits, compliance schedules and compliance determination methods.

2) DNR has the authority under ss. 285.11(1), (5), and (6), 285.27 (1) and (2) and 285.65, Wis. Stats., and chs. NR 400 – 499, Wis. Adm. Code, to establish emission limits for sources of air pollution.

3) DNR has the authority to issue air pollution control permits and to include conditions in such permits under ss. 285.60, 285.61, 285.63 and 285.65, Wis. Stats.

4) The emission limits included in this permit are authorized by ss. 285.65, Wis. Stats., and chs. NR 400 – 499, Wis. Adm. Code.

5) DNR is required to comply with s. 1.11, Wis. Stats., and ch. NR 150, Wis. Adm. Code, in conjunction with issuing an air pollution control permit.

### Decision

Didion Milling, Inc. is authorized to construct and initially operate a 50 million gallon per year fuel grade ethanol production facility, and modification of a grain storage / drying operation as described in plans and specifications dated May 26, 2006; June 9, 2006; June 26, 2006; July 14, 2006; July 20, 2006; July 31, 2006; August 2, 2006; August 15, 2006; August 18, 2006; August 29, 2006; August 31, 2006 and September 1, 2006 in conformity with the emission limits, monitoring, recordkeeping and reporting requirements and specific and general conditions set forth in this permit.

## AIR POLLUTION CONTROL CONSTRUCTION PERMIT

EI FACILITY NO:  111081520

PERMIT NO.:  06-DCF-166 – Construction

STACK NOS.  S34, S35, S36; S30, S32, S33; F05; T01, T02, T03, T04, T05; S15, S16; S01, S08, S10, S11, S12, S14; S17, S21, S22; F18; S37; F03, F04, F06, F08

SOURCE NOS.  B04, B05, B06, P30, P31, P32, P33, P34, P35, P36, P37, P38, P39, , P40, P41, , P42, P43, P44,, P45, P46, P47, P48,, P49, P50, P52, P53, P54, P55, F05; T01, T02, T02, T03, T04, T05; B01, B02; P01, P08, P10, P11, P12, P14/P22/P23, P15, P19, P20, P16; P56, P57; F03, F04, F06, F08

**This Authorization to Construct Expires Eighteen (18) Months From the Date of Issuance (and may be extended). The conditions of the construction permit are permanent, unless revised, modified, superseded or revoked.**

In compliance with the provisions of Chapter 285, Wis. Stats., and Chapters NR 400 to NR 499, Wis. Adm. Code,

Name of Source:   Didion Milling, Inc.

Street Address:    501 South Williams Street, Cambria, Columbia County, Wisconsin

Responsible Official, & Title:    Mr. Dow Didion, President

is authorized to construct a 50 million gallon per year fuel grade ethanol production facility, modify and operate a grain mill and fuel grade ethanol production facility described in the plans and specifications dated May 26, 2006; June 9, 2006; June 26, 2006; July 14, 2006; July 20, 2006; July 31, 2006; August 2, 2006; August 15, 2006; August 18, 2006; August 29, 2006; August 31, 2006 and September 1, 2006, in conformity with the conditions herein.

This authorization requires compliance by the permit holder with the emission limitations, monitoring requirements and other terms and conditions set forth in Parts I and II hereof.

Dated at Madison, Wisconsin _____ **October 19, 2006** _____

STATE OF WISCONSIN
DEPARTMENT OF NATURAL RESOURCES
For the Secretary

By _____
Kevin Kessler
Acting Director, Bureau of Air Management

# PART I
## APPLICABLE LIMITATIONS AND REQUIREMENTS

A. Processes P30, P31, P32, P33, P34, P35; Control Device(s) C30, Stack(s) S30 – Slurry Tank (P30; 11,000 gal), Liquefaction Tank (P31; 58,200 gal), Fermentation Tanks #1 - #3 (P32 - P34; 560,200 gallon each), Beerwell (P35; 729,400 gal. tank). Fermentation Wet Scrubber (C30) [Conditions from 06-DCF-166]

| Pollutant: | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Volatile organic compound (VOC) Emissions | (1) Latest Available Control Techniques and operating practices (LACT). LACT is operation of a fermentation wet scrubber, as a part of the processes, achieving at least 98% control of VOC emissions, and subsequent operation of a carbon dioxide plant if there is sufficient market for liquefied carbon dioxide. [s. NR 424.03(2)(c), Wis. Adm. Code]<br><br>(2) 3.1 pounds per hour[1]. [s.285.65(7), Wis. Stats.; s. NR 406.10 and s. NR 424.03(2)(c), Wis. Adm. Code] | (1) Whenever the processes are in operation, and/or fermentation is occurring, the permittee shall direct the fermentation process exhausts to an operating, properly sized wet scrubber (C30). [s. NR 406.10, Wis. Adm. Code and s. 285.65(7), Wis. Stats.]<br><br>(2) The pressure drop across the wet scrubber shall be maintained between 2 to 10 inches of water column gauge pressure, or with written approval from the Department, an alternative range determined to demonstrate compliance. [s. NR 407.09(1)(c), Wis. Adm. Code]<br><br>(3) Prior to initial stack testing, the fermentation wet scrubber shall have a water flow / fresh water addition rate of at least 30.0 gpm and not less than the amount needed to achieve compliance with the limitations. The flow rate may not be less than the level/range used during the most recent stack test that demonstrated compliance, and not less than 25 gpm. [s. NR 445.04, Wis. Adm. Code]<br><br>(4) The facility shall conduct a compliance emissions test of the wet scrubber to determine its control efficiency, inlet concentration, exit concentration, VOC and acetaldehyde emission rate. This test shall be conducted within 180 days of initial operation. See additional stack testing conditions under I.X.4. [s. NR 439.03, Wis. Adm. Code] | (1) Reference Test Method for Volatile Organic Compound Emissions: Whenever compliance emission testing is required, the appropriate U.S. EPA Method; 18 or 25/25A shall be used to demonstrate compliance. Use of Method 25/25A results shall be appropriately adjusted to reflect emissions as VOCs. When approved in writing an equivalent test method may be substituted for the required test method. [s. NR 439.06(3)(a) and (8), Wis. Adm. Code]<br><br>(2) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the scrubber. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The facility shall monitor and record the flow rate of water to the scrubber and the pressure drop across the scrubber / demister at least once every 8 hours or once per day, whichever yields the greatest number of measurements. [s. NR 439.055(2)(b), Wis. Adm. Code]<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the scrubber, containing the date of the action, initials of inspector, and the results. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) Instrumentation to monitor the pressure drops and flow rates in the scrubber shall be installed and operated properly. [s. NR 439.055(1)(a), Wis. Adm. Code]<br><br>(6) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

[1] The VOC emission limit of 3.1 pounds per hour is based on an estimated control efficiency of 98+% from the process wet scrubber. LACT applies as it has been determined that obtaining 85% control of the emissions from (exiting) the scrubber is not feasible under the standards applied under ch. NR 424, Wis. Adm. Code.

A. Processes P30, P31, P32, P33, P34, P35; Control Device(s) C30, Stack(s) S30 – Slurry Tank (P3o; 11,000 gal), Liquefaction Tank (P31; 58,200 gal), Fermentation. Tanks #1 - #3 (P32 - P34; 560,200 gallon each), Beerwell (P35; 729,400 gal. tank), Fermentation Wet Scrubber (C30) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | | (7) The permittee shall retain on site current plans and specifications of these processes and of the Carbon Dioxide (CO2) collection process if subsequently installed. The facility shall also maintain records of operation of the Carbon Dioxide (CO2) collection process if installed. [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) 20% Opacity [s. NR 431.05(1), Wis. Adm. Code] | (1) The requirements in I.A.1.b. [s. 285.65(3), Stats.] | (1) Whenever visible emissions compliance testing is required, USEPA Method 9 in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 484.04, Wis. Adm. Code shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) The recordkeeping requirements in I.A.1.c. [s. NR 439.04, Wis. Adm. Code] |
| 3. Acetaldehyde, Emissions | (1) Emissions may not exceed 0.75 pounds per hour. [s. NR 406.10, and s. NR 445.07, Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(2) Stack Parameters These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br><br>(a) The stack height shall be at least 40.0 feet above ground level. [s. 285.65(3), Stats.; s. NR 445.07 and s. NR 406.10, | (1) Whenever any of the processes are in operation, and/or fermentation is occurring, the permittee shall direct the fermentation process exhausts to an operating, properly sized wet scrubber. [s. NR 406.10, Wis. Adm. Code and s. 285.65(7), Wis. Stats.]<br><br>(2) The pressure drop across the wet scrubber shall be maintained between 2 to 10 inches of water column gauge pressure, or with written approval from the Department, an alternative range determined to demonstrate compliance. [s. NR 407.09(1)(c), Wis. Adm. Code]<br><br>(3) Prior to initial stack testing, the fermentation wet scrubber shall have a water flow / fresh water addition rate of at least 30.0 gpm and not less than the amount needed to achieve compliance with the limitations. The flow rate may not be less than the level/range used during the most recent stack test | (1) Whenever Formaldehyde or other aldehyde (e.g. Acetaldehyde) compliance testing is required, USEPA Method 0011, shall be used. When approved in writing, an equivalent test method may be substituted for the required test method. [s. NR 439.06(8), Wis. Adm. Code]<br><br>(2) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the scrubber. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The facility shall monitor and record the flow rate of water to the scrubber and the pressure drop across the scrubber / demister at least once every 8 hours or once per day, whichever yields the greatest number of measurements. [s. NR 439.055(2)(b), Wis. Adm. Code]<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the scrubber, containing the date of the action, initials of inspector, and the results. [s. NR 439.04(1)(d), Wis. Adm. |

FID 111081520; Permit No. 06-DCF-166.

A. Processes P30, P31, P32, P33, P34, P35; Control Device(s) C30, Stack(s) S30 – Slurry Tank (P30; 11,000 gal), Liquefaction Tank (P31; 58,200 gal), Fermentation Tanks #1 - #3 (P32 - P34; 560,200 gallon each), Beerwell (P35; 729,400 gal. tank). Fermentation Wet Scrubber (C30) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | Wis. Adm. Code] | that demonstrated compliance, and not less than 25 gpm. [s. NR 445.04, Wis. Adm. Code]. | Code] |
| | (b) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats.; s. NR 445.07 and s. NR 406.10, Wis. Adm. Code] | (4) The permittee shall maintain the records in I.A.3.c.(6) for stack parameters. [s. NR 407.09(4)(a)1, Wis. Adm. Code] | (5) Instrumentation to monitor the pressure drops and flow rates in the scrubber shall be installed and operated properly. [s. NR 439.055(1)(a), Wis. Adm. Code] |
| | | (5) See I.A.1.a.(1)  [s. NR 407.09(4)(a)1, Wis. Adm. Code] | (6) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.   [s. NR 439.04(1)(d), Wis. Adm. Code] |
| | | (6) See I.A.1.b.(4). [s. NR 439.06, Wis. Adm. Code] | (7) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

CTD
001628

FID 11108152D; Permit No. 06-DCF-166.

B. Process(es) P36, P37, P38, P39, P40, P41, P42, P43, P44, P45, P46, P47, P48, Control Device(s) C31, C32 Stack(s) S32 – Yeast Tank (P36;146,000 gal.), Distillation 5,707 gal/hr beer (Beer Column - P37, Stripper - P38, Rectifier - P39), Molecular Sieve (P40; 5707 gal/hr beer), Evaporator (P41; 16,030 DDGS solids/hr), Whole Stillage Tank (P42.; 138,200 gallons), Thin Stillage Tank (P43; 102,000 gallons), Syrup Tank (P44; 149,800 gallons), Centrifuges #1 - #4 (P45 - P48), Vent Gas Wet Scrubber (C31)    [Conditions from 06-DCF-166]

| Pollutant. | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Volatile organic compound (VOC) Emissions | (1) VOC emissions from the process are subject to the requirement to provide 85% control of process emissions. [s. NR 424.03(2)(a), Wis. Adm. Code]<br><br>(2) The Regenerative Thermal Oxidizer (RTO) shall provide 95% overall control of VOC emissions. [s. 285.65(3) and (7), Wis. Stats.; s. NR 406.10, Wis. Adm. Code]<br><br>(3) The processes may not emit more than 6.05 pounds of VOC per hour (aggregate) from stack S32 (from DDGS drying / cooling, vent gas scrubbing and loadout combined). [s. NR 406.10, and s. NR 424.03(2), Wis. Adm. Code; s. 285.65(7), Wis. Stats.] | (1) Whenever any of the processes are in operation, the permittee shall direct the exhausts to an operating, properly sized wet scrubber (C31). [s. NR 406.10, Wis. Adm. Code and s. 285.65(7), Wis. Stats.]<br><br>(2) The exhaust from the wet scrubber shall be directed to the RTO (C32/S32). [s. NR 406.10, Wis. Adm. Code and s. 285.65(7), Wis. Stats.]<br><br>(3) Refer to I.C.3.b. | (1) Reference Test Method for Volatile Organic Compound Emissions: Whenever compliance emission testing is required, the appropriate U.S. EPA Method; 18 or 25/25A shall be used to demonstrate compliance. Use of Method 25/25A results shall be appropriately adjusted to reflect emissions as VOCs. When approved in writing an equivalent test method may be substituted for the required test method. [s. NR 439.06(3)(a) and (8), Wis. Adm. Code]<br><br>(2) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the scrubber. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the scrubber, containing the date of the action, initials of inspector, and the results.    [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(4) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

F/D 111081520; Permit No. 06-DCF-166.

Page 6 of 72

C. Stack, S32; Processes P49, P50; P52, P53; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr) Railcar ethanol loadout (P52; 800 gpm), Tanker truck ethanol loadout (P53; 500 gpm) (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter Emissions | (1) 3.6 pounds per hour. [s. 285.65(3), Wis. Stats.; s. NR 406.10, s. NR 415.05, and s. NR 404.04(3), Wis. Adm. Code]² | (1) The control device cyclones (multiclones) shall be in line and shall be operated at all times when the dryer process is in operation. [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(2) The Regenerative Thermal Oxidizer, (RTO) shall be in line and shall be operated at all times when the drying process / cooling cyclone are in operation. [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(3) The RTO control (setpoint) temperature shall be maintained within the range of least 1400° F, not more than 1650° F and not less than the temperature maintained during the most recent compliance demonstration test that demonstrates compliance. [s NR 407.09(4)(a)1., Wis. Adm. Code] | (1) Reference Test Method for Particulate Matter Emissions: Whenever particulate matter emission testing is required, the permittee shall use the appropriate U.S. EPA Method 5, 5A, 5B, 5D, 5E, 5F, 5G, 5H or 17 including condensable backhalf emissions (U.S. EPA Method 202). [s. NR 439.06(1), Wis. Adm. Code]<br><br>(2) The permittee shall monitor and record the pressure drop across the multicyclone at least once per operating shift. [s. NR 439.055, Wis. Adm. Code]<br><br>(3) The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes), and other operating parameters as needed, to assure proper operation of the dryers and RTO. [s. NR 439.055, Wis. Adm. Code]<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the multicyclone and RTO, containing the date of the action, initials of inspector, and the results. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The permittee shall record the actual amounts of natural gas burned in the dryer, per month. [s. NR 439.04(1)(d), Wis. Adm. Code] |

² This emission limit is needed to avoid any exceedance of an ambient air standard or increment. The emission limit is more restrictive than the limitation which would result under s. NR 415.05, Wis. Adm. Code.

CTD
001630

FID 111031520; Permit No. 06-DCF-166.

C. Stack, S32; Processes P49, P50, P52, P53; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr)  Railcar ethanol loadout (P52, 800 gpm), Tanker truck ethanol loadout (P53, 500 gpm)   (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter Emissions [Continued] | | (4) The pressure drop across the multiclones shall be maintained between 1 and 6 inches water column or with approval from the Department, an alternative range determined to demonstrate compliance.  [s NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(5) Compliance emission tests shall be conducted of the DDGS Drying system, ethanol loadout, vent gas scrubbing and RTO. These tests shall be conducted within 60 days of initial operation (start up). While operating at 100% capacity, the test will determine the following:<br>(a) PM emission rate.<br>(b) VOC emission rate, including destruction eff, (inlet and outlet emissions from RTO).<br>(c) NO$_x$ emission rate.<br>(d) CO emission rate, including destruction eff, (inlet and outlet emissions from RTO).<br>(e) Acetaldehyde emission rate.<br>(f) See additional stack testing conditions under I.X.4.<br>[s. NR 439.03, Wis. Adm. Code] | (6) The facility shall maintain prints, diagrams and other documentation of the process layout and of the multiclone design, specifications and emission guarantees.  [s. NR 439.04, Wis. Adm. Code]<br><br>(7) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |
| 2. Visible Emissions | (1) 20% Opacity [s. NR 431.05(1), Wis. Adm. Code] | (1) See I.C.1.b | (1) Whenever visible emissions compliance testing is required, USEPA Method 9 in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 484.04, Wis. Adm. Code shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) See I.C.1.c. |

CTD
001631

FID 111081526; Permit No. 06-DCF-166.

C. Stack, S32; Processes P49, P50; P52, P53; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr) Railcar ethanol loadout (P52; 800 gpm), Tanker truck ethanol loadout (P53; 500 gpm)   (2007) [Conditions from 06-DCF-166]

| Pollutant | a.   Limitations | b.   Compliance Demonstration | c.   Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 3. Volatile Organic Compounds (VOC) Emissions (from DDGS Dryer) | (1) VOC emissions from the process are subject to the requirement to provide 85% control of process emissions. [s. NR 424.03(2)(a), Wis. Adm. Code]<br><br>(2) The Regenerative Thermal Oxidizer (RTO) shall provide 95% overall control of VOC emissions. [s. 285.65(3) and (7), Wis. Stats.; s. NR 406.10, Wis. Adm. Code]<br><br>(3) The processes may not emit more than 6.05 pounds of VOC per hour (aggregate) from stack S32 (from DDGS drying / cooling, vent gas scrubbing and loadout combined). [s. NR 406.10, and s. NR 424.03(2), Wis. Adm. Code; s. 285.65(7), Wis. Stats.] | (1) The Thermal Oxidizer (Regenerative Thermal Oxidizer, RTO) shall be in line and shall be operated at all times when the process is in operation and when emissions are being directed to the RTO (e.g. grain drying and/or loadout operations). [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(2) See I.C.1.b.(5) for testing requirements.<br><br>(3) The RTO control (setpoint) temperature shall be maintained within the range of at least 1400° F, not more than 1650° F and not less than the temperature maintained during the most recent compliance demonstration test that demonstrates compliance. [s NR 407.09(4)(a)1., Wis. Adm. Code] | (1) Reference Test Method for Volatile Organic Compound Emissions: Whenever compliance emission testing is required, the appropriate U.S. EPA Method, 18 or 25A shall be used to demonstrate compliance. Use of Method 25/25 results shall be appropriately adjusted to reflect emission as VOC's. When approved in writing an equivalent test method may be substituted for the required test method. [s. NR 439.06(3)(a) and (8), Wis. Adm. Code]<br><br>(2) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the RTO, containing the date of the action, initials of inspector, and the results.  [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes), and other operating parameters as needed, to assure proper operation of the dryers and RTO.  [s. NR 439.055, Wis. Adm. Code]<br><br>(4) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |
| 4. Volatile Organic Compound (VOC) emissions (from rail and truck loadout) | (1) No person may cause, allow or permit emissions of volatile organic compounds to the ambient air which substantially contribute to the exceeding of an air standard or cause pollution [s.NR 419.03(1), Wis. Adm. Code].<br><br>(2) No transfer of products from this facility may be made | (1) To demonstrate compliance with gasoline/organic vapor collection system limitation, the permittee shall provide vapor collection/processing/disposal equipment at loading bays for all products distributed at this facility to ensure that any organic vapors are processed and disposed of through a vapor processing and disposal system. A vapor collection/control system shall be used at all times.  [s. NR 406.10, s. NR 445.04(3), and s. NR 407.09(4)(a)(3)(b), Wis. Adm. Code] | (1) Reference Test Method for Volatile Organic Compound Emissions:  Whenever compliance emission testing is required, the appropriate U.S. EPA Method; 18 or 25A shall be used to demonstrate compliance. Use of Method 25/25A results shall be adjusted to reflect emissions as VOCs. When approved in writing, an equivalent test method may be substituted for the required test method.  [s. NR 439.06(3)(a) and (8), Wis. Adm. Code]<br><br>(2) The permittee shall monitor and maintain daily records of the specific materials being transferred (loaded and |

FID 111081520; Permit No. 06-DCF-166.

Page 9 of 72

C. Stack, S32; Processes P49, P50; P52, P53; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr)  Railcar ethanol loadout (P52; 800 gpm), Tanker truck ethanol loadout (P53; 500 gpm)   (2007) [Conditions from 06-DCF-166]

| Pollutant | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
|  | to a tanker truck / railcar unless any gasoline or other organic vapors carried by the tanker / rail car are collected, processed and disposed of through a vapor collection, processing and disposal system (RTO). [s. NR 406.10, s. NR 419.03(2) and s. NR 445.04(3), Wis. Adm. Code].<br><br>(3)  The RTO control device shall be designed and operated to reduce the inlet VOC emissions by 95% or greater. [s. NR 406.10, Wis. Adm. Code]<br><br>(4)  The processes may not emit more than 6.05 pounds of VOC per hour (aggregate) from stack S32 (from both DDGS drying / cooling, vent gas scrubbing and ethanol loadout combined). [s. NR 406.10, and s. NR 424.03(2), Wis. Adm. Code; s. 285.65(7), Wis. Stats.] | (a)  The permittee may only load tank trucks and rail cars at the facility that are equipped with vapor collection equipment that is compatible with the facility's vapor collection system. [s. NR 407.09(1)(a) and NR 439.055(5), Wis. Adm. Code]<br><br>(b)  Each vapor collection system shall be designed to prevent any organic compound vapors collected at one loading rack from passing to another loading rack. [s. NR 407.09(1)(a), Wis. Adm. Code, and s. 285.65(3), Wis. Stats.]<br><br>(2)  The Regenerative Thermal Oxidizer (RTO) shall be in line and shall be operated at all times when emissions are being directed to the RTO (e.g. when grain drying and/or loadout operations are being conducted).   [s.  NR  406.10  and  s.  NR 407.09(4)(a)1, Wis. Adm. Code]<br><br>(3)  The loading racks shall be equipped with interlocks that prevent loading in the event the RTO is not in operation. [s. NR 406.10 and s. NR 407.09(4)(a)1, Wis. Adm. Code]<br><br>(4)  The RTO control (setpoint) temperature shall be maintained within the range of least 1400° F, not more than 1650° F and not less than the temperature maintained during the most recent stack test that demonstrates compliance.   [s NR 407.09(4)(a)1, Wis. Adm. Code] | unloaded), the throughput / quantity of material(s) and their true vapor pressure (in psia or KPa) and the trucks and railcars used.  [s. NR 419.06, Wis. Adm. Code]<br><br>(3)  The permittee shall keep and maintain on site "as built" technical drawings, blueprints or equivalent records of the piping for the loading / unloading operations, and the vapor processing equipment.  The permittee shall keep and maintain a log of the tankers / railcars authorized to load Ethanol at the facility [s. 285.65(3), Stats., and  NR 439.04(1)(d), Wis. Adm. Code]<br><br>(4)  The facility shall maintain daily records of the usage of the vapor collection / disposal equipment. [s. NR 439.04, Wis. Adm. Code]<br><br>(5)  The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the collection system and RTO, containing the date of the action, initials of inspector, and the results.     [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(6)  The permittee shall monitor and record the operating temperature of the RTO (at least once every 15 minutes), to assure proper operation of the RTO.  [s. NR 439.055, Wis. Adm. Code]<br><br>(7)  Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

C. Stack, S32; Processes P49, P50; P52, P53; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr) Railcar ethanol loadout (P52, 800 gpm), Tanker truck ethanol loadout (P53, 500 gpm). (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 5. Nitrogen Oxides (NO$_x$) Emissions | (1) Emissions may not exceed 7.8 pounds per hour (from Stack S32).<br><br>[s. NR 406.10, Wis. Adm. Code] | (1) Only natural gas may be used as fuel in the dryers and RTO (note that this does not prohibit the combustion of VOCs produced by the process). [s. 285.63, Wis. Stats; s. NR 406.10, Wis. Adm. Code]<br><br>(2) Instrumentation to monitor the temperature within the RTO and dryers shall be installed and operated properly. [s. NR 439.055(1)(a), Wis. Adm. Code]<br><br>(3) See I.C.1.b.(5) for testing requirements.<br><br>(4) See I.C.1.b.(3) | (1) Whenever nitrogen oxides compliance testing is required, USEPA Method 7, 7A, 7B, or another method approved by the Department in writing shall be used. When approved in writing, an equivalent test method may be substituted for the required test method. [s. NR 439.06, Wis. Adm. Code]<br><br>(2) The permittee shall keep records of the fuel used in the dryers and oxidizer to show that only natural gas was used. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall record the actual amounts of natural gas burned in the dryers / oxidizer, per month. [s. NR 439.04(1)(d) and s. NR 440.205(9)(g)2., Wis. Adm. Code.]<br><br>(4) The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes), and other operating parameters as needed, to assure proper operation of the dryers and RTO.. [s. NR 439.055, Wis. Adm. Code]<br><br>(5) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

CTD
001634

FID 111081520; Permit No. 06-DCF-166.

C. Stack, S32; Processes P49, P50; P52, P53; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr)  Railcar ethanol loadout (P52, 800 gpm), Tanker truck ethanol loadout (P53, 500 gpm)   (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 6. Carbon Monoxide (CO) Emissions | (1) Emissions may not exceed 12.5 pounds per hour (from Stack S32). [s. NR 406.10, Wis. Adm. Code]<br><br>(2) The Regenerative Thermal Oxidizer (RTO), shall provide 90% overall control of CO emissions. [s. 285.65(3) and (7), Wis. Stats.] | (1) Only natural gas may be used as fuel in the dryers and RTO (note that this does not prohibit the combustion of VOC's produced by the process). [s. 285.63, Wis. Stats; s. NR 406.10, Wis. Adm. Code]<br><br>(2) Whenever any of the listed processes are operating, the permittee shall vent the process exhausts to the RTO. [s. NR 406.10, Wis. Adm. Code]<br><br>(3) Instrumentation to monitor the temperature within the RTO and dryers shall be installed and operated properly. [s. NR 439.055(1)(a), Wis. Adm. Code.]<br><br>(4) See I.C.1.b.(3)<br><br>(5) See I.C.1.b.(5) for testing requirements. | (1) Reference Test Method for Carbon Monoxide Emissions: Whenever compliance emission testing is required, the appropriate US EPA Method: 10, 10A or 10B shall be used. [s. NR 439.06(4)(a), Wis. Adm. Code]<br><br>(2) The permittee shall keep records of the fuel used in the dryers and oxidizer to show that only natural gas or propane was used. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall record the actual amounts of natural gas and propane burned in the dryers / oxidizer, per month. [s. NR 439.04(1)(d) and s. NR 440.205(9)(g)2., Wis. Adm. Code.]<br><br>(4) The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes), and other operating parameters as needed, to assure proper operation of the dryers and RTO.. [s. NR 439.055, Wis. Adm. Code]<br><br>(5) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

FID 111081520; Permit No. 06-DCF-166.

C. Stack, S32; Processes P49, P50; P52, P53; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr)  Railcar ethanol loadout (P52, 800 gpm),  Tanker truck ethanol loadout (P53, 500 gpm)  (2007)
[Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 7. Acetaldehyde Emissions | (1) Emissions may not exceed 0.53 pounds per hour. [s. NR 406.10, and s. NR 445.07, Wis. Adm. Code, s. 285.65(3), Wis. Stats.] | (1) The Thermal Oxidizer (Regenerative Thermal Oxidizer, RTO) shall be in line and shall be operated at all times when the process is in operation and when emissions are being directed to the RTO (i.e. loadout operations).  [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(2) Instrumentation to monitor the temperature within the RTO and dryers shall be installed and operated properly.   [s. NR 439.055(1)(a), Wis. Adm. Code]<br><br>(3) See I.C.3.a.(2)<br><br>(4) I.C.1.b.(5) for testing requirements. | (1) Whenever Formaldehyde or other Aldehyde (e.g. Acetaldehyde) compliance testing is required, USEPA Method 0011, shall be used.  When approved in writing, an equivalent test method may be substituted for the required test method. [s. NR 439.06(8), Wis. Adm. Code]<br><br>(2)  The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes) and other operating parameters, as needed, to assure proper operation of the dryers and RTO.  [s. NR 439.055, Wis. Adm. Code]<br><br>(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |
| 8. Physical Stack Parameters | (1) Stack Parameters These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The stack height shall be at least 90.0 feet above ground level. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b) The stack inside diameter at the outlet may not exceed 5.0 feet. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The permittee shall maintain the records in I.C.8.c.(1).  [s. NR.407.09(4)(a)1., Wis. Adm. Code] | (1) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.<br>[s. NR 439.04(1)(d), Wis. Adm. Code] |

C. Stack, S32; Processes P49, P50, P52, P53; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr)  Railcar ethanol loadout (P52, 800 gpm), Tanker truck ethanol loadout (P53, 500 gpm)  (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | (c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | | |

CTD
001637

FID 111081520; Permit No. 06-DCF-166.

D. Stack, S33; Processes P54, P55; Control C33, - DDGS Elevator (P54), DDGS loadout (P55) controlled with DDGS baghouse (C33); F03, F04 – DDGS storage building and DDGS Handling fugitives. (2007) [Conditions from 06-DCF-166.]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM / PM$_{10}$) Emissions | (1) 0.29 pounds per hour from S33. [s. 285.65(3), Wis. Stats., s. NR 406.10 and s. NR 404.04(8), Wis. Adm. Code] [3]<br><br>(2) 0.20 lbs/hr for F03 fugitives, 0.13 lbs/hr for F04 fugitives. [s. 285.65(3), Wis. Stats., s. NR 406.10 and s. NR 404.04(8), Wis. Adm. Code]<br><br>(3) **Stack Parameters.** These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The stack height shall be at least 60.0 feet above ground level. [s. 285.65(3), Stats, and s. NR 406.10, Wis. Adm. Code]<br>(b) The stack inside diameter at the outlet may not exceed 1.47 feet. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The DDGS baghouse control device shall be in line and shall be operated at all times when the process is in operation. [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(2) The pressure drop across the baghouse shall be maintained between 1 and 6 inches water column gauge pressure or with approval from the Department, an alternative method to demonstrate compliance. [s NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(3) The DDGS loading area shall be enclosed in roofed, four sided area with garage type doors. The garage doors shall be kept closed to the extent possible, to minimize particulate emissions through the openings (e.g. opening doors only as needed to allow entrance and exit of trucks, but allowing them to remain open briefly when multiple trucks are entering and exiting the enclosure.). [s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code]<br><br>(4) The permittee shall maintain the records in I.D.1.c.(6) for stack parameters. [s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(5) The fabric filter baghouse design shall be that necessary to achieve an outlet concentration of not more than 0.0050 gr/acf. This and the maximum inlet flow of 6,800 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Reference Test Method for Particulate Matter Emissions: Whenever particulate matter emission testing is required, the permittee shall use the appropriate U.S. EPA Method 5, 5A, 5B, 5D, 5E, 5F, 5G, 5H or 17 including condensable back half emissions (U.S. EPA Method 202). [s. NR 439.06(1), Wis. Adm. Code]<br><br>(2) The permittee shall monitor and record the pressure drop across the baghouse at least once per operating shift. [s. NR 439.055., Wis. Adm. Code]<br><br>(3) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse, containing the date of the action, initials of inspector, and the results. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(4) The permittee shall maintain records of the occurance of door movement, door position or other records sufficient to demonstrate that the doors are being kept closed to the extent possible (e.g. a count of the times when the doors are opened or closed, an hour meter for the door motors, a door position recording every 15 minutes, or other equivalent record) when the facility is in operation. The facility shall also maintain records of the number of trucks loaded per shift when the facility is in operation. [s. NR 439.04, Wis. Adm. Code]<br><br>(5) The facility shall maintain prints, diagrams and other documentation of the process layout and of the baghouse design, specifications and guarantees. [s. NR 439.04, Wis. Adm. Code] |

[3] This emission limit is needed to avoid any exceedance of an ambient air standard or increment. The emission limit is more restrictive than the limitation which would result under s. 415.05, Wis. Adm. Code.

FID 111081520; Permit No. 06-DCF-166.

D. Stack, S33; Processes P54, P55; Control C33, - DDGS Elevator (P54), DDGS loadout (P55) controlled with DDGS baghouse (C33); F03, F04 – DDGS storage building and DDGS Handling fugitives, (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | (c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6) Compliance with I.D.1.a.(2) shall be demonstrated using I.D.1.b.(3). . [s NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(7) Compliance emission tests shall be conducted within 180 days after the start of initial operation to demonstrate compliance with the PM emission limit and outlet grain loading (gr/dscf). See additional stack testing conditions under I.X.4.. [s. NR 439.03, Wis. Adm. Code] | (6) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.<br>[s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(7) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(8) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |
| 2. Visible Emissions | (1) 20% Opacity for stack vented emissions [s. NR 431.05(1), Wis. Adm. Code]<br><br>(2) 0% visible emissions for fugitives. . [s. NR 415.04, Wis. Adm. Code] | (1) See I.D.1.b and 3.b. | (1) Whenever visible emissions compliance testing is required, USEPA Method 9 or Method 22 (for fugitives) in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 484.04, Wis. Adm. Code shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) See I.D.1.c. and 3.o |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b. for demonstrating compliance with the limitations in I.D.3.a.(1) [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

FID 111081520; Permit No. 06-DCF-166.

E.  Burners, B04, B05  Stack(s) S34, S35 — Two natural gas fired Boilers, 92.05 MMBTU/hr each.  These boilers are subject to NSPS [s. NR 440.207, Wis. Adm. Code].

[Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter Emissions | (1) 0.00745 pounds per million BTU[4] [s. NR 285.65(3), s. 285.65(7), Wis. Stats.; s. NR 404.08(2) and s. NR 415.06, Wis. Adm. Code] | (1) Only natural gas may be used as a fuel. [s. NR 406.04(2) and s. NR 406.10, Wis. Adm. Code]<br><br>(2) See I.E.3.b.(2)<br><br>(3) Each boiler shall be properly tuned and maintained, in accordance with the manufacturer's specifications and requirements. The malfunction prevention and abatement plan section, I.X.3., also applies to the boilers. [s. NR 439.11, Wis. Adm. Code]. | (1) Whenever particulate matter emission testing is required, the permittee shall use US EPA Method 5 (including condensable particulate by US EPA Method 202). [s. NR 439.06(1), Wis. Adm. Code]<br><br>(2) The permittee shall record monthly the type and quantity of fuel (e.g. natural gas) used in the boilers. [s. NR 440.207(9)(g), Wis. Adm. Code] |
| 2. Visible Emissions | (1) 20% Opacity [s. NR 431.05(1), Wis. Adm. Code] | (1) Only natural gas may be used as a fuel. [s. NR 406.04(2) and s. NR 406.10, Wis. Adm. Code] | (1) Whenever visible emissions compliance testing is required, USEPA Method 9 in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 484.04, Wis. Adm. Code shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) The permittee shall record monthly the type and quantity of fuel (e.g. natural gas) used in the boilers. [s. NR 440.207(9)(g), Wis. Adm. Code] |
| 3. Nitrogen Oxides (NOx) Emissions | (1) 0.04 pounds per million BTU when firing natural gas [5] [s. 285.65(3), s. 285.65(7), Wis. Stats.] | (1) Only natural gas may be used as a fuel. This is the only fuel listed in the permit application. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever nitrogen oxides compliance testing is required, USEPA Method 7, 7A, 7E, or another method approved by the Department in writing shall be used. [s. NR 439.06(6), Wis. Adm. Code]<br><br>(2) The permittee shall record monthly the type and quantity of fuel (e.g. natural gas) used in the boilers. [s. NR 439.04 and s. NR 440.207(9)(g), Wis. Adm. Code] |

[4]  This emission limit (based on the AP-42 Emission Factor of 7.6 lbs/cf6, and a fuel containing 1020 BTU/cf) is proposed by the permittee to avoid any exceedance of the ambient air standard or increment.  The emission limit is more restrictive than that in s. NR 415.06(2)(a), Wis. Adm. Code (0.15 lbs/MMBTU).

[5]  This emission limits (based on the manufacturer noted value of 0.04 lbs/MMBTU for NOx and 0.028 lbs/MMBTU for CO) is proposed by the permittee to avoid being a major source.

CTD
001640

FID 111081520; Permit No. 06-DCF-166.

E. Burners, B04, B05 Stack(s) S34, S35 – Two natural gas fired Boilers, 92.05 MMBTU/hr each. These boilers are subject to NSPS [s. NR 440.207, Wis. Adm. Code]. [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | (2) The facility shall conduct a compliance emissions test of each type (model) of boiler to determine the Particulate Matter, and Nitrogen Oxides (NO$_x$) emissions in units of pounds per million BTU of heat input. This test shall be conducted within 180 days of initial operation. See additional stack testing conditions under I.P.3. [s. NR 459.03, Wis. Adm. Code] | (3) The facility shall maintain records of the burners installed within the boilers, documentation of the burner specifications, emission guarantees and emission tests. [s. NR 439.04(1)(d) and s. NR 440.205(9)(g)2., Wis. Adm. Code.] |
| | | (3) Each boiler shall be properly tuned and maintained, in accordance with the manufacturer's specifications and requirements. The malfunction prevention and abatement plan section, I.X.3., also applies to the boilers. [s. NR 439.11, Wis. Adm. Code.] | |
| 4. Carbon Monoxide (CO) Emissions | (1) 0.028 pounds per million BTU when firing natural gas | (1) Only natural gas may be used as a fuel. This is the only fuel listed in the permit application. [s. NR 406.10, Wis. Adm. Code] | (1) Reference Test Method for Carbon Monoxide Emissions: Whenever compliance emission testing is required, the appropriate US EPA Method; 10, 10A or 10B shall be used. [s. NR 439.06(a), Wis. Adm. Code] |
| | | (2) The facility shall test the carbon monoxide (CO) emission rate from each boiler to determine the emissions in units of pounds per million BTU of heat input. This test shall be conducted within 180 days of initial operation. [s. NR 439.03, Wis. Adm. Code] | (2) See I.E.3.c.(2) and (3) |
| | | (3) Each boiler shall be properly tuned and maintained, in accordance with the manufacturer's specifications and requirements. The malfunction prevention and abatement plan section, I.P.6., also applies to the boilers. [s. NR 439.11, Wis. Adm. Code]. | |

FID 111081520; Permit No. 06-DCR-166.

E.   Burners,  B04, B05   Stack(s) S34, S35 — Two natural gas fired Boilers, 92.05 MMBTU/hr each.  These boilers are subject to NSPS [s. NR 440.207, Wis. Adm. Code].
[Conditions from 06-DCR-166]

| Pollutant | a.   Limitations. | b.   Compliance Demonstration | c.   Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 5. Physical Stack Parameters | (1)  Stack Parameters  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br><br>(a)  The stack heights shall be at least 60.0  feet above ground level. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b)  The stack inside diameter at the outlet may not exceed 3.0 feet (or not exceed the equivalent area). [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(c)   The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases.  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1)  The permittee shall maintain the records in I.E.5.c.(1).  [s. NR 407.09(4)(a)11, Wis. Adm. Code] | (1)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.    [s. NR 439.04(1)(d), Wis. Adm. Code] |

CTD
001642

F. Burner B06, Stack S36 — Emergency (Diesel) generator set; 2250 KW≈22.11 MMBTU/hr.   [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter Emissions | (1) 0.55 pounds per hour. See Note 1. [s. NR 404.08(2) and s. NR 485.055, Wis. Adm. Code]<br><br>(2) The diesel (compression ignition) engine and the fuel used for the generator set shall comply with the federal NSPS standards of 40 CFR Part 60, Subpart IIII, if applicable to the engine generator used by the facility. [s. 285.65(3), Wis. Adm. Code] | (1) This generator may only be fired using Diesel fuel oil. [s. NR 404.08(2), s. NR 406.10, Wis. Adm. Code; s. 285.65(7), Wis. Stats.]<br><br>(2) This generator may not be operated for more than 2 hours per day for testing / maintenance operation. The generator may not be used for peak shaving or other non-emergency operation (except for testing / maintenance as noted above). This condition is in place to avoid applicability of s. NR 445.09, Wis. Adm. Code. [s. NR 404.08(2) and s. NR 406.10, Wis. Adm. Code]<br><br>(3) The Diesel fuel oil Sulfur content may not exceed 0.05 wt. % Sulfur. [s. 285.65(7), Wis. Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(4) The permittee shall notify the Department within 24 hours of emergency generator start up, for start ups other than those for periodic testing / maintenance purposes. The Department may or may not give approval for continued equipment use. This notification shall include:<br><br>(a) Date of start-up of the generator(s);<br>(b) Time of start-up of the generator(s);<br>(c) The operating load of each generator;<br>(d) A list of the other emissions units at the facility operating during the emergency situation;<br>(e) The fuel that each operating emissions units at the facility is using; and<br>(f) The load of each operating emissions unit at the facility.<br>[s. NR 436.03(2)(c), Wis. Adm. Code] | (1) <u>Reference Test Method for Particulate Matter Emissions</u>: Whenever compliance emission testing is required, the appropriate US EPA Method, 5, 5A, 5B, 5D, 5E, 5F, 5G, 5H or 17 including back half (Method 202) shall be used to demonstrate compliance. [s. NR 439.06(1), Wis. Code]<br><br>(2) The permittee shall record daily (when operating the generator(s) during the prior day), the operating hours of each generator for the prior day. [s. NR 439.04, Wis. Adm. Code]<br><br>(3) The permittee shall maintain records of the type / grade of fuel oil received, the date received, the Sulfur content and volume of each shipment received. [s. NR 439.04, Wis. Adm. Code]<br><br>(4) The permittee shall record daily (when operating the generator the prior day), the operating hours of the generator for the prior day and the nature of the operation (e.g. testing, power outage). [s. NR 439.04, Wis. Adm. Code]<br><br>(5) The facility shall maintain records necessary to either identify / demonstrate that the diesel engine generator is nt subject to the NSPS Subpart IIII, or shall maintain the records required to demonstrate compliance with this subpart. [s. NR 439.04, Wis. Adm. Code] |

FID 111081529; Permit No. 06-DCF-166.

F.  Burner B06, Stack S36 -- Emergency (Diesel) generator set; 2250 KWe=22.11 MMBTU/hr.    [Conditions from 06-DCF-166]

| Pollutant | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | (5)  The facility shall document the manufacture date of the diesel engine / generator, and identify whether the engine is subject to the federal NPSP requirements of Subpart IIII, and if so, obtain manufacturer documentation that the engine meets the NSPS requirements.  [s. NR 406.10, Wis. Adm. Code; s. 285.65(3), Wis. Stats.] | |
| 2.  Visible Emissions | (1)  40% Opacity for not more than an aggregate time of 5 minutes in any 30 minute period.  At no time may the opacity exceed 80%.  [s. NR 485.05, Wis. Adm. Code]<br><br>(2)  The diesel (compression ignition) engine and the fuel used for the generator set shall comply with the federal NSPS standards of 40 CFR Part 60, Subpart IIII, if applicable to the engine generator used by the facility.  [s. 285.65(3), Wis. Adm. Code] | (1)  See 1.F.1.b.(1) and (3)   [s. 285.65(3), Stats.]<br><br>(2)  See 1.F.1.b.(4) | (1)  Whenever visible emissions compliance testing is required, USEPA Method 9 in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 484.04, Wis. Adm. Code shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2)  The permittee shall maintain records of the type / grade of fuel oil received, the date received, the Sulfur content and volume of each shipment received.  [s. NR 439.04, Wis. Adm. Code] |
| 3.  Sulfur Dioxide (SO₂) Emissions | (1)  1.2 pounds per hour.  [ s. NR 406.10 and s. NR 404.08(2), Wis. Adm. Code]<br><br>(2)  The diesel (compression ignition) engine and the fuel used for the generator set shall comply with the federal NSPS standards of 40 CFR Part 60, Subpart IIII, if applicable to the engine / generator used by the facility.  [s. 285.65(3), Wis. Adm. Code] | (1)  The diesel fuel oil Sulfur content may not exceed 0.05 wt. % (500 ppm) Sulfur. [s. 285.65(7), Wis. Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(2)  The generator may not be operated for more than 2 hours per day for testing / maintenance operation.  The generator may not be used for peak shaving or other non-emergency operation (except for testing / maintenance as noted above).  This condition is in place to avoid applicability of s. NR 445.09, Wis. Adm. Code.  [s. NR 404.08(2) and s. NR 406.10, Wis. Adm. Code]<br><br>(3)  See 1.F.1.b.(4) | (1)  Reference Test Method for Sulfur Dioxide Emissions: Whenever compliance emission testing is required, the appropriate US EPA Method; 6, 6A, 6B, 6C or 8  shall be used to demonstrate compliance.  [s. NR 439.06(2)(a), Wis. Adm. Code]<br><br>(b)  Whenever periodic fuel sampling and analysis of fossil and nonfossil fuels is required, it shall be conducted using the methods and procedures specified in s. NR 439.08, Wis. Adm. Code.  [s. NR 439.06(2)(a), and s. NR 439.08, Wis. Adm. Code] |

**F.  Burner B06, Stack S36 -- Emergency (Diesel) generator set; 2250 KW=22.11 MMBTU/hr.    [Conditions from 06-DCF-166]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | | (2) The permittee shall maintain records of the type / grade of fuel oil received, the date received, the Sulfur content and volume of each shipment received. [s. NR 439.04, Wis. Adm. Code] |
| | | | (3) The permittee shall record daily (when operating the generator the prior day), the operating hours of the generator for the prior day and the nature of the operation (e.g. testing, power outage). [s. NR 439.04, Wis. Adm. Code] |
| 4. Physical Stack Parameters | (1) Stack Parameters These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br><br>(a) The stack heights shall be at least 25.0 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b) The stack inside diameter at the outlet may not exceed 1.66 feet (or not exceed the equivalent area). [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust | (1) The permittee shall maintain the records in I.F.4.c.(1). [s. NR 407.09(4)(a)1., Wis. Adm. Code] | (1) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.    [s. NR 439.04(1)(d), Wis. Adm. Code] |

FID 111081520; Permit No. 06-DCF-166.

F.  Burner B06, Stack S36 -- Emergency (Diesel) generator set; 2250 KW=22.11 MMBTU/hr.    [Conditions from 06-DCF-166f]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | | |
| 5. Synthetic Minor limitations | (1) Operation of each diesel generator may not exceed an average of 8.33 hours per month (based on a consecutive 12 month average). This includes testing, maintenance and emergency (power backup) operation. [s. 285.65(7), Wis. Stats. ] | (1) The permittee shall record daily (when operating the generator(s) the prior day), the operating hours of each generator for the prior day, the hour meter reading and calculate the day's net hours of operation based on the prior hour meter value. [s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code]<br><br>(2) Each generator set shall be equipped with an 'hour meter' which measures operating time. [s. NR 406.10, Wis. Adm. Code] | (1) The permittee shall sum the daily net hours of operation from each generator on a monthly basis. This monthly summation shall be conducted and recorded within 14 days following the end of the month. [s. NR 439.04, Wis. Adm. Code]] |
| 6. Nitrogen Oxides (NO$_x$) Emissions | (1) Emissions of Nitrogen Oxides may not exceed 61.62 pounds per hour. [s. NR 406.10, Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.]<br><br>(2) The diesel (compression ignition) engine used for the generator set shall comply with the federal NSPS standards of 40 CFR Part 60, Subpart IIII, if applicable to the engine / generator used by the facility. [s. 285.65(3), Wis. Adm. Code] | (1) See I.F.6.c.<br><br>(2) See I.F.1.b.(4) | (1) Whenever nitrogen oxides compliance testing is required, USEPA Method 7, 7A, 7E, or another method approved by the Department in writing shall be used. [s. NR 439.06(6), Wis. Adm. Code]<br><br>(2) The facility shall maintain records of the diesel engines installed within the generator sets and documentation of the engine specifications and emission guarantees. [s. NR 439.04, Wis. Adm. Code.] |
| 7. Carbon Monoxide (CO) Emissions | (1) Emissions of Carbon Monoxide may not exceed 2.22 pounds per hour. [s. NR 406.10, Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.] | (1) See I.F.7.c.<br><br>(2) See I.F.1.b.(4). | (1) Reference Test Method for Carbon Monoxide Emissions: Whenever compliance emission testing is required, the appropriate US EPA Method 10, 10A or 10B shall be used. [s. NR 439.06(4)(a), Wis. Adm. Code]<br><br>(2) See I.F.6.c.(2) |

FID 111081520; Permit No. 06-DCF-166.

Page 23 of 72

**F. Burner B06, Stack S36 – Emergency (Diesel) generator set; 2250 KW=22.11 MMBTU/hr.    [Conditions from 06-DCF-166]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | (2) The diesel (compression ignition) engine used for the generator set shall comply with the federal NSPS standards of 40 CFR Part 60, Subpart IIII, if applicable to the engine / generator used by the facility. [s. 285.65(3), Wis. Adm. Code] | | |

CTD
001647

G. Stack S37 (S37A – S37G); Process P56 and P57 – Two Cooling Towers (8 cells total): 1875 gpm max. each cell/ 159,000 ACFM (each cell). (2007) Drift rate of 0.001% [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM / $PM_{10}$) Emissions | (1) 0.023 pounds per hour per PM / $PM_{10}$ from each cooling tower stack. (0.18 lbs/hr aggregate) See Note 1. [s. NR 404.08(2) and s. NR 415.05(2), Wis. Adm. Code]

(2) Chromium compounds may not be added to the cooling water. [s. NR 406.10, Wis. Adm. Code]

(3) The cooling tower drift rate may not exceed 0.001 wt% of the circulating water flow rate.

(4) <u>Stack Parameters</u>  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.

(a) The stack height shall be at least 34.0 feet above ground level for each of the cooling towers. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]

(b) The inside diameter of each cell at the outlet may not exceed 8.0 ft. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The Total Dissolved Solids (TDS) or Total Solids (TS) concentration in the cooling water may not exceed 2,500 parts per million (ppmw), or 2,500 mg/l. This information, the 15,000 gallon per minute design capacity and the design 0.001% max. circulation drift rate, was the basis of the calculated potential to emit.  See Note 2. [s. NR 439.04, Wis. Adm. Code]

(2) The permittee shall maintain the records in I.G.1.c. [s. NR 407.09(4)(a)1., Wis. Adm. Code]

(3) The facility shall conduct tests or provide copies of manufacturer testing which demonstrate that the cooling tower drift rate does not exceed 0.001 wt% of the circulating water flow rate. [s. NR 439.06, Wis. Adm. Code] | (1) Whenever particulate matter emission testing is required, the permittee shall use US EPA Method 5 (including condensable particulate by US EPA Method 202). [s. NR 439.06(1), Wis. Adm. Code]

(2) The permittee shall determine and record the concentration of Total Dissolved Solids (TDS) or Total Solids (TS) in the cooling water on at least a monthly basis or more frequently if required under any WPDES permit. [s. NR 439.04, Wis. Adm. Code]

(3) The facility shall keep and maintain documentation of the manufacture's design circulation flow rate and circulation drift rate specification for the cooling towers installed at the facility. [s. NR 439.04, Wis. Adm. Code]

(4) The permittee shall maintain a description of the type of water treatment program used in the industrial process cooling tower(s), including the chemical name(s); the average concentration; and a copy of the material safety data sheet for each water treatment additive or chemical compound used in the industrial process cooling tower. [s. NR 439.04 and s. NR 468.30(4)(a), Wis. Adm. Code]

(5) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.  [s. NR 439.04(1)(d), Wis. Adm. Code] |

CTD
001648

FID 111081520; Permit No. 06-DCF-166.

G. Stack S37 (S37A – S37G); Process P56 and P57 –Two Cooling Towers (8 cells total): 1875 gpm max, each cell/ 159,000 ACFM (each cell), (2007) Drift rate of 0.001%  [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | (c)  The stack may not be equipped with a raincap or other device which impedes the upward flow of the exhaust gases.  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | | |
| 2. Visible Emissions | (1) 20% Opacity [s. NR 431.05(1), Wis. Adm. Code] | (1) The requirements in I.G.1.b.  [s. 285.65(3), Stats.] | (1)  Whenever visible emissions compliance testing is required, USEPA Method 9 in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 484.04, Wis. Adm. Code shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2)  The recordkeeping requirements in I.G.1.c. [s. NR 439.04, Wis. Adm. Code] |

Note 1: The particulate matter emissions limitation of 0.18 pounds per hour (total) is more restrictive than the limitation of s. NR 415.05(2), Wis. Adm. Code.  This is necessary to prevent a violation of an ambient air quality standard and/or increment.

Note 2: This requirement implies that compliance is demonstrated if either the TDS or TS values are not in excess of 2,500 ppmw or mg/l.  The facility may elect to measure and record the values of either TDS or TS (e.g. to correspond to testing required under a WPDES permit).

FID 111081520; Permit No. 06-DCF-166.

H. Fugitive F05 - Process Equipment (Valves, Pumps, Flanges, etc.) Leaks - This is subject to new source performance standard (NSPS, s. NR 440.62, Wis. Adm. Code) (2007)  [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Volatile organic compound (VOC) Emissions | (1) Pumps. a. Each pump shall be monitored monthly to detect leaks by the methods specified in I.H.1.c.(1).<br>b. Each pump shall be checked by visual inspection each calendar week for indications of liquids dripping from the pump seal. [s. NR 440.62(3)(b), Wis. Adm. Code]<br><br>(2) Pressure relief devices in gas/vapor service. 1. Except during pressure releases, each pressure relief device in gas/vapor service shall be operated with no detectable emissions as indicated by an instrument reading of less than 500 ppm above background, as determined by the methods specified in I.H.1.c.(2).<br>2.a. After each pressure release the pressure relief device shall be returned to a condition of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as soon as practicable but no later than 5 calendar days after the pressure release, except as provided in I.H.1.c.(3).<br>[s. NR 440.62(3)(d), Wis. Adm. Code] | (1) When a leak is detected it shall be repaired as soon as practicable but not later than 15 calendar days after it is detected, except as provided in I.H.1.c.(3). a. A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. [s. NR 440.62(3)(b), Wis. Adm. Code]<br><br>(2) a. For pumps, if an instrument reading of 10,000 ppm or greater is measured a leak is detected. a. If there are indications of liquids dripping from the pump seal a leak is detected. [s. NR 440.62(3)(b), Wis. Adm. Code]<br><br>(3) Each pump equipped with a dual mechanical seal system that includes a barrier fluid system is exempt from the requirements of I.H.1.a.(1), provided the following requirements are met:<br>a. Each dual mechanical seal system is:<br>1) Operated with the barrier fluid at a pressure that is at all times greater than the pump stuffing box pressure; or<br>2) Equipped with a system that purges the barrier fluid into a process stream with a zero VOC emissions to the atmosphere.<br>b. Each barrier fluid system is equipped with a sensor that will detect failure of the seal system, the barrier fluid system, or both.<br>c. Each pump is checked by visual inspection each calendar week for indications of liquids dripping from the pump seals.<br>d.1) Each sensor as described in I.H.1.b.(3)b. is checked daily or is equipped with an audible alarm, and | (1) Method 21 shall be used to determine the presence of leaking sources. The instrument shall be calibrated before use each day of its use by the procedures specified in Method 21. The following calibration gasses shall be used:<br>a. Zero air (less than 10 ppm of hydrocarbon in air); and<br>b. A mixture of methane or n-hexane and air at a concentration of about, but less than, 10,000 ppm methane or n-hexane. [s. NR 440.62(6), Wis. Adm. Code]<br><br>(2) Method 21 shall be used to determine the background level. All potential leak interfaces shall be traversed as close to the interface as possible. The arithmetic difference between the instrument and the background level is compared with 500 ppm for determining compliance with the no detectable emission requirement. [s. NR 440.62(6), Wis. Adm. Code]<br><br>(3) Delay of repair. [s. NR 440.62(3)(i), Wis. Adm. Code] |

H. Fugitive F05 - Process Equipment (Valves, Pumps, Flanges, etc.) Leaks - This is subject to new source performance standard (NSPS, s. NR 440.62, Wis. Adm. Code) (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | b. No later than 5 calendar days after the pressure release the pressure relief device shall be monitored to confirm the conditions of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, by the methods specified in I.H.1.c.(2). [s. NR 440.62(3)(d), Wis. Adm. Code]<br><br>(3) Sampling connection systems.<br>1. Each sampling connection system shall be equipped with a closed purge system.<br>2. Each closed purge system shall:<br>a. Return the purged process fluid directly to the process line with zero VOC emissions to the atmosphere; or<br>b. Collect and recycle the purged process fluid with zero VOC emissions to the atmosphere; or<br>c. Be designed and operated to capture and transport all the purged process fluid to a control device.<br>3. In situ-sampling systems are exempt from subd. 1 and 2.<br>[s. NR 440.62(3)(e), Wis. Adm. Code] | 3). The owner or operator determines, based on design considerations and operating experience, a criterion that indicates failure of the seal system, the barrier fluid system, or both.<br>c. If there are indications of liquids dripping from the pump seal or the sensor indicates failure of the seal system, the barrier fluid system, or both based on the criterion determined in I.H.1.(3)d. 2) a leak is detected.<br>[s. NR 440.62(3), Wis. Adm. Code]<br><br>(4)(a) If an instrument reading of 10,000 ppm or greater is measured for a valve, a leak is detected.<br>(b) Any valve for which a leak is not detected for 2 successive months may be monitored the first month of every quarter, beginning with the next quarter, until a leak is detected.<br>(c) If a leak is detected the valve shall be monitored monthly until a leak is not detected for 2 successive months.<br>(f) First attempts at repair include, but are not limited to, the following best practices where practicable:<br>a. Tightening of bonnet bolts;<br>b. Replacement of bonnet bolts;<br>c. Tightening of packing gland nuts;<br>d. Injection of lubricant into lubricated packing.<br>(e) Any valve that is designated for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of subd. 1. if the valve:<br>a. Has no external actuating mechanism in contact with the process fluid;<br>b. Is operated with emission less than 500 ppm above background as determined by the method specified in I.H.1.c.(2), and | (a). Delay of repair of equipment for which leaks have been detected will be allowed if the repair is technically infeasible without a process unit shutdown. Repair of this equipment shall occur before the end of the next process unit shutdown.<br>(b) Delay of repair of equipment will be allowed for equipment which is isolated from the process and which does not remain in VOC service.<br>(c) Delay of repair for valves will be allowed if:<br>a. The owner or operator demonstrates that emissions of purged material resulting from immediate repair are greater than the fugitive emissions likely to result from delay of repair, and<br>b. When repair procedures are effected, the purged material is collected and destroyed or recovered in a control device complying with par. (j).<br>(d) Delay of repair for pumps will be allowed if:<br>a. Repair requires the use of a dual mechanical seal system that includes a barrier fluid system, and<br>b. Repair is completed as soon as practicable but not later than 6 months after the leak was detected.<br>(e) Delay of repair beyond a process unit shutdown will be allowed for a valve if valve assembly replacement is necessary during the process unit shutdown, valve assembly supplies have been depleted and valve assembly supplies had been sufficiently stocked before the supplies were depleted. Delay of repair beyond the next process unit shutdown will not be allowed unless the next process unit shutdown occurs sooner than 6 months after the first process unit shutdown. |

FID 111081520; Permit No. 06-DCF-166.

H. Fugitive F05 - Process Equipment (Valves, Pumps, Flanges, etc.) Leaks - This is subject to new source performance standard (NSPS, s. NR 440.62, Wis. Adm. Code) (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
|  | (4) Open-ended valves or lines. 1.a. Each open-ended valve or line shall be equipped with a cap, blind flange, plug, or second valve. b. The cap, blind flange, plug, or second valve shall seal the open end at all times except during operations requiring process fluid flow through the open-ended valve or line. 2. Each open-ended valve or line equipped with a second valve shall be operated in a manner such that the valve on the process fluid side is closed before the second valve is closed. 3. When a double block-and-bleed system is being used the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with subd. 1. at all times. [s. NR 440.62(3)(f), Wis. Adm. Code]<br><br>(5) Valves in gas/vapor service in light liquid service. 1. Each valve shall be monitored monthly to detect leaks by the methods specified in 1.H.1.c.(1): [s. NR 440.62(3)(f), Wis. Adm. Code]<br><br>(6) Pressure relief devices in light liquid and flanges and other connectors shall be monitored within 5 days by the method specified in 1.H.1.c.(1) if evidence of a potential leak is found by visual, audible, olfactory, or any other detection method. [s. NR 440.62(3)(b), Wis. Adm. Code] | c. Is tested for compliance with subd. 6. b. initially upon designation, annually, and at other times requested by the department.<br><br>(4)(f) Any valve that is designated as a difficult-to-monitor valve is exempt from the requirements of subd. 1. if:<br>a. The owner or operator of the valve demonstrates that the valve is unsafe to monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with subd. 1., and<br>b. The owner or operator of the valve adheres to a written plan that requires monitoring of the valve as frequently as practicable during safe-to-monitor times.<br><br>(g) Any valve that is designated as described in sub. (7)(f)2. as a difficult-to-monitor valve, is exempt from the requirements of subd. 1. if:<br>a. The owner or operator of the valve demonstrates that the valve cannot be monitored without elevating the monitoring personnel more than 2 meters above a support surface.<br>b. The process unit within which the valve is located either becomes an affected facility through s. NR 440.14 or 440.15, or the owner or operator designates less than 3.0% of the total number of valves as difficult-to-monitor, and<br>c. The owner or operator of the valve follows a written plan that requires monitoring of the valve at least once per calendar year.<br>[s. NR 440.62(3)(g), Wis. Adm. Code] | (4) When each leak is detected the following requirements apply:<br>1. A weather proof and readily visible identification, marked with the equipment identification number, shall be attached to the leaking equipment.<br>2. The identification on a valve may be removed after it has been monitored for 2 successive months and no leak has been detected during those 2 months.<br>3. The identification on equipment except on valve may be removed after it has been repaired. [s. NR 440.62(7), Wis. Adm. Code]<br><br>(5) When each leak is detected the following information shall be recorded in a log and shall be kept for 2 years in a readily accessible location:<br>1. The instrument and operator identification numbers and the equipment identification number.<br>2. The date the leak was detected and the dates each attempt to repair the leak.<br>3. Repair methods applied in each attempt to repair the leak.<br>4. "Above 10,000" if the maximum instrument reading measured by the methods specified in 1.H.1.c.(2) after each repair attempt is equal to or greater than 10,000 ppm.<br>5. "Repair delayed" and the reason for the delay if a leak is not repaired within 15 calendar days after discovery of the leak.<br>6. The signature of the owner or operator (or designate) whose decision it was that repair could not be affected without a process shutdown.<br>7. The expected date of successful repair of the leak if a leak is not repaired within 15 days. |

CTD
001652

H. Fugitive F05 - Process Equipment (Valves, Pumps, Flanges, etc.) Leaks - This is subject to new source performance standard (NSPS, s. NR 440.62, Wis. Adm. Code) (2007)   [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | (7) Compressors. (a) Each compressor shall be equipped with a seal system that includes a barrier fluid system that prevents leakage of VOC to the atmosphere, except as provided in (h) and (i). [s. NR 440.62(3)(o), Wis. Adm. Code]<br>(b) Each compressor seal system as required in subd. 1. shall be:<br>i. Operated with a barrier fluid at a pressure that is greater than the compressor stuffing box pressure; or<br>ii. Equipped with a barrier fluid system that is connected by a closed vent system to a control device that complies with the requirements of par. (j); or<br>iii. Equipped with a system that purges the barrier fluid into a process stream with zero VOC emissions to the atmosphere.<br>(c) The barrier fluid system shall be in heavy liquid service or may not be in VOC service.<br>(d) Each barrier fluid system as described in (a) shall be equipped with a sensor that will detect failure of the seal system, barrier fluid system, or both.<br>(e) i. Each sensor as required in (d) shall be checked daily or shall be equipped with an audible alarm.<br>ii. The owner or operator shall determine, based on design considerations and operating experience, a criterion that indicates failure of the seal system, the barrier fluid system, or both.<br>(f) If the sensor indicates failure of the seal system, the barrier system, or both based on the criterion determined under (e) ii. a leak is detected.<br>(g) i. When a leak is detected it shall be repaired as soon as practicable, but not later than 15 | | 8. Dates of process unit shutdown that occur while the equipment is unrepaired.<br>9. The date of successful repair of the leak.<br><br>(6) The following information pertaining to all equipment shall be recorded in a log that is kept in a readily accessible location:<br>1. A list of identification numbers for equipment subject to the requirements of this section.<br>2.a. A list of identification numbers for equipment that are designated for no detectable emissions. The designation of equipment shall be signed by the owner or operator. [s. NR 440.62(7), Wis. Adm. Code]<br>3. A list of equipment identification numbers for pressure relief devices.<br>4.a. The dates of each compliance test.<br>b. The background level measured during each compliance test.<br>c. The maximum instrument reading measured at the equipment during each compliance test.<br>(7) The following information shall be recorded in a log that is kept in a readily accessible location [s. NR 440.62(7), Wis. Adm. Code].<br>1. A list of identification numbers for valves thr are designated as unsafe-to-monitor, an explanation for each valve stating why the valve is unsafe-to-monitor and the plan for monitoring each valve.<br>2. A list of identification numbers for valves that are designated as difficult-to-monitor, an explanation for each valve stating why the valve is difficult-to-monitor and the schedule for monitoring each valve.<br>(8) The following information shall be recorded in a log that is kept in a readily accessible location.<br>1. Design criterion required in and explanation |

FID 111081520; Permit No. 06-DCF-166.

H. Fugitive F05 - Process Equipment (Valves, Pumps, Flanges, etc.) Leaks - This is subject to new source performance standard (NSPS, s. NR 440.62, Wis. Adm. Code) (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | calendar days after it is detected, except as provided in I.H.1.c.(3).<br>ii. A first attempt at repair shall be made no later than 5 calendar days after each leak is detected.<br><br>(h) Any compressor that is designated as described in sub. (7)(e)1. and 2. for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of (a) through (g) if the compressor:<br>i. Is demonstrated to be operating with no detectable emissions as indicated by an instrument reading of less than 500 ppm above background, as measured by the methods specified in c.(3); and<br>ii. Is tested for compliance with (h) i. initially upon designation, annually and at other times requested by the department.<br>[s. NR 440.62(3)(c), Wis. Adm. Code] | | of the design criterion; and<br>2. Any changes to this criterion and the reasons for the changes. |

CTD<br>001654

1.  Tanks T01, T02, T03, T04, T05   — Two Storage Tanks for 200 proof product (T01, T02; 128,000 gallons each), One denaturant (gasoline) storage tank (T03; 89,400 gallons), Two denatured ethanol storage tanks (T04, T05; 408,750 gallons each). All tanks are vertical fixed roof tanks with internal floating roofs [subject to NPSP under s. NR 440.285, Wis. Adm. Code] [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Volatile organic compounds (VOC) Emissions | (1) The storage tank shall be a vertical fixed roof tank equipped with an internal floating roof. [s. NR 406.10, Wis. Adm. Code and s. NR 440.285(3)(a), Wis. Adm. Code]<br><br>(2) The internal floating roof shall rest or float on the liquid surface (but not necessarily in complete contact with it). The internal floating roof shall be floating on the liquid surface at all times except during initial fill and those times when the storage vessel is completely emptied or subsequently emptied and refilled. When the roof is resting on the leg supports, the process of filling, emptying or refilling shall be continuous and shall be accomplished as rapidly as possible. [s. NR 406.10 and s. NR 440.285(3)(a)1.a., Wis. Adm. Code] | (1) The permittee shall visually inspect the storage vessel with the seal in place before the initial fill of the volatile organic liquid. If there are any openings in the seals or other defects in the internal floating roof, the owner or operator shall repair these before filling the vessel. [s. NR 440.285(4)(a)1., Wis. Adm. Code]<br><br>(2) The permittee shall visually inspect the storage vessel internal floating roof and the primary seal through manholes and roof hatches on the fixed roof once every 12 months after the initial fill of the volatile organic liquid. If the internal floating roof is not resting on the surface of the Volatile Organic Liquid (VOL) inside the storage vessel, or there is liquid accumulated on the floating roof, or if the seal is detached or if there are holes or tears in the seal fabric, the owner or operator shall repair the items or empty and remove the storage vessel from service within 45 days. If a failure that is detected during inspections required under this paragraph cannot be repaired within 45 days and if the vessel cannot be emptied within 45 days, a 30-day extension may be requested from the Department in the inspection report required in s. NR 440.285(6)(a)3., Wis. Adm. Code. A request for an extension shall document that alternate storage capacity is unavailable and specify a schedule of actions the company owner or operator shall take to assure that the control equipment is repaired or the vessel will be emptied as soon as possible. [s. NR 440.285(4)(a)2, Wis. Adm. Code] | (1) Whenever VOC compliance testing is required, USEPA Method 18 or 25A shall be used. When approved in writing an equivalent test method may be substituted for the required test method. [§ NR 439.06(8), Wis. Adm. Code]<br><br>(2) The permittee shall maintain a record of the volatile organic liquid stored, the period of storage, and the maximum true vapor pressure of that liquid during the respective storage period. The maximum true vapor pressure is the equilibrium partial pressure exerted by the VOL based upon the maximum local monthly average ambient temperature (listed by the National Weather Service as 72° F in July) [s. NR 440.285(7)(c), Wis. Adm. Code]<br><br>(3) The permittee of each storage vessel shall keep readily accessible records showing the dimensions of the storage vessel and an analysis showing the capacity of the storage vessel. The permittee shall also keep and maintain on site current "as built" technical drawings, blueprints or equivalent records of the storage tanks. These records shall be kept for the life of the vessel. [s. NR 439.04 and s. NR 440.285(7)(a) and (b), Wis. Adm. Code] |

I. Tanks T01, T02, T03, T04, T05 — Two Storage Tanks for 200 proof product (T01, T02; 128,000 gallons each), One denaturant (gasoline) storage tank (T03; 89,400 gallons), Two denatured ethanol storage tanks (T04, T05; 408,750 gallons each). All tanks are vertical fixed roof tanks with internal floating roofs [subject to NSPS under s. NR 440.285, Wis. Adm. Code] [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Volatile organic compound (VOC) Emissions [Continued] | (3) The internal floating roof shall be equipped with a foam or liquid filled seal mounted in contact with the liquid (a liquid- mounted seal). The seal shall be in contact with the liquid between the wall of the storage vessel and the floating roof continuously around the circumference of the storage vessel. [s. NR 406.10 and s. NR 440.285(3)(a)1.b.1), Wis. Adm. Code]<br><br>(4) The storage tank shall be equipped with a submerged fill pipe. [s. NR 406.10, Wis. Adm. Code]<br><br>(5) Each opening in a non-contact internal floating roof except for automatic bleeder vents (vacuum break vents) and the rim space vents is to provide a projection below the liquid surface. [s. NR 440.285(3)(a)1.c., Wis. Adm. Code] | (3) Visually inspect the internal floating roof, the primary seal, the secondary seal (if one is in service), gaskets, slotted membranes (if any), and sleeve seals (if any) each time the storage vessel is emptied and degassed. If the internal floating roof has defects, the primary seal has holes, tears or other openings in the seal or the seal fabric, the secondary seal has holes, tears or other openings in the seal or the seal fabric, the gaskets no longer close off the liquid surfaces from the atmosphere, or the slotted membrane has more than 10% open area, the owner or operator shall repair the items as necessary so that none of the conditions specified in this paragraph exist before refilling the storage vessel with VOL. In no event may inspections conducted in accordance with this provision occur at intervals greater than 10 years in the case of vessels undergoing annual visual inspections. [s. NR 440.285(4)(a)4., Wis. Adm. Code] | (4) After installing the fixed roof, internal floating roof tank, the owner or operator shall meet the following requirements:<br>(a) Furnish the department with a report that describes the control equipment and certifies that the control equipment meets the specifications of s. NR 440.285(3)(a)1. and (4)(a)1., Wis. Adm. Code. This report shall be an attachment of the notification required by s. NR 440.07(1)(c), Wis. Adm. Code. [See 1.1.1.a.(1)(c)]<br>(b) Keep a record of each inspection performed as required by I.1.1.b.(1)-(4). Each record shall identify the storage vessel on which the inspection was performed and shall contain the date the vessel was inspected and the observed condition of each component of the control equipment (seals, internal floating roof and fittings).<br>(c) If any of the conditions described in I.1.1.b.(2) [s. NR 440.285(4)(a)2., Wis. Adm. Code] are detected during the annual inspection, a report shall be furnished to the department within 30 days of the inspection. Each report shall identify the storage vessel, the nature of the defects and the date the storage vessel was emptied or the nature of and the date the repair was made. [s. NR 440.285(6)(a), Wis. Adm. Code] |

CTD
001656

1. Process T01, T02, T03, T04, T05 — Two Storage Tanks for 200 proof product (T01, T02; 128,000 gallons each), One denaturant (gasoline) storage tank (T03; 89,400 gallons), Two denatured ethanol storage tanks (T04, T05; 408,750 gallons each). All tanks are vertical fixed roof tanks with internal floating roofs [subject to NSPS under s. NR 440.285, Wis. Adm. Code] [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration |
|---|---|---|
| 1. Volatile organic compound (VOC) Emissions [Continued] | (6) Each opening in the internal floating roof, except for leg sleeves, automatic bleeder vents, rim space vents, column wells, ladder wells, sample wells and stub drains, is to be equipped with a cover or lid which is to be maintained in a closed position at all times (i.e., no visible gap) except when the device is in actual use. The cover or lid shall be equipped with a gasket. Covers on each access hatch and automatic gauge float well shall be bolted except when they are in use. [s. NR 440.285(3)(a)1.d., Wis. Adm. Code]<br><br>(7) Automatic bleeder vents (vacuum break vents) shall be equipped with a gasket and are to be closed at all times when the roof is floating except when the roof is being floated off or is being landed on the roof leg supports. [s. NR 440.285(3)(a)1.e., Wis. Adm. Code]<br><br>(8) Rim space vents shall be equipped with a gasket and are to be set to open only when the internal floating roof is not floating or at the manufacturer's recommended setting. [s. NR 440.285(3)(a)1.f., Wis. Adm. Code]<br><br>(9) Each penetration of the internal floating roof for the purpose of sampling shall be a sample well. The sample well shall have a slit fabric cover that covers at least 90% of the opening.[s. NR 440.285(3)(a)1.g., Wis. Adm. Code]<br><br>(10) Each penetration of the internal floating roof that allows for passage of a column supporting the fixed roof shall have a flexible fabric sleeve seal or a gasketed sliding cover. [s. NR 440.285(3)(a)1.h., Wis. Adm. Code]<br><br>(11) Each penetration of the internal floating roof that allows for passage of a ladder shall have a gasketed sliding cover. [s. NR 440.285(3)(a)1.i., Wis. Adm. Code] | (4) Notify the department in writing at least 30 days prior to the filling or refilling of each storage vessel for which an inspection is required by (1) and (3) to afford the department the opportunity to have an observer present. If the inspection required by (3) is not planned and the owner or operator could not have known about the inspection 30 days in advance of refilling the storage vessel, the owner or operator shall notify the department at least 7 days prior to the refilling of the storage vessel. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, this notification including the written documentation may be made in writing and sent by express mail so that it is received by the department at least 7 days prior to the refilling.[s. NR 440.285(4)(a)5., Wis. Adm. Code] |

CTD
001657

FID 111081520; Permit No. 06-DCF-166.

J. .P01/S01 /C01 – North Truck/Rail Unload Building Filter: Grain Receiving   [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and $PM_{10}$ Emissions | (1) The emissions may not exceed 0.122 lbs/hr of PM and $PM_{10}$ from the baghouse stack S01.[9] [s. NR 415.05(1)(d), Wis. Adm. Code and s. NR 415.05(2), Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.] <br><br> (2) Stack Parameters  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed. <br><br> (a) The stack height shall be at least 32.0 feet above ground level. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] <br><br> (b) The stack inside diameter at the outlet may not exceed 1.6 feet. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.] <br><br> (2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology as approved by the Department in writing). [s. NR 439.055(1) and (4), Wis. Adm. Code] <br><br> (3) The pressure drop across the baghouse shall be maintained within the range of 2 - 5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance. [s. 285.65(3), Wis. Stats.; s. NR 407.09(1)(c), Wis. Adm. Code] <br><br> (4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code and s. 285.65(3), Wis. Stats.] <br><br> (5) This process shall unload grain only to silo/bins 1-6 and W1-W8. [s. 285.65(7), Wis. Stats.] This condition is established so this process is not subject to NSPS. <br><br> (6) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0034 gr/acf. This and the maximum inlet flow of 4200 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & $PM_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(1m), Wis. Adm. Code] <br><br> (2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements. Any alternative monitoring technology monitoring / records shall be at the frequency required for that technology (but not less than the above frequency). [s. NR 439.055(2), Wis. Adm. Code] <br><br> (3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. <br><br> (4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse. These records shall include the date of action and a description of any corrective actions taken. [s. NR 439.04(1)(d), Wis. Adm. Code] <br><br> (5) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. 439.04(1)(d), Wis. Adm. Code] |

[9] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for $PM_{10}$  This restriction also ensures that this project is minor under Part 70 and PSD.

CTD
001658

J . P01/S01 /C01 – North Truck/Rail Unload Building Filter: Grain Receiving   [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | (e) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (7) Compliance emission tests of the PM emissions, exhaust flows and outlet grain loading (gr/dscf) shall be conducted upon request of the Department. See additional stack testing conditions under I.X.4. [s. NR 439.03, Wis. Adm. Code] | (6) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters. [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S01, P01 into the atmosphere any gases which exhibit greater than 20% opacity. [s. NR 431.05(1), Wis. Adm. Code] | (1) A visible emissions compliance test shall be performed simultaneous with the PM & $PM_{10}$ emissions test required in I.I.1.b.(7). [s. NR 439.07(1), Wis. Adm. Code]<br><br>(2) The requirements in I.I.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) The records required in I.I.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

CTD
001659

K. **P08/S08 /C08 – Mill Truck Bulk Loadout Building Filter: Product Loadout** [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and $PM_{10}$ Emissions | (1) The emissions may not exceed 0.044 lbs/hr of PM and $PM_{10}$ from the baghouse stack S08.[7]<br><br>[s. NR 415.05(1)(n), Wis. Adm. Code and s. NR 415.05(2), Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.]<br><br>(2) Stack Parameters These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The stack height shall be at least 32.0 feet above ground level. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br>(b) The stack inside diameter at the outlet may not exceed 1.6 feet. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br>(c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]<br><br>(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology as approved by the Department). [s. NR 439.055(1) and (4), Wis. Adm. Code]<br><br>(3) The pressure drop across the baghouse shall be maintained within the range of 2-5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance. [s. 285.65(3), Wis. Stats.; s. NR 407.09(1)(c), Wis. Adm. Code]<br><br>(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code and s. 285.65(3), Wis. Stats.]<br><br>(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0034 gr/acf. This and the maximum inlet flow of 1,514 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & $PM_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements. Any alternative monitoring technology monitoring / records shall be at the frequency required for that technology (but not less than the above frequency). [s. NR 439.055(2), Wis. Adm. Code]<br><br>(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse. These records shall include the date of action and a description of any corrective actions taken. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code] |

[7] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for $PM_{10}$. This restriction also ensures that this project is minor under Part 70 and PSD.

CTD
001660

**K. P08/S08 /C08 - Mill Truck Bulk Loadout Building Filter: Product Loadout [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and $PM_{10}$ Emissions [Continued] | | (6) Compliance emission tests of the PM emissions, exhaust flows and outlet grain loading (gr/dscf) shall be conducted upon request of the Department. See additional stack testing conditions under I.X.4. [s. NR 439.03, Wis. Adm. Code] | (6) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters. [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S08, P08 into the atmosphere any gases which exhibit greater than 20% opacity. [s. NR 431.05, Wis. Adm. Code] | (1) The requirements in I.K.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(9)(a)1, Wis. Adm. Code]<br><br>(2) The records required in I.K.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

CTD
001661

L. P10/S10 /C10 - South Filters: Grain Milling [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and $PM_{10}$ Emissions | (1) The emissions may not exceed 0.52 lbs/hr of PM and $PM_{10}$ from the baghouse stack S10.[8] [s. NR 415.05(1)(a), Wis. Adm. Code and s. NR 415.05(2), Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.]<br><br>(2) <u>Stack Parameters</u> These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The stack height shall be at least 84.0 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br>(b) The stack inside dimension at the outlet may not exceed 3.0 feet x 2.2 ft. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]<br><br>(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology) as approved by the Department in writing). [s. NR 439.055(1) and (4), Wis. Adm. Code]<br><br>(3) The pressure drop across the baghouse shall be maintained within the range of 2 - 5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance. [s. 285.65(3), Wis. Stats. s; NR. 407.09(1)(c), Wis. Adm. Code]<br><br>(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0034 gr/acf. This and the maximum inlet flow of 18,000 ACFM are the basis for the PM limitation.  [s. NR. 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & $PM_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements.  Any alternative monitoring technology monitoring / records shall be at the frequency required for that technology (but not less than the above frequency).  [s. NR 439.055(2), Wis. Adm. Code]<br><br>(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse.  These records shall include the date of action and a description of any corrective actions taken. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code] |

[8] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for $PM_{10}$.  This restriction also ensures that this project is minor under Part 70 and PSD.

L. **P10/S10 /C10 - South Filters:** Grain Milling [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions [Continued] | (c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats, and s. NR 406.10, Wis. Adm. Code] | (6) Compliance emission tests of the PM emissions, exhaust flows and outlet grain loading (gr/dscf) shall be conducted upon request of the Department. See additional stack testing conditions under IX.4. [s. NR 439.03, Wis. Adm. Code] | (6) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters. [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S10, P10 into the atmosphere any gases which exhibit greater than 20% opacity. [s. NR 431.05, Wis. Adm. Code] | (1) The requirements in I.L.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(9)(a)11, Wis. Adm. Code]<br><br>(2) The records required in I.L.1.c.(2)&(3) shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

M.  P11/S11 /C11– North Filters: Grain Milling  [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1.  Particulate Matter (PM) and PM$_{10}$ Emissions | (1) The emissions may not exceed 0.22 lbs/hr of PM and PM$_{10}$ from the baghouse stack S11.[9] [s. NR 404.08(2), Wis. Adm. Code, and s. 285.65(3), Wis. Stats.]<br><br>(2)  Stack Parameters  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br><br>a)  The stack height shall be at least 84.0 feet above ground level. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>b)  The stack inside dimension at the outlet may not exceed 4.0 feet x 4.0 ft. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]<br><br>(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor particulate matter emissions using a bag break detector / emissions monitor, within 120 days of commencing construction. [s. NR 439.055(1) and (4), Wis. Adm. Code]<br><br>(3) The output from the bag break detector shall be maintained within the range or below the value shown to be in compliance with the particulate matter emissions / grain loading  or with approval from the Department in writing, an alternative range used to demonstrate compliance. Prior to use of the bag break detector / emission monitor, the pressure drop shall be measured and maintained within the range of 2.0 to 5.0 inches of water column. [s. 285.65(3), Wis. Stats. s;. NR 407.09(1)(c), Wis. Adm. Code]<br><br>(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0010 gr/acf.  This and the maximum inlet flow of 26,000 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM$_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements. Pressure drop measurements are not be required once the bag break detector / emissions monitor has been installed and operated.  [s. NR 439.055(2), Wis. Adm. Code]<br><br>(3) Upon installation, calibration and initial operation of the bag break detector / emissions monitor, the facility shall monitor and record the output from a bag break detector / emissions monitor at 15 minute intervals (e.g. electrodynamic or triboelectric or detectors).  [s. NR 439.055(2), Wis. Adm. Code]<br><br>(4) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(5) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse.  These records shall include the date of action and a description of any corrective actions taken.  [s. NR 439. |

[9] *The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for PM$_{10}$.  This restriction also ensures that this project is minor under Part 70 and PSD.*

M.  P11/S11/ C11 – North Filters: Grain Milling  [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM₁₀ Emissions [Continued] | (c)  The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6)  Compliance emission tests shall be conducted within 180 days after the start of initial operation following completion of modification (or authorization to construct expiration, whichever comes first) to demonstrate compliance with the PM emission limit, exhaust flow and grain loading (gr/dscf).  The stack testing shall be done following installation of the bag break detector / emissions monitor, to assist in calibration. See additional stack testing requirements under I.X.4.  [s. NR 439.07(1), Wis. Adm. Code] | (6)  The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code]

(7)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters. [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1)  The permittee may not discharge from S11, P11 into the atmosphere any gases which exhibit greater than 20% opacity.

[s. NR 431.05, Wis. Adm. Code] | (1)  The requirements in I.M.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1)  Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code]

(2)  The records required in I.M.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1)  No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1)  The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1)  The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

N. P12/S12 /C12 – Mill Bins Transfer Filter – Baghouse for areas that transfers milled product to product storage bins   [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a.   Limitations | b.   Compliance Demonstration | c.   Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions | (1) The emissions may not exceed 0.093 lbs/hr of PM and PM$_{10}$ from the baghouse stack S12.[10] [s. NR 404.08(2), Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.]

(2) Stack Parameters  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.

(a) The stack height shall be at least 96.0 feet above ground level. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]

(b) The stack inside diameter at the outlet may not exceed 1.0 feet [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]

(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology) as approved by the Department in writing. [s. NR 439.055(1) and (4), Wis. Adm. Code]

(3) The pressure drop across the baghouse shall be maintained within the range of 2- 5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance. [s. 285.65(3), Wis. Stats. s;. NR 407.09(1)(c), Wis. Adm. Code]

(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]

(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0034 gr/acf. This and the maximum inlet flow of 3,200 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM$_{10}$ is required, USEPA Method 5, including backhalf [Method 202] shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(1m), Wis. Adm. Code]

(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements. Any alternative monitoring technology monitoring / records shall be at the frequency required for that technology (but not less than the above frequency). [s. NR 439.055(2), Wis. Adm. Code]

(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.

(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse. These records shall include the date of action and a description of any corrective actions taken. [s. NR 439.04(1)(d), Wis. Adm. Code]

(5) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code] |

[10] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for PM$_{10}$. This restriction also ensures that this project is minor under Part 70 and PSD.

CTD
001666

FID 111081520; Permit No. 06-DCF-166.

Page 43 of 72

N.  P12/S12 /C12 – Mill Bins Transfer Filter – Baghouse  for areas that transfers milled product to product storage bins   [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions [Continued] | (c)  The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases.  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6)  Compliance emission tests of the PM emissions, exhaust flows and outlet grain loading (gr/dscf) shall be conducted upon request of the Department.  See additional stack testing conditions under I.X.4.  [s. NR 439.03, Wis. Adm. Code] | (6)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.   [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S12, P12 into the atmosphere any gases which exhibit greater than 20% opacity. [s. R 431.05, Wis. Adm. Code] | (1) The requirements in I.N.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code]  (2)  The records required in I.N.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne.   [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requiremen. established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

FID 111081520; Permit No. 06-DCF-166.

O.  P14; P21, P22; P23 /S14 / C14 – RCPF Hammermill Filter – Grain Milling; Grain Conveyor to Ethanol Plant; Raw Grain Storage Silos; Grain Storage and Gain
Handling; Product Storage Silos   [Conditions from 02-RV-166, modified under 06-DCF-166]

| Pollutant: | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM₁₀ Emissions | (1) The emissions may not exceed 0.073 lbs/hr of PM and PM₁₀ from the baghouse stack S14[1] [s. NR 408.04(2), Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.]<br><br>(2) Stack Parameters  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br><br>(a) The stack height shall be at least 126.0 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b) The stack inside diameter at the outlet may not exceed 1.0 feet  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]<br><br>(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology as approved by the Department in writing). [s. NR 439.055(1) and (4), Wis. Adm. Code]<br><br>(3) The pressure drop across the baghouse shall be maintained within the range of 2 - 5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance. [s. 285.65(3), Wis. Stats. s.; NR 407.09(1)(c), Wis. Adm. Code]<br><br>(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(5) The fabric filter baghouse shall be necessary to achieve an outlet concentration of not more than 0.0034 gr/acf as noted within the application. This and the maximum inlet flow of 2,500 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM₁₀ is required, USEPA Method 5, including backhalf [Method 202] shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements.  [s. NR 439.055(2), Wis. Adm. Code]<br><br>(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse.  These records shall include the date of action and a description of any corrective actions taken. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain records / documentation of fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained.  [s. 439.04(1)(d), Wis. Adm. Code] |

[1] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standards and increment for PM₁₀.  This restriction also ensures that this project is minor under Part 70 and PSD.

O.   **P14; P21, P22; P23 /S14 / C14— RCPF Hammermill Filter – Grain Milling; Grain Conveyor to Ethanol Plant; Raw Grain Storage Silos; Grain Storage and Gain Handling; Product Storage Silos**   [Conditions from 02-RV-166, modified under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1.   Particulate   Matter (PM) and PM$_{10}$ Emissions [Continued] | (c)  The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6) Compliance emission tests shall be conducted within 180 days after the start of initial operation following completion of modification (or authorization to construct expiration, whichever comes first) to demonstrate compliance with the PM emission limit, exhaust flow and grain loading (gr/dscf).   See additional stack testing requirements under I.X.4.  [s. NR 439.07(1), Wis. Adm. Code]  (7)  The permittee may not exhaust emissions from any vents / fans on the storage silos (P22 / P23). These emissions shall be collected and directed to the control C14. [s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code] | (6)  The permittee shall keep the following records:  (a)   Maximum silo/bin capacities and maximum throughputs in tons.  (b)   emissions factor based on AP-42.  (c)   Manufacturer specifications information of the baghouse and information / documentation regarding the means directing the emissions to the baghouse. [s. 285.65(3), Wis. Stats.]  (7)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.   [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2.   Visible Emissions | (1) The permittee may not discharge from S14, P14 into the atmosphere any gases which exhibit greater than 20% opacity. [s. NR 431.05, Wis. Adm. Code] | (1) The requirements in I.O.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]  (2) The records required in I.O.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3.   Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1)  The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

**P. P15/S17 /C17 – South Truck Unload/Loading Building Filter: Grain Receiving   [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions | (1) The emissions may not exceed 0.069 lb/hr of PM and PM$_{10}$ from the baghouse stack S15.[12] [s. NR 404.08(2), Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.]<br><br>(2) Stack Parameters These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The stack height shall be at least 100.0 feet above ground level. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b) The stack inside diameter at the outlet may not exceed 1.64 feet. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]<br><br>(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor particulate matter emissions using a bag break detector / emissions monitor, within 150 days of commencing construction. [s. NR 439.055(1) and (4), Wis. Adm. Code].<br><br>(3) The output from the bag break detector shall be maintained within the range or below the value shown to be in compliance with the particulate matter emissions / grain loading or with approval from the Department in writing, an alternative range used to demonstrate compliance. Prior to use of the bag break detector / emission monitor, the pressure drop shall be measured and maintained within the range of 2.0 to 5.0 inches of water column. [s. 285.65(3), Wis. Stats. s. NR 407.09(1)(c), Wis. Adm. Code]<br><br>(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code and s. 285.65(3), Wis. Stats.]<br><br>(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0010 gr/acf. This and the maximum inlet flow of 8,000 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM$_{10}$ is required, USEPA Method 5, including backflash (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. Please note compliance with the test methods and procedures to meet the NSPS requirements are identified in s. NR 440.47(4), Wis. Adm. Code. [s. NR 440.47(4)(b)1., and (c), Wis. Adm. Code, s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements. Pressure drop measurements are not be required once the bag break detector / emissions monitor has been installed and operated. [s. NR 439.055(2), Wis. Adm. Code]<br><br>(3) Upon installation, calibration and initial operation of the bag break detector / emissions monitor, the facility shall monitor and record the output from a bag break detector / emissions monitor at 15 minute intervals (e.g. electrodynamic or triboelectric detectors). [s. NR 439.055(2), Wis. Adm. Code]<br><br>(4) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(5) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse. These records shall include the date of action and a description of any corrective actions taken. [s. NR 439.04(1)(d), Wis. Adm. Code] |

[12] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for PM$_{10}$. This restriction also ensures that this project is minor under Part 70 and PSD.

P.  **P15/S17 /C17 – South Truck Unload/Loading Building Filter: Grain Receiving  [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM₁₀ Emissions [Continued] | (c)  The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6) Compliance emission tests shall be conducted within 180 days after the start of initial operation following completion of modification (or authorization to construct expiration, whichever comes first) to demonstrate compliance with the PM emission limit, exhaust flow and grain loading (gr/dscf). The stack testing shall be done following installation of the bag break detector / emissions monitor, to assist in calibration. See additional stack testing requirements under I.X.4. [s. NR 439.07(1), Wis. Adm. Code] | (6)  The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan/ blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained.  [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(7)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.    [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1)  The permittee may not discharge from S15, P15 into the atmosphere any fugitive gases which exhibit greater than 5% opacity. [s. NR 440.47(3)(b)2., Wis. Adm. Code]<br><br>(2)  The permittee may not discharge into atmosphere any gases from stack S15, P15 which exhibit greater than 0% opacity. [s. NR 440.47(3)(c)1., Wis. Adm. Code | (1)  A visible emissions compliance test shall be performed simultaneously with the PM & PM₁₀ emissions test required in I.P.1.b.(4). [s. NR 439.07(1), Wis. Adm. Code]<br><br>(2)  The requirements in I.P.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1)  Whenever compliance testing is required, USEPA Method 9 shall be used. [s. NR 440.47(4)(b)3., Wis. Adm. Code, s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2)  The records required in I.P.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1)  No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1)  The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1)  The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

Q. P19/S21 / C21 – Mill flour operations Filter – Grain Milling [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM₁₀ Emissions | (1) The emissions may not exceed 0.52 lb/hr of PM and PM₁₀ from the baghouse stack S21[13] [s. NR 404.08(2), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(2) Stack Parameters These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br>(a) The stack height shall be at least 92 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br>(b) The stack inside diameter at the outlet may not exceed 2.0 feet [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]<br><br>(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology as approved by the Department in writing). [s. NR 439.055(1) and (4), Wis. Adm. Code]<br><br>(3) The pressure drop across the baghouse shall be maintained within the range of 2 – 5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance. [s. 285.65(3), Wis. Stats. s. NR 407.09(1)(c), Wis. Adm. Code]<br><br>(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code and s. 285.65(3), Wis. Stats.]<br><br>(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0034 gr/dscf. This and the maximum inlet flow of 118,000 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM₁₀ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements. Any alternative monitoring technology monitoring / records shall be at the frequency required for that technology (but not less than the above frequency). [s. NR 439.055(2), Wis. Adm. Code]<br><br>(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse. These records shall include the date of action and a description of any corrective actions taken. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code] |

[13] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for PM₁₀. This restriction also ensures that this project is minor under Part 70 and PSD.

FID 111081520; Permit No. 06-DCF-166.

Q. P19/S21 / C21 – Mill flour operations Filter – Grain Milling [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions [Continued] | (c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6) Compliance emission tests of the PM emissions, exhaust flows and outlet grain loading (gr/dscf) shall be conducted upon request of the Department. See additional stack testing conditions under I.X.4. [s. NR 439.03, Wis. Adm. Code] | (6) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters. [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S21, P19 into the atmosphere any gases which exhibit greater than 20% opacity. [s. NR 431.05, Wis. Adm. Code] | (1) The requirements in I.Q.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]  (2) The records required in I.Q.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

CTD
001673

FID 11108152O; Permit No. 06-DCF-166.

Page 50 of 72

R.  **P20/S22/C22 – Mill/Germ Recovery/Toasting/Grinding Filter – Grain Milling [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM₁₀ Emissions | (1) The emissions may not exceed 0.52 lbs/hr of PM and PM₁₀ from the baghouse stack S22[14]. [s. NR 404.08(2), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(2) <u>Stack Parameters</u> These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The stack height shall be at least 92 feet above ground level. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br>(b) The stack inside diameter at the outlet may not exceed 2.5 feet [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]<br><br>(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology) as approved by the Department in writing). [s. NR 439.055(1) and (4), Wis. Adm. Code]<br><br>(3) The pressure drop across the baghouse shall be maintained within the range of 2 - 5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance. [s. 285.65(3), Wis. Stats. s; NR 407.09(1)(c), Wis. Adm. Code]<br><br>(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0034 gr/dscf. This and the maximum inlet flow of 18,000 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM₁₀ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements. Any alternative monitoring technology monitoring / records shall be at the frequency required for that technology (but not less than the above frequency). [s. NR 439.055(2), Wis. Adm. Code]<br><br>(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse. These records shall include the date of action and a description of any corrective actions taken. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code] |

[14] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for PM₁₀. This restriction also ensures that this project is minor under Part 70 and PSD.

FID 111081520; Permit No. 06-DCF-166.

Page 51 of 72

R.  P20/S22 / C22 – Mill/Germ Recovery/Toasting/Grinding Filter – Grain Milling [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions [Continued] | (c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6) Compliance emission tests of the PM emissions, exhaust flows and outlet grain loading (gr/dscf) shall be conducted upon request of the Department. See additional stack testing conditions under I.X.4. [s. NR 439.03, Wis. Adm. Code] | (6) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.   [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S21, P19 into the atmosphere any gases which exhibit greater than 20% opacity. [s. NR 431.05, Wis. Adm. Code] | (1) The requirements in I.R.1.b. shall be used to demonstrate compliance with the visible emissions limit.  [s. 285.65(3), Wis. Stats.]<br><br>(2) A visible emissions compliance testing shall be performed simultaneous with the PM and PM10 emission test required of I.R. 1.b.(5). [s. NR 439.07(1), Wis. Adm. Code] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department shall be used. [s. NR 439.06(9)(a)11, Wis. Adm. Code]<br><br>(2) The records required in I.R.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

CTD
001675

S.    P16, F18, Grain Dryer No. 3  Natural gas fired burner 19.34 MMBTU/hr (1999)    [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and $PM_{10}$ Emissions | (1) The emissions may not exceed 9.39 lb/hr of PM and 2.39 lb/hr of $PM_{10}$ from F18.[15] [s. NR 415.05(1)(b), Wis. Adm. Code and s. NR 415.05(2), Wis. Adm. Code, and s. 285.65(3), Wis. Stats.]

(2) Stack Parameters  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.

(a) The average discharge height shall be at least 56.7 feet above ground level (as modeled for a volume source). [(s. 285.65(3), Stats, and s. NR 406.10, Wis. Adm. Code] | (1) The permittee shall demonstrate compliance with the hourly emission rates using maximum throughputs and AP-42 emission factors. [s. 285.65(3), Wis. Stats.]

(2) The grain dryer may only be fired using natural gas.  [s. NR 406.10, Wis. Adm. Code]

(3) The grain dryer may only be used during the period from October through November and only during the hours of 10 AM through 3 PM. [s. 285.65(3) and (7), Wis. Stats.; s. NR 404.08(2), and s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & $PM_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(1m), Wis. Adm. Code]

(2) Reference Test Method for $PM_{10}$ Emissions:  Whenever compliance emission testing is required, the appropriate Us EPA Method; 201 or 201A shall be used to demonstrate compliance. [s. NR 439.06(1m), Wis. Adm. Code]

(3) The permittee shall keep the following records:

(a) Maximum s capacities and maximum throughputs in tons.

(b) AP-42 emissions factor.

(c) Detailed records of the hours of operation.  This shall include the startup time / date, shutdown time / date. Operating times shall include loading, drying and unloading.  [s. 285.65(3), Wis. Stats.]

(4) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical discharge parameters.   [s. NR 439.04(1)(d), Wis. Adm. Code] |

[15] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for $PM_{10}$.  This restriction also ensures that  this project is minor under Part 70 and PSD.

5.   P16, F18, Grain Dryer No. 3 (1999)   [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a.   Limitations | b.   Compliance Demonstration | c.   Reference Test Method, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 2. Visible Emissions | (1) (a)The permittee may not discharge from P16, F18 into the atmosphere any gases which exhibit greater than 0% opacity from any column dryer with column plate perforation exceeding 2.4 mm diameter (ca. 0.094 inch) to meet NSPS. [s. NR 440.47(3)(a)1., Wis. Adm. Code] <br><br> (b) The permittee may not discharge from P16, F18 into atmosphere any gases which exhibit greater than 20% opacity from any column plate perforation not exceeding 2.4 mm diameter (ca. 0.094 inch) [s. 285.65(3), Wis. Stats.] | (1) Compliance emission tests shall be conducted within 90 days of permit issuance to demonstrate compliance with the visible emission limit in I.S.2.a.(1)(a) when process #P16, is operating at 100% capacity. If operation at 100% capacity is not feasible, the source shall operate at a capacity level, which is approved by the Department in writing. If the compliance emission tests cannot be conducted within 90 days of permit issuance, the permit holder may request and the Department may approve, in writing, an extension of time to conduct the test(s). [s. NR 439.07(1), Wis. Adm. Code] | (1) Whenever compliance testing is required, USEPA Method 9 and the procedures in s. NR 440.11, Wis. Adm. Code shall be used to determine the opacity.  [s. NR 440.47(4), Wis. Adm. Code, s. NR 439.06(9)(a)1, Wis. Adm. Code] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

T.   B01, S15, Boiler No.1   8.4 MMBTU/hr.   B02; S16 – Boiler No. 2.   6.3 MMBTU/hr   These boilers are **not** subject to NSPS (< 10 MMBTU/hr)   [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and $PM_{10}$ Emissions | (1) The emissions may not exceed 0.064 lb/hr of PM and $PM_{10}$ from S15.[16] [s. 285.65(7), Wis. Stats.]<br><br>(2) The emissions may not exceed 0.048 lbs/hr of PM and $PM_{10}$ from S16 [s. 285.65(7), Wis. Stats.]<br><br>(3) The facility shall permanently shutdown, and/or make inoperable, the boiler B03 within 30 days of commencing operation of the boilers B04 or B05. [s. 285.65(3) and (7), Wis. Stats.]<br><br>(4) 0.0076 pounds per million BTU from respective stack.[17] [s. 285.65(3), Wis. Stats.; s. NR 404.08(2) and s. NR 415.06, Wis. Adm. Code] | (1) The permittee may fire only natural gas. [s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code]<br><br>(2) See I.T.1.c.(3).<br><br>(3) Each boiler shall be properly tuned and maintained, in accordance with the manufacturer's specifications and requirements. The malfunction prevention and abatement plan section, I.X.3., also applies to the boilers. [s. NR 439.11, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & $PM_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The permittee shall retain on site plans, and specifications that indicate the boiler's fuel design capabilities. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The facility shall maintain documentation and other information necessary to demonstrate that the boiler B03 has been permanently disconnected from its fuel / power sources and/or made permanently inoperable within the timeframes. [s. NR 439.04(1)(d), Wis. Adm. Code] |

[17] This emission limit (based on the AP-42 Emission Factor of 7.6 lbs/cf6, and a fuel containing 1000 BTU/cf) is more restrictive than that in s. NR 415.06(2)(a), Wis. Adm. Code (0.15 lbs/MMBTU).

CTD
001678

T.  B01, S15, Boiler No. 1  8.4 MMBTU/hr.  B02; S16 – Boiler No. 2.  6.3 MMBTU/hr   These boilers are <u>not</u> subject to NSPS (<10 MMBTU/hr)  [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]

| Pollutant | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions | (2)  <u>Stack Parameters</u>  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br><br>(a)  The stack heights shall be at least 30 feet above ground level.  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b)  The stack inside diameter at the outlet may not exceed 1.33 feet  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(c)  The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases.  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | | (6)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.    [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1)  The permittee may not discharge into the atmosphere any gases which exhibit greater than 20% opacity. [s. NR 431.05, Wis. Adm. Code] | (1) The permittee may fire only natural gas in the boilers. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code] |

FID 111081520; Permit No. 06-DCF-166.

U. Not used

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Record-keeping and Monitoring Requirements |
|---|---|---|---|
|  |  |  |  |

CTD
001680

FID 111081520; Permit No. 06-DCF-166.

**V.  TSP Monitoring [Conditions from 02-RV-166, revised / superseded under 06-DCF-166]**

| Condition Type | a.  Specific Conditions |
|---|---|
| 1.  TSP Monitoring | (1) The location of the total suspended particulate (TSP) ambient air monitor shall be examined and re-evaluated to assure that its location is appropriate based on the new facility configuration following commencement of construction of the ethanol plant. This shall be installed and operated (at a new location if determined to be appropriate) within 60 days of commencing construction of the ethanol facility, in according to guidance provided by the Department's Ambient Air Monitoring Section of the Bureau of Air Management as found in the Air Monitoring Comparability Program guidelines, and in consultation with the local compliance inspector. This shall be for a period of thirty six (36) months or up to 24 months following initial operation of the ethanol facility, whichever is later. If the Ambient Air Monitor cannot be installed and operated within 60 days of the permit issuance, the permit holder may request in writing, a specific extension of time and the Department may approve the extension of time to install and operate the ambient air monitor. |
| | The Department's approval is required for the selected site prior to start up of the monitor. If any exceedance of the secondary 24-hour average total suspended particulate standard of 150 ug/m$^3$ is detected by the monitor, the Permittee shall submit a written report for the Department's South Central Region, Air Management Section within 15 days of its occurrence. |
| | The report shall specify what activities took place during the exceedance period, if any on-site meteorological station is installed with the TSP monitor then the wind speed and wind direction recorded on those meteorological instruments during the exceedance period shall also be reported. |
| | This condition is necessary to show that the TSP ambient air quality standards is not violated. |
| | Additional control technology or operation restrictions may be requested by the Department if violations of the Ambient Air Quality Standards for TSP is detected by the monitor. [ss. 285.65(3) and s. 285.65(10), Wis. Stats.] |

W.  Fugitive F08 – Wet Cake Storage – Covered, 3 sided walled area used to store the spent grain following centrifugation and prior to removal for use as a feed material or drying  (2007)   [Conditions from 06-DCF-166]

| Pollutant | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1.  Volatile Organic Compound (VOC) Emissions | (1) Latest Available Control Techniques and operating practices (LACT).  LACT is distillation, evaporation and centrifugation of the stillage (wet cake) material to remove water and VOC's from the wet cake prior to storage.  LACT includes implementation of an odor prevention and abatement plan (I.X.1.) which minimizes emissions resulting from extended storage.  [s. NR 424.03(2)(c) and s. NR 426.03, Wis. Adm. Code] | (1) The permittee shall implement an odor prevention and abatement plan.  See I.X.1.  [s. NR 424.03(2)(c) and s. NR 426.03, Wis. Adm. Code]  <br><br>(2)  The wet cake shall be de-watered to insure that the solids fraction is not less than 33 %, or with approval from the Department, an alternative range or limit determined to demonstrate compliance.  [s. NR 424.03(2)(c) and s. NR 426.03, Wis. Adm. Code]  <br><br>(3)  Wet cake may not be stored for more than 72 hours when the daily noon-time temperature exceeds 45° F.  See I.X.1. [s. NR 424.03(2)(c) and s. NR 426.03, Wis. Adm. Code] | (1)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the wet cake storage area.   [s. NR 439.04(1)(d), Wis. Adm. Code]  <br><br>(2)  On any day when spent grain (wet cake) i being sent to the wet cake storage area, the facility shall measure and record, the solids fraction of the wet cake on a daily basis.  [s NR 407.09(4)(a)1., and s. NR 439.04, Wis. Adm. Code]  <br><br>(4)  The facility shall maintain records of the dates when wet cake is produced and sent to the storage area. [s. NR 439.04, Wis. Adm. Code]  <br><br>(4)  See I.X.1.c.(4) |
| 2.  Visible Emissions | (1) The permittee may not discharge from F08 into the atmosphere any gases which exhibit greater than 0% opacity.  [s. NR 415.04, Wis. Adm. Code] | (1) During normal operations, the requirements in I.W.3.b.shall be used to demonstrate compliance with the visible emissions limit.  [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Departmer shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code]  <br><br>(2) The records required in I.H.1.c.(2)&(3) shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3.  Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne.  [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.X.8.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1)  The permittee shall comply with the requirements established in I.X.8.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

W. Fugitive F08 – Wet Cake Storage – Covered, 3 sided walled area used to store the spent grain following centrifugation and prior to removal for use as a feed material or drying (2007) [Conditions from 06-DCF-166]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | (2) Wet cake may not be stored for more than 72 hours when the daily noon-time temperature exceeds 45° F. See I.X.1. [s. NR 424.03(2)(c) and s. NR 426.03, Wis. Adm. Code] | |

**X.    Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]**

| Condition Type | a.    Limitations | b.    Compliance Demonstration | c.    Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Malodorous Emissions | (1) General Limitations. No person may allow or permit emissions into the ambient air any substance or combination of substances in such quantities that an objectionable odor is determined to result unless preventative measures satisfactory to the department are taken to abate or control such emission. [s. NR 429.03(1), Wis. Adm. Code] | (1) The permitee shall prepare and implement an odor prevention, abatement and response plan. The plan shall be submitted to the Wisconsin Department of Natural Resources, Reedsburg Area Office Air Program; P.O. Box 281; Reedsburg, WI 53959 for approval within 90 days of initial operation.   The department may approve, conditionally approve, conditionally deny or amend the plan. [s. NR 426.03, Wis. Adm. Code]<br><br>(2)   If objectionable odors are determined to exist/persist as a result of process operations, the facility shall propose additional means of odor control by providing an amended odor prevention, abatement and response plan proposing the actions/controls needed to minimize the odors (See (1)).   Any additional odor control required by the plan shall be outlined within a compliance schedule that accompanies the amended plan. [s. NR 426.03, Wis. Adm. Code]<br><br>(3)   The odor prevention and abatement plan shall include elements that require 72 hour limitations on the period that the wet cake may be stored, when the noon daily temperatures exceed 45° F. .  Operational procedures, housekeeping details, use of first-in/first out, use of food grade preservatives, etc, shall be incorporated into the plan as needed. [s. NR 426.03, Wis. Adm. Code] | (1)   OBJECTIONABLE ODOR TESTS.   An odor shall be deemed objectionable (malodorous) when either or both of the following tests are met:<br>(a)   Upon decision resulting from investigation by the department, based upon the nature, intensity, frequency, and duration of the odor well as the type of area involved and other pertinent factors.<br>(b)   Or when 60% of a random sample of persons exposed to the odor in their place of residence or employment, other than employment at the odor source, claim it to be objectionable and the nature, intensity, frequency, and duration of the odor are considered.<br>[s. NR 429.03(2), Wis. Adm. Code]<br><br>(2) Facility shall maintain records and the procedures necessary to assure compliance with the odor prevention and abatement plan and shall incorporate these into the plan. [s. NR 439.04, Wis. Adm. Code]<br><br>(3)   The permitee shall keep and maintain on site technical drawings, blueprints or equivalent records of the entire facility.   [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(4) The facility shall maintain a daily record of the noon time temperature measured at the facility and records of how the wet cake is being managed (e.g storage duration, daily records of wet cake produced and wet cake shipped). [s. NR 439.04, Wis. Adm. Code] |

FID 111081520; Permit No. 06-DCF-166.

X.    Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | (4) Where possible, the facility shall have the facility staff make observations to determine if malodors may be occurring, and shall investigate possible odor complaints received from the public. In the event of either, the facility, shall notify the department (Reedsburg office) of these within a day following the observation or complaint. [s. NR 426.03 and s. NR 439.03(4), Wis. Adm. Code]. | (5) The facility shall maintain records of possible malodor observations and odor complaints received by the public. [s. NR 439.04, Wis. Adm. Code] |
| 2. Compliance Reports/Records. | (1) Upon issuance of the operation permit, the permittee shall submit periodic monitoring reports. [s. NR 407.09(1)(c)3, Wis. Adm. Code]<br><br>(2) Upon issuance of the operation permit, the permittee shall submit periodic certification of compliance. [s. NR 407.09(4)(a)3, Wis. Adm. Code]<br><br>(3) The records required under this permit shall be retained for at least five (5) years and shall be made available to department personnel upon request during normal business hours. [s. NR 422.127(4)(d), s. NR 439.04, s. NR 439.05, Wis. Adm. Code] | (1) Upon issuance of the operation permit, the permittee shall submit a monitoring report which contains the results of monitoring or a summary of monitoring results required by this permit to the Department every 6 months.<br><br>(a) The time periods to be addressed by the submittal are January 1 through June 30 and July 1 through December 31.<br><br>(b) The report shall be submitted to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959 within 30 days after the end of each reporting period.<br><br>(c) All deviations from and violations of applicable requirements shall be clearly identified in the submittal.<br><br>(d) Each submittal shall be certified by a responsible official as to the truth, ac- | None Applicable. |

FID 111081520; Permit No. 06-DCF-166.

**X.    Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]**

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | curacy and completeness of the report. | |
| | | (e) The content of the submittal is described in item D. of Part II of the operation permit. | |
| | | [s. NR 439.03(1)(b), Wis. Adm. Code] | |
| | | (2) Upon issuance of the operation permit, the permittee shall submit an annual certification of compliance with the requirements of this permit to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959 . | |
| | | (a) The time period to be addressed by the report is the January 1 through December 31 period which precedes the report. | |
| | | (b) The report shall be submitted to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959 within 30 days after the end of each reporting period. | |
| | | (c) The information included in the report shall comply with the requirements of Part II, Section N of this permit. | |
| | | (d) Each report shall be certified by a re- | |

CTD
001686

FID 111081520; Permit No. 06-DCF-166.

Page 63 of 72

## X. Conditions Applicable to the Entire Facility   [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | sponsible official as to the truth, accuracy and completeness of the report.<br><br>[s. NR 439.03(1)(c), Wis. Adm. Code] | |
| 3. Malfunction Prevention and Abatement Plan. | (1) A malfunction prevention and abatement plan shall be prepared and followed for the plant.<br><br>[s. NR 439.11, Wis. Adm. Code]<br><br>(2) All air pollution control equipment shall be operated and maintained in conformance with good engineering practices (i.e. operated and maintained according to manufacturer's specifications and directions) to minimize the possibility for the exceedance of any emission limitations.<br><br>[s. NR 439.11(4), Wis. Adm. Code]<br><br>(3) The facility shall submit the plan to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959, for review. The department may amend the plan if deemed necessary for malfunction prevention or for the reduction of excess emissions during malfunctions. | (1) The malfunction prevention and abatement plan shall be developed to prevent, detect and correct malfunctions or equipment failures which may cause any applicable emissions limitation to be violated or which may cause air pollution.<br><br>[s. NR 439.11(1), Wis. Adm. Code]<br><br>(a) This malfunction prevention and abatement plan shall include installation, maintenance and routine calibration procedures for the process monitoring and control equipment instrumentation. This plan shall require an instrumentation calibration at the frequency specified by the manufacturer, yearly or at a frequency based on good engineering practice as established by operational history, whichever is more frequent. Inspection and calibration shall also be conducted whenever instrumentation anomalies are noted.<br><br>[ss. NR 407.09(1)(c)1.c., NR 439.055(4) and s. NR 439.11, Wis. | (1) A written copy of the malfunction prevention and abatement plan shall kept at the plant and shall be updated once every five years.<br><br>[s. NR 439.11(1), Wis. Adm. Code]<br><br>(2) The facility shall maintain an inventory of normal consumable items necessary to ensure operation of the control device(s) in conformance with the manufacturer's specifications and recommendations.<br><br>[s. NR 439.11, Wis. Adm. Code]<br><br>(3) The facility shall maintain records of the instrumentation calibrations.<br><br>[s. NR 439.04, Wis. Adm. Code]<br><br>(8) The facility shall notify the department's regional staff (Reedsburg office) of observed malfunctions of the processes or conditions which may be in violation of the permit requirements including the identity of the process, the nature of the malfunction / condition, the |

CTD
001687

FID 111081520; Permit No. 06-DCF-166.

Page 64 of 72

**X. Conditions Applicable to the Entire Facility   [Conditions from 06-DCF-166]**

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
|  | [s. NR 439.11(2), Wis. Adm. Code] | Adm. Code]<br><br>(b) The malfunction prevention and abatement plan shall require a copy of the operation and maintenance manual for the control equipment to be maintained on site. The plan shall contain all of the elements in s. NR 439.11(1)(a) – (b), Wis. Adm. Code.<br><br>[s. NR 439.11, Wis. Adm. Code] | date and duration of the observed malfunction / condition. This notification shall be provided electronically (e-mail) and in writing, within the next day following the initial occurrence of the malfunction / condition. [s. NR 439.03(4), Wis. Adm. Code] |
| 4. Stack Testing Requirements. | (1) If the compliance emission test(s) cannot be conducted within the time frames specified in this permit, the permit holder may request and the Department may approve, in writing, an extension of time to conduct the test(s).<br><br>[s. NR 439.07, Wis. Adm. Code]<br><br>(2) All testing shall be performed with the emissions unit operating at capacity or as close to capacity as practicable and in accordance with approved procedures. If operation at capacity is not feasible, the source shall operate at a capacity level which is approved by the Department in writing.<br><br>[s. NR 439.07(1), Wis. Adm. Code]<br><br>(3) The Department shall be informed at least 20 working days prior to any stack testing | (1) Emission tests of control devices and/or process emissions shall be conducted upon request by the department. [s. NR 439.03, and s. NR 439.06, Wis. Adm. Code] | (1) The facility shall maintain records of the results of testing conducted by the facility. [s. NR 439.04, Wis. Adm. Code]. |

FID 111081520; Permit No. 06-DCF-166.

X.   Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | so a Department representative can witness the testing. At the time of notification, a compliance emission test plan shall also be submitted to the Department for approval. When approved in writing, an equivalent test method may be substituted for the reference test method. The notification and test plan shall be submitted to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959.<br><br>[ss. NR 439.07(1), 439.07(2), Wis. Adm. Code]<br><br>(4) Two copies of the report on the tests shall be submitted to the Department for evaluation within 60 days following the tests.<br><br>[s. NR 439.07(9), Wis. Adm. Code]<br><br>(5) VOC emission rate limits within the permit refers to the overall mass emission rate of all species of VOCs emitted and are not limited to the VOCs as measured by Method 25 or 25A, referred to as "VOCs as carbon," which may exclude the mass of some of the emissions. [s. 285.65(3), Wis. Stats.] | | |

FID 111081520; Permit No. 06-DCF-166.

X.    Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 5. Supersedes. | (1) The construction permit 06-DCF-166 supersedes permit no. 02-RV-166 and represents the applicable limits that apply to the facility upon commencement of construction. Note that the monitoring reporting and compliance certification requirements of the current operation permit remain in effect until the current permit is superseded or revoked. [s. 285.65(3), Wis. Stats. and s. 285.65(7), Wis. Stats.] | None Applicable. | None Applicable. |
| 6. Synthetic Minor Limitations | (1) Total Ethanol production (200 proof equivalent including associated organics, prior to denaturing) from the facility may not exceed 4.167 million gallons per month (averaged over 12 consecutive months). Prior to the first 12 months of operation, the averaging shall be conducted over the number of months since initial operation.: [s. 285.65(3) and (7), Wis. Stats.; s. NR 406.10, Wis. Adm. Code] | (1) This shall be calculated according to: $$P_{(avg.)} = \Sigma P_i / n$$ where the summation is from 1 to n where n= months since initial operation, not to exceed n=12. $P_i$ is the production in the ith month (in gallons of 200 proof equivalent Ethanol, including associated organics), for the most recent (up to 12) months. The facility may use calendar or accounting months, but may not change the basis selected without approval from the Department. [s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code] | (1) The facility shall maintain records of the total amount Ethanol produced (gallons of 200 proof equivalent including associated organics, prior to denaturing) by this facility on a monthly basis and the calculated monthly average Ethanol production. The facility shall include any off specification production within the total, but this may be adjusted to the total mass of Ethanol and associated organics produced (not the water fraction). [s. NR 439.04, Wis. Adm. Code]. |

FID 111081520; Permit No. 06-DCF-166.

X.    Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 7. Additional Stack Requirements, applicable to all stacks noted as vertical / unobstructed stacks and other conditions associated with modeling | (1) For those stacks that are not inherently vertical / unobstructed, the permittee shall install appropriate mechanical system to open / remove the rain hats on stacks that have rain hats when the processes are operating, and which insure that the stack discharges vertically. The permittee shall let the South Central Regional, Reedsburg Service Center, P. O. Box 281, Reedsburg, WI 53959 know in writing when the mechanical systems on all the existing stacks are in place or of any changes to the existing systems. The permittee will install mechanical systems to open the rain hat on all new stacks and silos. The permittee shall keep and maintain appropriate records of installation of mechanical systems on the stacks and silos. [s. 285.65(3), Wis. Stats.,s. NR 406.10, Wis. Adm. Code]<br><br>(2) In the absence of the mechanical system in place, the permittee shall manually remove the rain hats when the processes are in operation,[s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code<br><br>(3) The facility shall install, and maintain fences / physical barriers / gates with sufficient supervision that assure that the general public is excluded from the area enclosed by the fences noted on the plot plan (as a portion of the permit application),[18] [s. 285.65(3), Wis. Stats., s. NR 406.10, and s. NR 439.06(3)(a), Wis. Adm. Code] | (1) Refer to I.X.7.c. | (1) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the stack parameters, including information / documentation associated with mechanical systems and/or removable rain hats. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(2) The facility shall conduct daily inspection and maintain associated records for each mechanical system to open / remove obstructions from the stacks, and for each manually removed rainhat. These records shall include the status of the stack, whether the process is in operation, the date / time of the observation, and the observers name. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the fences and other barriers at the facility. The facility shall also maintain records of practices / procedures that assure that the facility fences / barriers / gates are supervised to restrict public access to the facility enclosure. [s. NR 439.04(1)(d), Wis. Adm. Code] |

18   The applicant relied upon use of fences and other physical barriers (e.g. buildings), to restrict access to the facility such that these areas were not considered "ambient air." The facility will be required to assure that the fences and other physical barriers are installed, and supervised to assure that the general public is excluded from the contained areas.

CTD
001691

**X. Conditions Applicable to the Entire Facility**  [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 8. Particulate Matter Emissions (Fugitive Dust from the total facility, including F03, F04, F06, F08) | (1) Minimization of fugitive dust emissions: No person may cause, allow or permit any materials to be handled, transported or stored without taking precautions to prevent particulate matter from becoming airborne. Nor may a person allow a structure, a parking lot, or a road to be used, constructed, altered, repaired, sand blasted or demolished without taking such precautions. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall evaluate the road, scale, parking and material handling area conditions on a daily basis. [s. NR 415.04, Wis. Adm. Code]<br><br>(2) The permittee shall clean and sweep the roads, scale, parking, and material handling areas as needed to prevent fugitive dust emissions. The 'road', parking and material handling areas of the facility, shall be paved (e.g. hard surfaced: concrete or asphalt paving). [s. NR 415.04, Wis. Adm. Code]<br><br>(3) Fabric spout extensions, covered conveyors and/or other controls shall be used where practical to minimize fugitive dust. [s. NR 415.04, Wis. Adm. Code]<br><br>(4) The facility shall prepare, submit, maintain and follow a fugitive dust plan for control of fugitive dust emissions from the facility. This plan shall be updated and submitted to the Wisconsin Department of Natural Resources; South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959 for approval within 90 days following initial operation of the facility. The Department may approve, conditionally approve, conditionally deny, deny or amend the plan. [s. NR 415.04, Wis. Adm. Code] | (1) Reference Test Method for Visible (Fugitive Dust) emissions: Whenever compliance emissions testing is required, US EPA Method 22 shall be used to demonstrate compliance. [s. NR 439.06(9)(b), Wis. Adm. Code]<br><br>(2) The permittee shall keep daily records of the road conditions, evaluations, cleaning and sweeping activities. [s. NR 439.04, Wis. Adm. Code]<br><br>(3) Facility shall keep copies of the fugitive dust plan at the facility available for inspection by the Department and available for use by the process operators. [s. NR 439.04, Wis. Adm. Code]<br><br>(4) If using water or chemicals for dust control, the permittee shall record:<br>(a) The date and time of the water or chemical application, what was applied; and<br>(b) The area(s) at the facility where water or chemicals are applied.<br>[s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain prints, diagrams and other documentation of the fabric spout extensions, covered conveyors and/or other controls used where practical to minimize fugitive dust.  [s. NR 415.04, Wis. Adm. Code] |

CTD
001692

FID 111081520; Permit No. 06-DCF-166.

## X.  Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | (5) The permittee shall take precautions to prevent particulate matter from becoming airborne. (a) Such precautions shall include, but not be limited to: i. Use, where possible, of water or chemicals for control of dust in construction operations. | (6) The facility shall maintain records of each open truck and whether the truck bed was covered upon entry and exit from the facility. The facility shall implement and document the means to insure that their trucking contractors comply with the requirements of b.(6).  [s. NR 439.04, Wis. Adm. Code] |
| | | ii. Application of asphalt, water, suitable chemicals or plastic covering on dirt roads, material stockpiles and other surfaces which can create airborne dust, provided such application does not create a hydrocarbon, odor or water pollution problem. iii. Installation and use of hoods, fans and air cleaning devices to enclose and vent the areas where dusty materials are handled. iv. Covering or securing of materials likely to become airborne while being moved on public roads or railroads. v. The paving or maintenance of roadway areas so as not to create air pollution. [s. NR 415.04, Wis. Adm. Code] | |
| | | (6) The facility shall require and insure that all open grain or product trucks have the truck bed covered when entering and leaving the facility. This shall be incorporated within the fugitive dust plan. [s. NR 415.04, Wis. Adm. Code] | |

CTD
001693

FID 111081520; Permit No. 06-DCF-166.

Y.    Construction Permit Conditions Applicable to the Entire Facility.    [Conditions from 06-DCF-166]

| Condition Type | a.    Limitations | b.    Compliance Demonstration | c.    Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Construction Notification. | (1) The permittee shall inform the Wisconsin Department of Natural Resources, South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959, in writing of the following for the emissions unit covered in this permit:<br><br>(a) Notice of commencing construction shall be submitted within 15 days of the start of construction.<br><br>(b) Notice of intent to initially operate the source(s) covered by this permit, 30 days prior to the anticipated date of initial operation.<br><br>(c) Notice of the actual date of initial startup shall be submitted within 15 days of the initial startup.<br><br>[s. NR 439.03(1), Wis. Adm. Code] | None Applicable. | None Applicable. |
| 2. Construction Permit Expiration. | (1) This authorization to construct expires 18 months after the date of issuance. Construction or modification and an initial operation period for equipment shakedown, testing and Department evaluation of operation to assure conformity with the permit conditions is authorized for each emissions unit covered in this permit. Please note that the sources covered by this permit are required to meet all emission limits and | None Applicable. | None Applicable. |

FID 111081520; Permit No. 06-DCF-166.

Page 71 of 72

Y. **Construction Permit Conditions Applicable to the Entire Facility.  [Conditions from 06-DCF-166]**

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | conditions contained in the permit at all times, including during the initial operation period. If 18 months is an insufficient time period for construction or modification, equipment shakedown, testing and Department evaluation of operation, the permit holder may request and the Department may approve in writing an extension of this authorization. The conditions of the construction permit are permanent, unless revised, modified, superseded or revoked.<br><br>[ss. 285.60(1)(a)2. and 285.66(1), Wis. Stats.; s. NR 406.12, Wis. Adm. Code] | | |
| 3. Completion of Operation Permit Application. | (1) Compliance information required to complete the operation permit application for the emission units included in this permit should be submitted to the DNR at least 4 months prior to the expiration of the Construction Permit.<br><br>(2) Operation of the source(s) covered by this permit after this permit expires is prohibited unless a complete operating permit application for the source(s) has been submitted to the Department.<br><br>[s. 285.60(1)(b)1., Wis. Stats.; s. NR 407.04(1)(b), Wis. Adm. Code] | None Applicable. | None Applicable. |

FID 111081520; Permit No. 06-DCF-166.

Y. Construction Permit Conditions Applicable to the Entire Facility.   [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 4. Violations | (1) Any owner or operator who fails to construct a stationary source in accordance with the application as approved by the Department; any owner or operator who fails to construct and operate a stationary source in accordance with conditions imposed by the department under s. 285.65, Stats.; any owner or operator who modifies a stationary source in violation of conditions imposed by the department under s. 285.65, Stats.; or any owner or operator who commences construction or modification of a stationary source without applying for and receiving a permit as required under ch. NR 406, Wis. Adm. Code, shall be considered in violation of s. 285.60, Stats.   [s. NR 406.10, Wis. Adm. Code] | | |

CTD
001696

**PART II**
**General Permit Conditions For Construction Permits**
**Issued To Direct Stationary Sources**

**A.  Scope**

This permit is valid only for the structure, building, facility, equipment or operation specifically identified herein. All emissions authorized hereby shall be in compliance with the terms and conditions of Parts I and II of this permit. [s. 285.60(7), Wis. Stats.]

**B.  Emissions Prohibited**

Unless the Department has approved an exception under s. NR 436.03(2), no person may cause, allow, or permit emissions of any air contaminant into the ambient air in excess of the limits set in chs. NR 400 to 499, Wis. Adm. Code. [s. NR 436.03(1), Wis. Adm. Code]

**C.  General Emission Limits**

1.  No person may cause, allow, or permit particulate matter to be emitted into the ambient air which substantially contributes to exceeding of an air standard, or creates air pollution. [s. NR 415.03, Wis. Adm. Code]

2.  No person may cause, allow, or permit any materials to be handled, transported, or stored without taking precautions to prevent particulate matter from becoming airborne. Nor may a person allow a structure, a parking lot, or a road to be used, constructed, altered, repaired, sand blasted or demolished without taking such precautions. Such precautions shall include, but not be limited to the following [s. NR 415.04, Wis. Adm. Code]:

   a.  Use, where possible, of water or chemicals for control of dust in the demolition of existing buildings or structures, or construction operations.

   b.  Application of asphalt, oil, water, suitable chemicals, or plastic covering on dirt roads, material stockpiles, and other surfaces which can create airborne dust, provided such application does not create a hydrocarbon, odor, or water pollution problem.

   c.  Installation and use of hoods, fans and air cleaning devices to enclose and vent the areas where dusty materials are handled.

   d.  Covering or securing of materials likely to become airborne while being moved on public roads, railroads, or navigable waters.

   e.  Conduct of agricultural practices such as tilling of land or application of fertilizers in such manner as not to create air pollution.

   f.  The paving or maintenance of roadway areas so as not to create air pollution.

3.  No person may cause, allow or permit emission of sulfur or sulfur compounds into the ambient air which substantially contribute to the exceeding of an air standard or cause air pollution. [s. NR 417.025, Wis. Adm. Code]

4.  No person may cause, allow or permit organic compound emissions into the ambient air which substantially contribute to the exceeding of an air standard or cause air pollution. [s. NR 419.03(1), Wis. Adm. Code]

5.  No person may cause, allow or permit the disposal of more than 5.7 liters (1.5 gallons) of any liquid Volatile Organic Compound (VOC) waste, or of any liquid, semisolid or solid waste materials containing more than 5.7 liters (1.5 gallons) of any VOC, in any one day from a facility in a manner that would permit their evaporation into the ambient air during the ozone season. This includes, but is not limited to, the disposal of VOC which must be removed from VOC control devices so as to maintain the control devices at their required operating efficiency. Disposal during the ozone season shall be by methods approved by the Department, such as incineration, recovery for reuse, or transfer in closed containers to an acceptable

CTD
001730

disposal facility, such that the quantity of VOC which evaporates into the ambient air does not exceed 15% (by weight) or 5.7 liters (1.5 gallons) in any one day, whichever is larger. [s. NR 419.04, Wis. Adm. Code]

6. No person may cause, allow or permit emissions of carbon monoxide to the ambient air which substantially contribute to the exceeding of an air standard or cause air pollution. [s. NR 426.03, Wis. Adm. Code]

7. No person may cause, allow or permit emissions into the ambient air of lead or lead compounds which substantially contribute to the exceeding of an air standard or air increment, or which create air pollution. [s. NR 427.025, Wis. Adm. Code]

8. No person may cause, allow, or permit nitrogen oxides or nitrogen compounds to be emitted to the ambient air which substantially contribute to the exceeding of an air standard or cause air pollution. [s. NR 428.03, Wis. Adm. Code]

9. No person may cause, allow or permit emission into the ambient air of any substance or combination of substances in such quantities that an objectionable odor is determined to result unless preventive measures satisfactory to the Department are taken to abate or control such emission. [s. NR 429.03(1), Wis. Adm. Code]

10. Open burning is prohibited except as provided in s. NR 429.04, Wis. Adm. Code. [s. NR 429.04, Wis. Adm. Code]

11. No person may cause, allow or permit emissions into the ambient air from any direct or portable source in excess of one of the limits specified in ch. NR 431, Wis. Adm. Code. Where the presence of uncombined water is the only reason for failure to meet the requirements of ch. NR 431, Wis. Adm. Code, such failure is not a violation of the chapter. [s. NR 431.03, Wis. Adm. Code]

12. No person may cause, allow, or permit emissions into the ambient air of any hazardous substance in such quantity, concentration, or duration as to be injurious to human health, plant or animal life unless the purpose of that emission is for the control of plant or animal life. Hazardous substances include, but are not limited to, hazardous air contaminants listed in Tables 1 to 4 of s. NR 445.04, Wis. Adm. Code. [s. NR 445.03, Wis. Adm. Code]

13. Chapter NR 447, Wis. Adm. Code, applies to all air contaminant sources which may emit asbestos, to their owners and operators and to any person whose action causes the emission of asbestos to the ambient air, including demolition and renovation activities. Chapter NR 447, Wis. Adm. Code, establishes emission limitations for asbestos air contaminant sources, establishes procedures to be followed when working with asbestos materials and contains additional reporting and record keeping requirements for owners or operators of asbestos air contaminant sources in order to protect air quality. [ch. NR 447, Wis. Adm. Code]

14. When the department requires instrumentation to monitor the operation of air pollution control equipment, or to monitor source performance, the instrument shall measure operational variables with the following accuracy: [s. NR 439.055(3), Wis. Adm. Code]

    a. The temperature monitoring device shall have an accuracy of 0.5% of the temperature being measured in degrees Fahrenheit or ±5°F of the temperature being measured, or the equivalent in degrees Celsius (centigrade), whichever is greater.

    b. The pressure drop monitoring device shall be accurate to within 5% of the pressure drop being measured or within ±1 inch of water column, whichever is greater.

    c. The current, voltage, flow or pH monitoring device shall be accurate to within 5% of the specific variable being measured.

15. All instruments used for measuring source or air pollution control equipment operational variables shall be calibrated yearly or at a frequency based on good engineering practice as established by operational history, whichever is more frequent. [s. NR 439.055(4), Wis. Adm. Code]

CTD
001731

**D. Reporting Requirements**

1. The Department shall be notified of the following events:

| Event | Timing |
|---|---|
| a. Hazardous substance air spill | Immediate call: 1-800-943-0003 |
| b. Malfunction or other unscheduled event which causes or may cause any emission limitation to be exceeded [except certain visible emission limit exceedances – see s. NR 439.03(4), Wis. Adm. Code]. | Notification by next business day of any such event at the source which is not reported in advance to the Department. Report the cause and duration of the exceedance, the period of time considered necessary for correction, and measures taken to minimize emissions during the period |
| c. Deviation from any other condition specified in this permit. | Notification by next business day identifying the deviation, cause, duration and steps taken to prevent recurrence. |

[ss. 292.11(2) and 285.65(10), Wis. Stats., and ss. NR 439.03(4) and 445.08, Wis. Adm. Code]

2. The permittee shall report to the Department, in advance, schedules for planned shutdown and startup of air pollution control equipment and the measures to be taken to minimize the down time of the control equipment while the source is operating. Scheduled maintenance or any other scheduled event, including startup, shutdown or sootblowing procedures which have been approved by the Department under s. NR 436.03(2)(b), which causes an emission limit to be exceeded shall also be reported in advance to the Department. Advance reporting pursuant to this permit condition does not relieve any person from the duty to comply with any applicable emission limitations. [s. NR 439.03(6), Wis. Adm. Code]

3. Except for information determined to be confidential under s. 285.70(2), Wis. Stats., any information or reports obtained by the Department in the administration of ss. 285.01 to 285.87 and 299.15, Wis. Stats., will be available for public inspection at the offices of the Department. [s. 285.70(1), Wis. Stats.]

**E. Right of Entry and Inspection**

The permittee shall allow authorized representatives of the Department to enter upon the permittee's premises at any reasonable time, to have access to and examine any record relating to emissions or required to be kept, and to make any inspection necessary to ascertain compliance with air pollution control laws and the terms of this permit. The Department may, for the purpose of determining a source's compliance with applicable requirements, sample or monitor at reasonable times production materials or other substances or operational parameters. [ss. 285.13(6) and 285.19, Wis. Stats., and s. NR 439.05, Wis. Adm. Code]

**F. Malfunction Prevention and Abatement Plans**

The owner or operator of any direct or portable source which may emit hazardous substances or emits more than 15 pounds in any day or 3 pounds in any hour of any air contaminant for which emission limits have been adopted shall prepare a written malfunction prevention and abatement plan to prevent, detect, and correct malfunctions or equipment failures which may cause any applicable emission limitation to be violated or which may cause air pollution. Any such plan shall be carried out by the owner or operator. The plan shall be updated at least every 5 years. The Department may require the plan to be submitted for review and approval. [s. NR 439.11, Wis. Adm. Code]

**G. Emission Control Action Plan**

For source(s) covered by this permit which emit 0.25 tons or more per day of any air contaminant for which air standards have been adopted, the permittee shall prepare an emission control action program, consistent with good industrial practice and safe operating procedures, for reducing the emission of air contaminants into the outdoor atmosphere during periods of an air pollution alert, air pollution warning or air pollution emergency declared under s. NR 493.03(2), Wis. Adm. Code. The emission control action

CTD
001732

program shall be in writing, available on the premises and is subject to review and approval by the Department on request. [s. NR 493.04, Wis. Adm. Code]

**H. Construction, Reconstruction, Replacement, Relocation or Modification**

1. Unless the replacement is authorized by a permit or is exempt under s. NR 406.04, Wis. Adm. Code, replacement of the source(s) covered by this permit is prohibited. [s. 285.60(1)(a), Wis. Stats.]

2. No person may commence construction, reconstruction, replacement, relocation or modification of a stationary source unless the person has a construction permit for the source or unless the source is exempt from the requirement to obtain a permit under s. 285.60(5), Wis. Stats., or under ch. NR 406, Wis. Adm. Code. Applications for the construction permit shall be submitted on forms which are available from the Department at its Madison headquarters and district offices. [s. 285.60(1)(a), Wis. Stats.]

   Note: The address of the Madison headquarters is: Wisconsin Department of Natural Resources, Bureau of Air Management, PO Box 7921, Madison, WI 53707, Attention: Permit Application Forms

3. For new or modified sources for which no construction permit is required, the application for an operation permit shall be filed before the source commences construction or modification. [s. NR 407.04, Wis. Adm. Code]

**I. Payment of Construction Permit Application Fees**

Any person who obtains a construction permit shall pay the application fee within thirty days of the date of the billing statement. [s. NR 410.03(4), Wis. Adm. Code]

**J. Construction Permit Revision, Suspension, and Revocation**

A construction permit may be suspended, revoked or revised, in whole or in part, for cause. [s. NR 406.11, Wis. Adm. Code]

**K. Circumvention**

1. The installation or use of any article, machine, equipment, process, or method which conceals an emission which would otherwise constitute a violation of an applicable rule is prohibited unless written approval has been obtained from the Department. Such concealment includes, but is not limited to, the use of gaseous diluents to achieve compliance and the unnecessary separation of an operation into parts to avoid coverage by a rule that applies only to operations larger than a specified size. [s. NR 439.10, Wis. Adm. Code]

2. No one may render inaccurate any monitoring device or method required under ch. NR 439, Wis. Adm. Code, or in this permit. [s. NR 439.03(12), Wis. Adm. Code]

**L. Violations**

Any owner or operator who fails to construct a stationary source in accordance with the application as approved by the department; any owner or operator who fails to construct and operate a stationary source in accordance with conditions imposed by the department under s. 285.65, Wis. Stats.; any owner or operator who modifies a stationary source in violation of conditions imposed by the department under s. 285.65, Wis. Stats.; or any owner or operator who commences construction or modification of a stationary source without applying for and receiving a permit as required under this chapter or ch. NR 408 shall be considered in violation of s. 285.60, Wis. Stats. [s. NR 406.10, Wis. Adm. Code]

**M. Duty to Comply**

Approval to construct or modify does not relieve any owner or operator of the responsibility to comply with the emission limits of chs. NR 400 to 499, the air quality standards of ch. NR 404 or the control strategies of all local, state and federal regulations which are part of the state implementation plan. [s. NR 406.13, Wis. Adm. Code]

**N. Recordkeeping Requirements**

1. The permittee shall maintain the following records:

   a. Records of all sampling, testing and monitoring conducted or required under chs. NR 400 to 499 or

CTD
001733

under this permit. Records of sampling, testing or monitoring shall include the following:

1) The date, monitoring site and time and duration of sampling, testing, monitoring or measurements.

2) The dates the analyses were performed.

3) The company or entity that performed the analysis.

4) The analytical techniques or methods used, including supporting information such as calibration and maintenance records of all original recording charts for continuous monitoring instrumentation including emissions or equipment monitors.

5) The results of the analyses.

6) The relevant operating conditions that existed at the time of sampling, testing, monitoring or measurement.

b. Records detailing all malfunctions which cause any applicable emission limitation to be exceeded, including logs to document the implementation of the plan required under s. NR 439.11, Wis. Adm. Code;

c. Records detailing all activities specified in any compliance schedule approved by the Department under chs. NR 400 to 499, Wis. Adm. Code; and

d. Any other records relating to the emission of air contaminants which may be requested in writing by the Department.

[s. NR 439.04, Wis. Adm. Code]

2. Copies of all records and reports required under this permit shall be retained by the permittee for a period of 5 years. [s. NR 439.04(2), Wis. Adm. Code]

**O.  Required Air Emission Inventory Reports**

The permittee shall annually submit to the Department an emission inventory report of annual, actual emissions or throughput information in accordance with ch. NR 438, Wis. Adm. Code. [s. NR 438.03, Wis. Adm. Code]

**P.  Annual Emission Fees**

The permittee shall pay an annual emissions fee to the Department at the rate specified in s. 285.69(2), Wis. Stats. [ss. NR 410.04 and NR 407.09(1)(e), Wis. Adm. Code]

CTD
001734