

# State of Wisconsin \ DEPARTMENT OF NATURAL RESOURCES

**Jim Doyle, Governor**
**Matt Frank, Secretary**

101 S. Webster St.
Box 7921
Madison, Wisconsin 53707-7921
Telephone 608-266-2621
Fax 608-267-3579
TTY 608-267-6897

September 04, 2007

FILE CODE: 4560-1
FID NO.: 111081520
CONSTRUCTION PERMIT NO.: 07-DCF-003

Mr. Dow Didion - President
Didion Milling, Inc.
501 South Williams Street
Cambria, WI 53923

Dear Mr. Didion:

Your application for an air pollution control construction permit has been processed in accordance with s. 285.61, Wis. Stats.

The enclosed construction permit is issued to provide authorization for your source to modify and initially operate in accordance with the requirements and conditions set forth within Parts I and II of the construction permit. Please read it carefully. The authority to construct, modify, replace, relocate and/or reconstruct any process covered in the construction permit expires 18 months after the day this permit is issued. All of the conditions of this construction permit (those conditions identified by the construction permit number) are permanent unless they are revised through issuance of a revised construction permit or issuance of a new construction permit. The source(s) covered in this permit may not operate after this permit expires unless a complete operation permit revision application for the source(s) has been submitted. Compliance information required to complete the operation permit revision application for the source(s) included in this construction permit should be submitted by the due dates specified within the construction permit or at least **4 months** prior to the construction permit expiration date whichever is sooner.

Enclosed with the permit is a bill for the cost of reviewing and acting upon your air pollution control construction permit. This bill is due and payable within 30 days of the date of the billing statement. The remittance should be made payable to Wisconsin Department of Natural Resources and returned to the address on the bill. Please return one copy of the bill with your payment.

A copy of this permit should be available at the source for inspection by any authorized representative of the Department. Questions about this permit should be directed to the South Central Region Air Program, Reedsburg Area Office.

## NOTICE OF APPEAL RIGHTS

If you believe that you have a right to challenge this construction permit decision, you should know that Wisconsin statutes establish time periods within which requests to review Department decisions must be

EXHIBIT 33
1/3/08
Didion
EK
Professional Reporters, Ltd.

*Quality Natural Resources Management*
*Through Excellent Customer Service*       DM0000758



Printed on
Recycled
Paper

filed.

To request a contested case hearing pursuant to s. 285.81, Wis. Stats., you have 30 days after the decision is mailed, or otherwise served by the Department, to serve a petition for a contested case hearing on the Secretary of the Department of Natural Resources. Any such petition for hearing shall set forth specifically the issue sought to be reviewed, the interest of the petitioner, the reasons why a hearing is warranted and the relief desired. Pursuant to s. 285.81(1m), Wis. Stats., if a permit holder or applicant seeks a hearing challenging part of a permit, the remainder of the permit shall become effective. If a permit holder or applicant challenges an emission limitation in a construction permit, the emission limitation becomes effective despite a challenge, unless the permit holder or applicant obtains a stay of the emission limitation.

A person other than a permit holder or applicant may file a petition for a contested case hearing if the requirements of s. 285.81(2), Wis. Stats., are met.

For judicial review of a decision pursuant to ss. 227.52 and 227.53, Wis. Stats., you have 30 days after the decision is mailed, or otherwise served by the Department, to file your petition with the appropriate circuit court and serve the petition on the Department. Such a petition for judicial review shall name the Department of Natural Resources as the respondent.

STATE OF WISCONSIN
DEPARTMENT OF NATURAL RESOURCES


Don C. Faith III
Air Management Engineer


cc:    Michael Sloat — South Central Region Air Program, Reedsburg Area Office
        Air Enforcement Branch – EPA, Region 5


Enclosure

## AIR POLLUTION CONTROL CONSTRUCTION PERMIT

EI FACILITY NO.: 111081520                CONSTRUCTION PERMIT NO.:    07-DCF-003

TYPE:   Construction Permit for Process(es) F06, P16, P20, P49, P50, P52, P53, T01, T02, T03, T04, T05, P10, P12S, P11, P12N, P21, P22, P23.

In compliance with the provisions of Chapter 285, Wis. Stats., and Chapters NR 400 to NR 499, Wis. Adm. Code,

Name of Source:   Didion Milling, Inc.

Street Address:    501 South Williams Street,
Cambria, Columbia County, Wisconsin

Responsible Official & Title:    Mr. Dow Didion, President

is authorized to modify the grain dryer, construction of additional DDGS silos and grain toaster described in the plans and specifications dated January 08, 2007 (application received), February 01, 2007; February 20, 2007, March 22, 2007, April 30, 2007, June 13, 2007, and operate in conformity with the conditions herein. The authority to construct, modify, replace and/or reconstruct any process covered in this Construction Permit expires eighteen (18) months from the date of issuance. This approved period to construct, modify, replace and/or reconstruct may be extended for up to 18 months upon request for cause, prior to expiration, unless otherwise specified by this construction permit. The conditions of this construction permit are permanent and may only be revised through a revision of the construction permit or through the issuance of a new construction permit [s. 285.60(1), Wis. Stats.].

Conditions of the construction permit marked with an "*" have been created outside of the Wisconsin's federally approved State Implementation Plan (SIP) and are not federally enforceable.

This authorization requires compliance by the permit holder with the emission limitations, monitoring requirements and other terms and conditions set forth in Parts I and II hereof.

Dated at Madison, Wisconsin          September 4, 2007


STATE OF WISCONSIN
DEPARTMENT OF NATURAL RESOURCES
For the Secretary


By   /s/ Jeffrey C. Hanson     for
Kevin Kessler
Director, Bureau of Air Management

# PART I
## APPLICABLE LIMITATIONS AND REQUIREMENTS

C. Stack, S32; Processes P49, P50; Controls, C32, C33 - DDGS Dryer  (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr)  (2007)   [Conditions from 07-DCF-003]

| Pollutant | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter Emissions | (1) 3.6 pounds per hour.  [s. 285.65(3), Wis. Stats.; s. NR 406.10, s. NR 415.05, and s. NR 404.04(8), Wis. Adm. Code][1] | (1) The control device cyclones (multiclones) shall be in line and shall be operated at all times when the dryer process is in operation. [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(2) The Regenerative Thermal Oxidizer, (RTO) shall be in line and shall be operated at all times when the drying process / cooling cyclone are in operation.  [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(3) The RTO control (setpoint) (temperature shall be maintained within the range of least 1400° F, not more than 1650° F and not less than the temperature maintained during the most recent compliance demonstration test that demonstrates compliance.   [s NR 407.09(4)(a)1., Wis. Adm. Code] | (1) Reference Test Method for Particulate Matter Emissions: Whenever particulate matter emission testing is required, the permittee shall use the appropriate U.S. EPA Method 5, 5A, 5B, 5D, 5E, 5F, 5G, 5H or 17 including condensable backhalf emissions (U.S. EPA Method 202). [s. NR 439.06(1), Wis. Adm. Code]<br><br>(2) The permittee shall monitor and record the pressure drop across the multicyclone at least once per operating shift. [s. NR 439.055, Wis. Adm. Code]<br><br>(3)  The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes), and other operating parameters as needed, to assure proper operation of the dryers and RTO..  [s. NR 439.055, Wis. Adm. Code]<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the multicyclone and RTO, containing the date of the action, initials of inspector, and the results.   [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The permittee shall record the actual amounts of natural gas burned in the dryer, per month. [s. NR 439.04(1)(d), Wis. Adm. Code.] |

[1] This emission limit is needed to avoid any exceedance of an ambient air standard or increment.  The emission limit is more restrictive than the limitation which would result under s. NR 415.05, Wis. Adm. Code.

FID 1110B1520; Permit No. 07-DCF-003

C. Stack, S32; Processes P49, P50; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr  (2007)  [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter Emissions [Continued] | | (4) The pressure drop across the multiclones shall be maintained between 1 and 6 inches water column or with approval from the Department, an alternative range determined to demonstrate compliance.  [s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(5) Compliance emission tests shall be conducted of the DDGS Drying system, ethanol loadout, vent gas scrubbing and RTO.  These tests shall be conducted within 60 days of initial operation (start up).  While operating at 100% capacity, the test will determine the following:<br>(a) PM emission rate.<br>(b) VOC emission rate, including destruction eff., (inlet and outlet emissions from RTO).<br>(c) NO$_x$ emission rate.<br>(d) CO emission rate, including destruction eff, (inlet and outlet emissions from RTO).<br>(e) Acetaldehyde emission rate.<br>(f) See additional stack testing conditions under I.X.4.<br>[s. NR 439.03, Wis. Adm. Code] | (6) The facility shall maintain prints, diagrams and other documentation of the process layout and of the multiclone design, specifications and emission guarantees.  [s. NR 439.04, Wis. Adm. Code]<br><br>(7) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |
| 2. Visible Emissions | (1) 20% Opacity [s. NR 431.05(1), Wis. Adm. Code] | (1) See I.C.1.b | (1) Whenever visible emissions compliance testing is required, USEPA Method 9 in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 484.04, Wis. Adm. Code shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) See I.C.1.c. |

C. Stack, S32; Processes P49, P50; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr) (2007)  [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 3. Volatile Organic Compounds (VOC) Emissions (from DDGS Dryer) | (1) VOC emissions from the process are subject to the requirement to provide 85% control of process emissions. [s. NR 424.03(2)(a), Wis. Adm. Code]<br><br>(2) The Regenerative Thermal Oxidizer (RTO) shall provide 95% overall control of VOC emissions.  [s. 285.65(3) and (7), Wis. Stats.; s. NR 406.10, Wis. Adm. Code]<br><br>(3) The processes may not emit more than 6.05 pounds of VOC per hour (aggregate) from stack S32 (from DDGS drying / cooling, and vent gas scrubbing).  [s. NR 406.10, and s. NR 424.02(2), Wis. Adm. Code; s. 285.65(7), Wis. Stats.] | (1) The Thermal Oxidizer (Regenerative Thermal Oxidizer, RTO) shall be in line and shall be operated at all times when the process is in operation and when emissions are being directed to the RTO (e.g. grain drying). [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(2) See I.C.1.b.(5) for testing requirements.<br><br>(3) The RTO control (setpoint) temperature shall be maintained within the range of least 1400° F, not more than 1650° F and not less than the temperature maintained during the most recent compliance demonstration test that demonstrates compliance.  [s NR 407.09(4)(a)1., Wis. Adm. Code] | (1) Reference Test Method for Volatile Organic Compound Emissions: Whenever compliance emission testing is required, the appropriate U.S. EPA Method; 18 or 25A shall be used to demonstrate compliance. Use of Method 25/25A results shall be appropriately adjusted to reflect emissions as VOC's. When approved in writing an equivalent test method may be substituted for the required test method. [s. NR 439.06(3)(a) and (8), Wis. Adm. Code]<br><br>(2) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the RTO, containing the date of the action, initials of inspector, and the results.   [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes), and other operating parameters as needed, to assure proper operation of the dryers and RTO.. [s. NR 439.055, Wis. Adm. Code]<br><br>(4) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

C. Stack, S32; Processes P49, P50; P52, P53; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr) (2007) [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 4. Nitrogen Oxides ($NO_x$) Emissions | (1) Emissions may not exceed 7.8 pounds per hour (from Stack S32).<br><br>[s. NR 406.10, Wis. Adm. Code] | (1) Only natural gas may be used as fuel in the dryers and RTO (note that this does not prohibit the combustion of VOCs produced by the process). [s. 285.63, Wis. Stats; s. NR 406.10, Wis. Adm. Code]<br><br>(2) Instrumentation to monitor the temperature within the RTO and dryers shall be installed and operated properly. [s. NR 439.055(1)(a), Wis. Adm. Code]<br><br>(3) See I.C.1.b.(5) for testing requirements.<br><br>(4) See I.C.1.b.(3) | (1) Whenever nitrogen oxides compliance testing is required, USEPA Method 7, 7A, 7E, or another method approved by the Department in writing shall be used. When approved in writing, an equivalent test method may be substituted for the required test method. [s. NR 439.06(6), Wis. Adm. Code]<br><br>(2) The permittee shall keep records of the fuel used in the dryers and oxidizer to show that only natural gas was used. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall record the actual amounts of natural gas burned in the dryers / oxidizer, per month. [s. NR 439.04(1)(d) and s. NR 440.205(9)(g)2, Wis. Adm. Code.]<br><br>(4) The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes), and other operating parameters as needed, to assure proper operation of the dryers and RTO.. [s. NR 439.055, Wis. Adm. Code]<br><br>(5) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

DM0000764

FID 111081520; Permit No. 07-DCF-003

C. Stack, S32; Processes P49, P50; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr) (2007) [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 5. Carbon Monoxide (CO) Emissions | (1) Emissions may not exceed 12.5 pounds per hour (from Stack S32). [s. NR 406.10, Wis. Adm. Code]<br><br>(2) The Regenerative Thermal Oxidizer (RTO). shall provide 90% overall control of CO emissions. [s. 285.65(3) and (7), Wis. Stats.] | (1) Only natural gas may be used as fuel in the dryers and RTO (note that this does not prohibit the combustion of VOC's produced by the process). [s. 285.63, Wis. Stats; s. NR 406.10, Wis. Adm. Code]<br><br>(2) Whenever any of the listed processes are operating, the permittee shall vent the process exhausts to the RTO. [s. NR 406.10, Wis. Adm. Code]<br><br>(3) Instrumentation to monitor the temperature within the RTO and dryers shall be installed and operated properly. [s. NR 439.055(1)(a), Wis. Adm. Code]<br><br>(4) See I.C.1.b.(3)<br><br>(5) See I.C.1.b.(5) for testing requirements. | (1) Reference Test Method for Carbon Monoxide Emissions: Whenever compliance emission testing is required, the appropriate US EPA Method; 10, 10A or 10B shall be used. [s. NR 439.06(4)(a), Wis. Adm. Code]<br><br>(2) The permittee shall keep records of the fuel used in the dryers and oxidizer to show that only natural gas or propane was used. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall record the actual amounts of natural gas and propane burned in the dryers / oxidizer, per month. [s. NR 439.04(1)(d) and s. NR 440.205(9)(g)2., Wis. Adm. Code.]<br><br>(4) The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes), and other operating parameters as needed, to assure proper operation of the dryers and RTO.. [s. NR 439.055, Wis. Adm. Code]<br><br>(5) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

C. Stack, S32; Processes P49, P50; Controls, C32, C33 - DDGS Dryer (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr) (2007) [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 6. Acetaldehyde Emissions | (1) Emissions may not exceed 0.53 pounds per hour. [s. NR 406.10, and s. NR 445.07, Wis. Adm. Code; s. 285.65(3), Wis. Stats.] | (1) The Thermal Oxidizer (Regenerative Thermal Oxidizer, RTO) shall be in line and shall be operated at all times when the process is in operation and when emissions are being directed to the RTO (i.e. loadout operations). [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(2) Instrumentation to monitor the temperature within the RTO and dryers shall be installed and operated properly. [s. NR 439.055(1)(a), Wis. Adm. Code]<br><br>(3) See I.C.3.a.(2)<br><br>(4) I.C.1.b.(5) for testing requirements. | (1) Whenever Formaldehyde or other Aldehyde (e.g. Acetaldehyde) compliance testing is required, USEPA Method 0011, shall be used. When approved in writing, an equivalent test method may be substituted for the required test method. [s. NR 439.06(8), Wis. Adm. Code]<br><br>(2) The permittee shall monitor and record the operating temperature of the RTO, dryers (at least once every 15 minutes) and other operating parameters, as needed, to assure proper operation of the dryers and RTO.. [s. NR 439.055, Wis. Adm. Code]<br><br>(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |
| 7. Physical Stack Parameters | (1) Stack Parameters These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed. (a) The stack height shall be at least 90.0 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b) The stack inside diameter at the outlet may not exceed 5.0 feet. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(c) The stack may not be | (1) The permittee shall maintain the records in I.C.7.c.(1). [s. NR 407.09(4)(a)1., Wis. Adm. Code] | (1) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.<br>[s. NR 439.04(1)(d), Wis. Adm. Code] |

FID 111081520; Permit No. 07-DCF-003

C. Stack, S32; Processes P49, P50; Controls, C32, C33 - DDGS Dryer  (P49; 95.0 MMBTU/hr / 23 tons per hour DDGS), DDG Cooling Cyclone (P50, 23 tons per hour DDGS), w/ cyclones (C33) and RTO (C32; 12.0 MMBTU/hr)  (2007)  [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | | |

DM0000767

FID 111081520; Permit No. 07-DCF-003

CC. Stack, S38; P52, P53; Controls, C34 Railcar ethanol loadout (P52; 800 gpm), Tanker truck ethanol loadout (P53; 500 gpm), Controlled using flare  (2007) [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter Emissions | (1) 0.05 pounds per hour.  [s. 285.65(3), Wis. Stats.; s. NR 406.10, s. NR 415.05, and s. NR 404.04(8), Wis. Adm. Code][2] | (1) The control device (flare) shall be in line and shall be operated at all times when the loadout process(es) are in operation. [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(2)  The flare may only use natural gas as its supplemental fuel (in addition to the VOCs being directed to it from the loadout operations). | (1) Reference Test Method for Particulate Matter Emissions: Whenever particulate matter emission testing is required, the permittee shall use the appropriate U.S. EPA Method 5, including condensable backhalf emissions (U.S. EPA Method 202), or other method as approved by the Department in writing. [s. NR 439.06(1), Wis. Adm. Code]<br><br>(2)  The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the flare, containing the date of the action, initials of inspector, and the results.  [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall record the actual amounts of natural gas burned in the flare, per month. [s. NR 439.04(1)(d), Wis. Adm. Code.]<br><br>(4)  Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |
| 2. Visible Emissions | (1) 20% Opacity [s. NR 431.05(1), Wis. Adm. Code] | (1) See I.CC.3.b | (1) Whenever visible emissions compliance testing is required, USEPA Method 9 in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 484.04, Wis. Adm. Code shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) See I.CC.3.c. |

[2] This emission limit is needed to avoid any exceedance of an ambient air standard or increment.  The emission limit is more restrictive than the limitation which would result under s. NR 415.05, Wis. Adm. Code.

DM0000768

FID 111081520; Permit No. 07-DCF-003

CC. Stack S38; Processes P52, P53; Controls C34 - Railcar ethanol loadout (P52; 800 gpm), Tanker truck ethanol loadout (P53; 500 gpm), Controlled with a flare (2007)  [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 3.  Volatile Organic Compound (VOC) emissions (from rail and truck loadout) | (1) No person may cause, allow or permit emissions of volatile organic compounds to the ambient air which substantially contribute to the exceeding of an air standard or cause pollution [s. NR 419.03(1), Wis. Adm. Code].<br><br>(2)  No transfer of products from this facility may be made to a tanker truck / railcar unless any gasoline or other organic vapors carried by the tanker / rail car are collected, processed and disposed of through a vapor collection, processing and disposal system (flare). [s. NR 406.10, s. NR 419.03(2) and s. NR 445.04(3), Wis. Adm. Code].<br><br>(3)  The flare control device shall be designed and operated to reduce the inlet VOC emissions by 98% or greater.[3] [s. NR 406.10, Wis. Adm. Code]<br><br>(4)  The processes may not emit more than 0.80 pounds of VOC per hour (aggregate) from stack S38 (from both ethanol loadouts combined).  [s. NR | (1) To demonstrate compliance with gasoline/organic vapor collection system limitation, the permittee shall provide vapor collection/processing/disposal equipment at loading bays for all products distributed at this facility to ensure that any organic vapors are processed and disposed of through a vapor processing and disposal system.  A vapor collection/control system shall be used at all times.  [s. NR 406.10, s. NR 445.04(3), and s. NR 407.09(4)(a)(3)(6), Wis. Adm. Code]<br><br>(a)  The permittee may only load tank trucks and rail cars at the facility that are equipped with vapor collection equipment that is compatible with the facility's vapor collection system.  [ss. NR 407.09(1)(a) and NR 439.055(5), Wis. Adm. Code]<br><br>(b) Each vapor collection system shall be designed to prevent any organic compound vapors collected at one loading rack from passing to another loading rack.  [s. NR 407.09(1)(a), Wis. Adm. Code, and s. 285.65(3), Wis. Stats.]<br><br>(2)  (a)  The flare shall be in line and shall be operated at all times when emissions are being directed to the flare (e.g. when loadout operations are being conducted).  (b)  The flare shall be operated with a flame present at all times (see I.CC.3.c.(5)).    [s.  NR  406.10  and  s.  NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(3)  The loading racks shall be equipped with interlocks that prevent loading in the event the flare is not in operation or a pilot is not present. [s. NR | (1)  Reference Test Method for Volatile Organic Compound Emissions:  Whenever compliance emission testing is required, the appropriate U.S. EPA Method; 18 or 25A shall be used to demonstrate compliance. Use of Method 25/25A results shall be adjusted to reflect emissions as VOCs. When approved in writing an equivalent test method may be substituted for the required test method.  [s. NR 439.06(3)(a) and (8), Wis. Adm. Code]<br><br>(2)  The permittee shall monitor and maintain daily records of the specific materials being transferred (loaded and unloaded), the throughput / quantity of material(s) and their true vapor pressure (in psia or KPa) and the trucks and railcars used.  The facility shall maintain records of any occurrence where the tanker was not equipped to with compatible collection equipment and the actions taken.  [s. NR 419.06, Wis. Adm. Code]<br><br>(3)  The permittee shall keep and maintain on site "as built" technical drawings, blueprints or equivalent records of the piping for the loading / unloading operations, and the vapor processing equipment.  The permittee shall keep and maintain a log of the tankers / railcars authorized to load Ethanol at the facility [s. 285.65(3), Stats., and  NR 439.04(1)(d), Wis. Adm. Code]<br><br>(4)  The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the collection system and RTO, containing the date of the action, initials of inspector, and the results.   [s. NR 439.04(1)(d), Wis. Adm. Code] |

[3] The facility has noted within the application that the flare will meet the 'general control device requirements' of s. NR 440.18, Wis. Adm. Code in order to assure that the flare provides the required 98% destruction.

DM0000769

*FID 111081520; Permit No. 07-DCF-003*

CC. Stack S38; Processes P52, P53; Controls C34 - Railcar ethanol loadout (P52; 800 gpm), Tanker truck ethanol loadout (P53; 500 gpm). Controlled with a flare (2007) [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | 406.10, and s. NR 424.03(2), Wis. Adm. Code; s. 285.65(7), Wis. Stats.] | 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code] <br><br> (4) The flare shall be an air-assisted flare: This shall be designed and operated with an exit velocity less than the specified Vmax as determined by the method specified under 3.b.(6)  [s. NR 440.18(3) and s. NR 406.10, Wis. Adm. Code] <br><br> (5)(a)  The facility shall demonstrate compliance with the 300 BTU/cf requirement and flow rate requirement of (5)(b) and (6) within 60 days of initial operation of the flare while solely loading a railcar tanker or upon request of the Department. [s. NR 406.10 and s. NR 407.09(4)(a)1., Wis. Adm. Code] | (5)  The presence of a flare pilot flame shall be monitored with a thermocouple or any other equivalent device to detect the presence of a flame. [ s. NR 439.04, Wis. Adm. Code] |

DM0000770

CC. Stack S38; Processes P52, P53; Controls C34 - Railcar ethanol loadout (P52; 800 gpm), Tanker truck ethanol loadout (P53; 500 gpm).  Controlled with a flare (2007)  [Conditions from 07-DCF-003]

| Pollutant | b.   Compliance Demonstration | c.   Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|
| 3.  Volatile organic compound (VOC) Emissions [Continued] | (5)(b)  The flare shall be used with a net heating value of the gas being combusted ($H_T$) of 300 BTU/scf (for an air assisted flare).  The net heating value of the gas being combusted in a flare shall be calculated using the following equation:<br><br>$$H_T = K \sum_{j=1}^{n} C_j H_j$$<br><br>where:<br><br>$H_T$ is the net heating value of the sample, MJ/scm; where the net enthalpy per mole of offgas is based on combustion at 25°C and 700 mm Hg, but the standard temperature for determining the volume corresponding to one mole is 20°C;  K is the conversion constant, $1.740 \times 10^{-7}$<br><br>$$\left[ \frac{1}{\left[ \frac{\text{ppm}}{} \right] \left[ \frac{\text{g-mole}}{\text{scm}} \right]} \right] \left[ \frac{\text{MJ}}{\text{kcal}} \right]$$<br><br>where the standard temperature for (g-mole)/scm is 20°C;<br><br>$C_i$ is the concentration of sample component i in ppm on a wet basis, as measured for organics by Reference Method 18 in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 440.17, and measured for hydrogen and carbon monoxide by ASTM D1946-77, incorporated by reference in s. NR 440.17; and<br><br>$H_i$ is the net heat of combustion of sample component i, kcal/(g-mole) at 25°C and 760 mm Hg.  The heats of combustion may be determined using ASTM D2382-76, incorporated by reference in s. NR 440.17, if published values are not available or cannot be calculated.  [s. NR 440.18(3)(c) and s. NR 440.18(6)(c), Wis. Adm. Code]<br><br>(6)  The actual exit velocity of a flare shall be determined by dividing the volumetric flowrate (in units of standard temperature and pressure), as determined as appropriate by Reference Method 2, 2A, 2C, or 2D of Appendix A, 40 CFR part 60, incorporated by reference in s. NR 440.17, by the unobstructed (free) cross sectional area of the flare tip.  [s. NR 440.18(6)(d), Wis. Adm. Code] | (5)  After installing the collection system and flare, the owner or operator shall meet the following requirements:<br><br>(a)  A report containing the measurements required by s. NR 440.18(6) [b(5) – (7)] shall be furnished to the Department.  This report shall be submitted within 6 months of the initial startup date.<br><br>(b)  Records shall be kept of all periods of operation during which the flare pilot flame is absent.  Semiannual reports of these periods shall be furnished to the Department.  [s. NR 439.04, Wis. Adm. Code]<br><br>(6)  The facility shall maintain daily records of the usage of the vapor collection / disposal equipment and any records needed to demonstrate compliance with the requirements of s. NR 440.18, Wis. Adm. Code.  This shall include the settings / operation of the equipment which assures compliance with the condition 3.b.(5).  [s. NR 439.04, Wis. Adm. Code]<br><br>(7)  Refer to the Malfunction Prevention and Abatement requirements of I.X.3. |

DM0000771

CC. Stack S38; Processes P52, P53; Controls C34 - Railcar ethanol loadout (P52; 800 gpm), Tanker truck ethanol loadout (P53; 500 gpm), Controlled with a flare (2007)   [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 5. Nitrogen Oxides (NOₓ) Emissions | (1) Emissions may not exceed 0.84 pounds per hour (from Stack S38). [s. NR 406.10, Wis. Adm. Code] | (1) Only natural gas may be used as a supplemental fuel in the flare (note that this does not prohibit the combustion of VOCs produced by the process). [s. 285.63, Wis. Stats; s. NR 406.10, Wis. Adm. Code] <br><br> (2) The flare shall be designed to emit no more than 0.0334 pounds NOₓ per 1000 gallons of material loaded. <br><br> (3) See I.CC.3.b. | (1) Whenever nitrogen oxides compliance testing is required, USEPA Method 7, 7A, 7E, or another method approved by the Department in writing shall be used. When approved in writing, an equivalent test method may be substituted for the required test method. [s. NR 439.06(6), Wis. Adm. Code] <br><br> (2) The permittee shall keep records of the fuel used in the flare to show that only natural gas was used. The facility shall maintain records of the vendor documentation / emission guarantees. [s. NR 439.04(1)(d), Wis. Adm. Code] <br><br> (3) The permittee shall record the actual amounts of natural gas burned in the flare per month. [s. NR 439.04(1)(d) and s. NR 440.205(9)(g)2., Wis. Adm. Code.] <br><br> (4) See I.CC.3.c. |
| 5. Carbon Monoxide (CO) Emissions | (1) Emissions may not exceed 2.1 pounds per hour (from Stack S38). [s. NR 406.10, Wis. Adm. Code] | (1) Only natural gas may be used as supplemental fuel in the flare (note that this does not prohibit the combustion of VOC's produced by the process). [s. 285.63, Wis. Stats; s. NR 406.10, Wis. Adm. Code] <br><br> (2) The flare shall be designed to emit no more than 0.0853 pounds CO per 1000 gallons of material loaded. <br><br> (3) See I.CC.3.b. | (1) Reference Test Method for Carbon Monoxide Emissions: Whenever compliance emission testing is required, the appropriate US EPA Method; 10, 10A or 10B shall be used. [s. NR 439.06(4)(a), Wis. Adm. Code] <br><br> (2) The permittee shall keep records of the fuel used in the flare to show that only natural gas was used. The facility shall maintain records of the vendor documentation / emission guarantees. [s. NR 439.04(1)(d), Wis. Adm. Code] <br><br> (3) The permittee shall record the actual amounts of natural gas and propane burned in the dryers / oxidizer, per month. [s. NR 439.04(1)(d) and s. NR 440.205(9)(g)2., Wis. Adm. Code.] <br><br> (4) See I.CC.3.c. |

FID 111081520; Permit No. 07-DCF-003

CC. Stack S38; Processes P52, P53; Controls C34 - Railcar ethanol loadout (P52; 800 gpm), Tanker truck ethanol loadout (P53; 500 gpm). Controlled with a flare (2007) [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 6. Physical Stack Parameters | (1) <u>Stack Parameters</u> These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br><br>(a) The stack height shall be at least 35.0 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b) The stack inside diameter at the outlet may not exceed 1.5 feet. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The permittee shall maintain the records in I.C.6.c.(1). [s. NR 407.09(4)(a)1., Wis. Adm. Code] | (1) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.<br>[s. NR 439.04(1)(d), Wis. Adm. Code] |

DM0000773

FID 111081520; Permit No. 07-DCF-003

Page 15 of 55

D. Stack, S33; Processes P54, P55; Control C33, - DDGS Elevator (P54), DDGS loadout (P55) controlled with DDGS baghouse (C33); F03, F04, F07 – DDGS storage building, silos and DDGS Handling fugitives. (2007)  [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM / PM$_{10}$) Emissions | (1) 0.29 pounds per hour from S33. [s. 285.65(3), Wis. Stats.; s. NR 406.10 and s. NR 404.04(8), Wis. Adm. Code] [4]<br><br>(2) 0.0725 tons per month PM and 0.0467 tons per month PM$_{10}$ each (monthly average), for F03, F04 and F07 fugitives. [s. 285.65(3), Wis. Stats.; s. NR 406.10 and s. NR 404.04(8), Wis. Adm. Code]<br><br>(3) Stack Parameters  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The stack height shall be at least 60.0 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b) The stack inside diameter at the outlet may not exceed 1.47 feet. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The DDGS baghouse control device shall be in line and shall be operated at all times when the process is in operation.  The DDGS loadout, elevator, storage building and silos shall be directly vented to and controlled by the DDGS baghouse. [s. NR 406.10 and s. NR 407.09(4)(a)1, Wis. Adm. Code]<br><br>(2) The pressure drop across the baghouse shall be maintained between 1 and 6 inches water column gauge pressure or with approval from the Department, an alternative range determined to demonstrate compliance. [s NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(3) The DDGS loading area shall be enclosed in roofed, four sided area with garage type doors. The garage doors shall be kept closed to the extent possible, to minimize particulate emissions through the openings (e.g. opening doors only as needed to allow entrance and exit of trucks, but allowing them to remain open briefly when multiple trucks are entering and exiting the enclosure.). [s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code]<br><br>(4) The permittee shall maintain the records in I.D.1.c.(6) for stack parameters. [s. NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(5) The fabric filter baghouse design shall be that necessary to achieve an outlet concentration of not more than 0.0050 gr/acf. This and the maximum inlet flow of 6,800 ACFM are the basis for the PM | (1) Reference Test Method for Particulate Matter Emissions:  Whenever particulate matter emission testing is required, the permittee shall use the appropriate U.S. EPA Method 5, 5A, 5B, 5D, 5E, 5F, 5G, 5H or 17 including condensable back half emissions (U.S. EPA Method 202). [s. NR 439.06(1), Wis. Adm. Code]<br><br>(2) The permittee shall monitor and record the pressure drop across the baghouse at least once per operating shift.  [s. NR 439.055, Wis. Adm. Code]<br><br>(3) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse, containing the date of the action, initials of inspector, and the results.   [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(4) The permittee shall maintain records of the occurance of door movement, door position or other records sufficient to demonstrate that the doors are being kept closed to the extent possible (e.g. a count of the times when the doors are opened or closed, an hour meter for the door motors, a door position recording every 15 minutes, or other equivalent record) when the facility is in operation.  The facility shall also maintain records of the number of trucks loaded per shift when the facility is in operation.  [s. NR 439.04, Wis. Adm. Code]<br><br>(5) The facility shall maintain prints, diagrams and other documentation of the process layout and of the baghouse design, specifications and guarantees.  [s. NR 439.04, Wis. Adm. Code] |

[4] This emission limit is needed to avoid any exceedance of an ambient air standard or increment.  The emission limit is more restrictive than the limitation which would result under s. NR 415.05, Wis. Adm. Code.

DM0000774

**D. Stack, S33; Processes P54, P55; Control C33, - DDGS Elevator (P54), DDGS loadout (P55) controlled with DDGS baghouse (C33); F03, F04, F07 – DDGS storage building, silos and DDGS Handling fugitives. (2007) [Conditions from 07-DCF-003]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | (c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | limitation. [s. NR 406.10, Wis. Adm. Code]<br><br>(6) Compliance with I.D.1.a.(2) shall be demonstrated using I.D.1.b.(3). . [s NR 407.09(4)(a)1., Wis. Adm. Code]<br><br>(7) Compliance emission tests shall be conducted within 180 days after the start of initial operation to demonstrate compliance with the PM emission limit and outlet grain loading (gr/dscf). See additional stack testing conditions under I.X.4.. [s. NR 439.03, Wis. Adm. Code]<br><br>(8) The DDGS throughput may not exceed 23.0 tons per hour (daily average). This, the AP-42 factor of 0.086 lbs/ton PM, 0.056 lbs/ton $PM_{10}$ and 90% capture (e.g. through use of filters and enclosures), are the basis for the fugitive dust emissions limitation. [s. NR 406.10, Wis. Adm. Code] | (6) The permitte shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(7) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(8) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(9) The facility shall maintain records of the DDGS dryer output on a daily basis, and convert this value to a tons per hour basis (daily average). [s. NR 439.04, Wis. Adm. Code] |
| 2. Visible Emissions | (1) 20% Opacity for stack vented emissions [s. NR 431.05(1), Wis. Adm. Code]<br><br>(2) 0% visible emissions for fugitives. . [s. NR 415.04, Wis. Adm. Code] | (1) See I.D.1.b and 3.b. | (1) Whenever visible emissions compliance testing is required, USEPA Method 9 or Method 22 (for fugitives) in 40 CFR part 60, Appendix A, incorporated by reference in s. NR 484.04, Wis. Adm. Code shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) See I.D.1.c. and 3.c. |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.D.3.a.(1) [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.W.1.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

DM0000775

*FID 111081520; Permit No. 07-DCF-003*

**J. Tanks T01, T02, T03, T04, T05 -- Two Storage Tanks for 200 proof product (T01, T02; 128,000 gallons each), One denaturant (gasoline) storage tank (T03; 89,400 gallons), Two denatured ethanol storage tanks (T04, T05; 711,459 gallons each). All tanks are vertical fixed roof tanks with internal floating roofs [subject to NSPS under s. NR 440.285, Wis. Adm. Code] [Conditions from 07-DCF-003]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Volatile organic compounds (VOC) Emissions | (1) The storage tank shall be a vertical fixed roof tank equipped with an internal floating roof. [s. NR 406.10, Wis. Adm. Code and s. NR 440.285(3)(a), Wis. Adm. Code]<br><br>(2) The internal floating roof shall rest or float on the liquid surface (but not necessarily in complete contact with it). The internal floating roof shall be floating on the liquid surface at all times except during initial fill and those times when the storage vessel is completely emptied or subsequently emptied and refilled. When the roof is resting on the leg supports, the process of filling, emptying or refilling shall be continuous and shall be accomplished as rapidly as possible. [s. NR 406.10 and s. NR 440.285(3)(a)1.a., Wis. Adm. Code] | (1) The permittee shall visually inspect the storage vessel with the seal in place before the initial fill of the volatile organic liquid. If there are any openings in the seals or other defects in the internal floating roof, the owner or operator shall repair these before filling the vessel. [s. NR 440.285(4)(a)1., Wis. Adm. Code]<br><br>(2) The permittee shall visually inspect the storage vessel internal floating roof and the primary seal through manholes and roof hatches on the fixed roof once every 12 months after the initial fill of the volatile organic liquid. If the internal floating roof is not resting on the surface of the Volatile Organic Liquid (VOL) inside the storage vessel, or there is liquid accumulated on the floating roof, or if the seal is detached or if there are holes or tears in the seal fabric, the owner or operator shall repair the items or empty and remove the storage vessel from service within 45 days. If a failure that is detected during inspections required under this paragraph cannot be repaired within 45 days and if the vessel cannot be emptied within 45 days, a 30-day extension may be requested from the Department in the inspection report required in s. NR 440.285(6)(a)3. Wis. Adm. Code. A request for an extension shall document that alternate storage capacity is unavailable and specify a schedule of actions the company owner or operator shall take to assure that the control equipment is repaired or the vessel will be emptied as soon as possible. [s. NR 440.285(4)(a)2, Wis. Adm. Code] | (1) Whenever VOC compliance testing is required, USEPA Method 18 or 25A shall be used. When approved in writing an equivalent test method may be substituted for the required test method. [§ NR 439.06(8), Wis. Adm. Code]<br><br>(2) The permittee shall maintain a record of the volatile organic liquid stored, the period of storage, and the maximum true vapor pressure of that liquid during the respective storage period. The maximum true vapor pressure is the equilibrium partial pressure exerted by the VOL based upon the maximum local monthly average ambient temperature (listed by the National Weather Service as 72° F in July) [s. NR 440.285(7)(c), Wis. Adm. Code]<br><br>(3) The permittee of each storage vessel shall keep readily accessible records showing the dimensions of the storage vessel and an analysis showing the capacity of the storage vessel. The permittee shall also keep and maintain on site current "as built" technical drawings, blueprints or equivalent records of the storage tanks. These records shall be kept for the life of the vessel. [s. NR 439.04 and s. NR 440.285(7)(a) and (b), Wis. Adm. Code] |

DM0000776

FID 111081520; Permit No. 07-DCF-003

I. Tanks T01, T02, T03, T04, T05 — Two Storage Tanks for 200 proof product (T01, T02; 128,000 gallons each), One denaturant (gasoline) storage tank (T03; 89,400 gallons), Two denatured ethanol storage tanks (T04, T05; 711,459 gallons each). All tanks are vertical fixed roof tanks with internal floating roofs [subject to NSPS under s. NR 440.285, Wis. Adm. Code] [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Volatile organic compound (VOC) Emissions [Continued] | (3) The internal floating roof shall be equipped with a foam or liquid filled seal mounted in contact with the liquid (a liquid- mounted seal). The seal shall be in contact with the liquid between the wall of the storage vessel and the floating roof continuously around the circumference of the storage vessel. [s. NR 406.10 and s. NR 440.285(3)(a)1.b.1), Wis. Adm. Code]<br><br>(4) The storage tank shall be equipped with a submerged fill pipe. [s. NR 406.10, Wis. Adm. Code]<br><br>(5) Each opening in a non-contact internal floating roof except for automatic bleeder vents (vacuum break vents) and the rim space vents is to provide a projection below the liquid surface. [s. NR 440.285(3)(a)1.c., Wis. Adm. Code] | (3) Visually inspect the internal floating roof, the primary seal, the secondary seal (if one is in service), gaskets, slotted membranes (if any), and sleeve seals (if any) each time the storage vessel is emptied and degassed. If the internal floating roof has defects, the primary seal has holes, tears or other openings in the seal or the seal fabric, the secondary seal has holes, tears or other openings in the seal or the seal fabric, the gaskets no longer close off the liquid surfaces from the atmosphere, or the slotted membrane has more than 10% open area, the owner or operator shall repair the items as necessary so that none of the conditions specified in this paragraph exist before refilling the storage vessel with VOL. In no event may inspections conducted in accordance with this provision occur at intervals greater than 10 years in the case of vessels undergoing annual visual inspections. [s. NR 440.285(4)(a)4., Wis. Adm. Code] | (4) After installing the fixed roof, internal floating roof tank, the owner or operator shall meet the following requirements:<br>(a) Furnish the department with a report that describes the control equipment and certifies that the control equipment meets the specifications of s. NR 440.285(3)(a)1. and (4)(a)1., Wis. Adm. Code. This report shall be an attachment of the notification required by s. NR 440.07(1)(c), Wis. Adm. Code. [See I.I.1.a.(1)(c)]<br>(b) Keep a record of each inspection performed as required by I.I.1.b.(1)-(4). Each record shall identify the storage vessel on which the inspection was performed and shall contain the date the vessel was inspected and the observed condition of each component of the control equipment (seals, internal floating roof and fittings).<br>(c) If any of the conditions described in I.I.1.b.(2) [s. NR 440.285(4)(a)2, Wis. Adm. Code] are detected during the annual inspection, a report shall be furnished to the department within 30 days of the inspection. Each report shall identify the storage vessel, the nature of the defects and the date the storage vessel was emptied or the nature of and the date the repair was made.<br>[s. NR 440.285(6)(a), Wis. Adm. Code] |

FID 111081520; Permit No. 07-DCF-003

**I. Process T01, T02, T03, T04, T05  — Two Storage Tanks for 200 proof product (T01, T02; 128,000 gallons each), One denaturant (gasoline) storage tank (T03; 89,400 gallons), Two denatured ethanol storage tanks (T04, T05; 711,459 gallons each). All tanks are vertical fixed roof tanks with internal floating roofs  [subject to NSPS under s. NR 440.285, Wis. Adm. Code]  [Conditions from 07-DCF-003]**

| Pollutant | a.  Limitations | b.  Compliance Demonstration |
|---|---|---|
| 1. Volatile organic compound (VOC) Emissions [Continued] | (6)  Each opening in the internal floating roof, except for leg sleeves, automatic bleeder vents, rim space vents, column wells, ladder wells, sample wells and stub drains, is to be equipped with a cover or lid which is to be maintained in a closed position at all times (i.e., no visible gap) except when the device is in actual use.  The cover or lid shall be equipped with a gasket. Covers on each access hatch and automatic gauge float well shall be bolted except when they are in use.  [s. NR 440.285(3)(a)1.d, Wis. Adm. Code]<br><br>(7)  Automatic bleeder vents  (vacuum break vents) shall be equipped with a gasket and are to be closed at all times when the roof is floating except when the roof is being floated off or is being landed on the roof leg supports. [s. NR 440.285(3)(a)1.e., Wis. Adm. Code]<br><br>(8)  Rim space vents shall be equipped with a gasket and are to be set to open only when the internal floating roof is not floating or at the manufacturer's recommended setting.  [s. NR 440.285(3)(a)1.f., Wis. Adm. Code]<br><br>(9)  Each penetration of the internal floating roof for the purpose of sampling shall be a sample well.  The sample well shall have a slit fabric cover that covers at least 90% of the opening.[s. NR 440.285(3)(a)1.g., Wis. Adm. Code]<br><br>(10)  Each penetration of the internal floating roof that allows for passage of a column supporting the fixed roof shall have a flexible fabric sleeve seal or a gasketed sliding cover.  [s. NR 440.285(3)(a)1.h., Wis. Adm. Code]<br><br>(11)  Each penetration of the internal floating roof that allows for passage of a ladder shall have a gasketed sliding cover.  [s. NR 440.285(3)(a)1.i., Wis. Adm. Code] | (4)  Notify the department in writing at least 30 days prior to the filling or refilling of each storage vessel for which an inspection is required by (1) and (3) to afford the department the opportunity to have an observer present.  If the inspection required by (3) is not planned and the owner or operator could not have known about the inspection 30 days in advance of refilling the storage vessel, the owner or operator shall notify the department at least 7 days prior to the refilling of the storage vessel. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned.  Alternatively, this notification including the written documentation may be made in writing and sent by express mail so that it is received by the department at least 7 days prior to the refilling.[s. NR 440.285(4)(a)5., Wis. Adm. Code] |

DM0000778

**L. P10, P12S /S10 /C10 - South Filters:  Grain Milling and Mill Bins  [Conditions from 02-RV-166, modified under 07-DCF-003]**

| Pollutant | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions | (1) The emissions may not exceed 0.525 lbs/hr of PM and PM$_{10}$ from the baghouse stack S10.$^5$ [s. NR 415.05(1)(n), Wis. Adm. Code and s. NR 415.05(2), Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.]

(2) <u>Stack Parameters</u>  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]

(a) The stack height shall be at least 84.0 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]

(b) The stack inside dimension at the outlet may not exceed 3.0 feet x 2.2 ft. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]

(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology as approved by the Department in writing). [s. NR 439.055(1) and (4), Wis. Adm. Code]

(3) The pressure drop across the baghouse shall be maintained within the range of 2- 5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance. [s. 285.65(3), Wis. Stats. s;  NR 407.09(1)(c), Wis. Adm. Code]

(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]

(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0034 gr/acf. This and the maximum inlet flow of 18,000 ACFM are the basis for the PM limitation.   [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM$_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(1m), Wis. Adm. Code]

(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements.  Any alternative monitoring technology monitoring / records shall be at the frequency required for that technology (but not less than the above frequency). [s. NR 439.055(2), Wis. Adm. Code]

(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.

(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse.  These records shall include the date of action and a description of any corrective actions taken.  [s. NR 439.04(1)(d), Wis. Adm. Code]

(5) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code] |

$^5$ The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for PM$_{10}$  This restriction also ensures that  this project is minor under Part 70 and PSD.

FID 111081520; Permit No. 07-DCF-003

**L. P10, P12S/S10 /C10 - South Filters: Grain Milling and Mill Bins [Conditions from 02-RV-166, modified under 07-DCF-003]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods; Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM₁₀ Emissions [Continued] | (c)  The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6)  Compliance emission tests of the PM emissions, exhaust flows and outlet grain loading (gr/dscf) shall be conducted upon request of the Department.  See additional stack testing conditions under I.X.4. [s. NR 439.03, Wis. Adm. Code] | (6)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.  [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S10, P10 / P12S into the atmosphere any gases which exhibit greater than 20% opacity. [s. NR 431.05, Wis. Adm. Code] | (1) The requirements in I.L.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2)  The records required in I.L.1.c.(2)&(3) shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.W.1.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.W.1.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

**M. P11, P12N /S11 /C11– North Filters: Grain Milling and Mill Bins [Conditions from 02-RV-166, revised / superseded under 07-DCF-003]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions | (1) The emissions may not exceed 0.22 lbs/hr of PM and PM$_{10}$ from the baghouse stack S11.$^{6}$ [s. NR 404.08(2), Wis. Adm. Code, and s. 285.65(3), Wis. Stats.]

(2) <u>Stack Parameters</u> These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.

(a) The stack height shall be at least 84.0 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]

(b) The stack inside dimension at the outlet may not exceed 4.0 feet x 4.0 ft. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]

(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor particulate matter emissions using a bag break detector / emissions monitor, within 120 days of commencing construction. [s. NR 439.055(1) and (4), Wis. Adm. Code]

(3) The output from the bag break detector shall be maintained within the range or below the value shown to be in compliance with the particulate matter emissions / grain loading  or with approval from the Department in writing, an alternative range used to demonstrate compliance. Prior to use of the bag break detector / emission monitor, the pressure drop shall be measured and maintained within the range of 2.0 to 5.0 inches of water column.  [s. 285.65(3), Wis. Stats. s;. NR 407.09(1)(c), Wis. Adm. Code]

(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code, s. 285.65(3), Wis. Stats.]

(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0010 gr/acf. This and the maximum inlet flow of 26,000 aCFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM$_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(1m), Wis. Adm. Code]

(2) The facility shall monitor and record the pressure drop across the baghouse at least once or once per day of operation, whichever yields the greater number of measurements. Pressure drop measurements are not be required once the bag break detector / emissions monitor has been installed and operated. [s. NR 439.055(2), Wis. Adm. Code]

(3) Upon installation, calibration and initial operation of the bag break detector / emissions monitor, the facility shall monitor and record the output from a bag break detector / emissions monitor at 15 minute intervals (e.g. electrodynamic or triboelectric or detectors). [s. NR 439.055(2), Wis. Adm. Code]

(4) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.

(5) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse.  These records shall include the date of action and a description of any corrective actions taken.  [s. NR 439. |

---

$^{6}$ *The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for PM$_{10}$.  This restriction also ensures that this project is minor under Part 70 and PSD.*

DM0000781

## M. P11, P12N /S11/ C11 – North Filters: Grain Milling and Mill Bins [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM10 Emissions [Continued] | (c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6) Compliance emission tests shall be conducted within 180 days after the start of initial operation following completion of construct, modification (or authorization to construct expiration, whichever comes first) to demonstrate compliance with the PM emission limit, exhaust flow and grain loading (gr/dscf). The stack testing shall be done following installation of the bag break detector / emissions monitor, to assist in calibration. See additional stack testing requirements under I.X.4. [s. NR 439.07(1), Wis. Adm. Code] | (6) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(7) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters. [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S11, P11 and P12N into the atmosphere any gases which exhibit greater than 20% opacity.<br><br>[s. NR 431.05, Wis. Adm. Code] | (1) The requirements in I.M'.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) The records required in I.M'.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.W.1.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.W.1.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

DM0000782

FID 111081520; Permit No. 07-DCF-003

**Section N removed under 07-DCF-003.** (process P12S, P12N are associated with P10, and P11 respectively)

O. P21, P22; P23 /S14 / C14– Product Storage (Silos) and Transfer. [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and $PM_{10}$ Emissions | (1) The emissions may not exceed 0.073 lbs/hr of PM and $PM_{10}$ from the baghouse stack S14[7]. [s. NR 408.04(2), Wis. Adm. Code; s. 285.65(3) and (7), Wis. Stats.]<br><br>(2) <u>Stack Parameters</u>  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br><br>(a)  The stack height shall be at least 126.0  feet above ground level. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b)  The stack inside diameter at the outlet may not exceed 1.0 feet  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]<br><br>(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology as approved by the Department in writing).  [s. NR 439.055(1) and (4), Wis. Adm. Code]<br><br>(3) The pressure drop across the baghouse shall be maintained within the range of 2-5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance.  [s. 285.65(3), Wis. Stats. s; NR 407.09(1)(c), Wis. Adm. Code]<br><br>(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0034 gr/acf as noted within the application. This and the maximum inlet flow of 2,500 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & $PM_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements.  [s. NR 439.055(2), Wis. Adm. Code]<br><br>(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse.   These records shall include the date of action and a description of any corrective actions taken.  [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code] |

---

[7] *The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standardand increment for $PM_{10}$.  This restriction also ensures that this project is minor under Part 70 and PSD.*

**O. P21, P22; P23 /S14 / C14– Product Storage (Silos) and Transfer. [Conditions from 07-DCF-003]**

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and $PM_{10}$ Emissions [Continued] | (c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6) Compliance emission tests shall be conducted within 180 days after the start of initial operation following completion of modification (or authorization to construct expiration, whichever comes first) to demonstrate compliance with the PM emission limit, exhaust flow and grain loading (gr/dscf). See additional stack testing requirements under I.X.4. [s. NR 439.07(1), Wis. Adm. Code]

(7) The permittee may not exhaust emissions from any vents / fans on the storage silos (P22 / P23): These emissions shall be collected and directed to the control C14. [s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code] | (6) The permittee shall keep the following records:<br>(a) Maximum silo/bin capacities and maximum throughputs in tons.<br>(b) emissions factor based on AP-42.<br>(c) Manufacturer specifications information of the baghouse and information / documentation regarding the means of directing the emissions to the baghouse.<br>[s. 285.65(3), Wis. Stats.]

(7) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.    [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S14, P14 into the atmosphere any gases which exhibit greater than 20% opacity.<br>[s. NR 431.05, Wis. Adm. Code] | (1) The requirements in I.O.1.b. shall be used to demonstrate compliance with the visible emissions limit. [s. 285.65(3), Wis. Stats.] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(9)(a)1., Wis. Adm. Code]

(2) The records required in I.O.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit. [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.W.1.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.W.1.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

R'. P20/S22 – Mill/Germ Recovery/Toasting (including two new toasting units)/ Grinding Filter – Grain Milling [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and $PM_{10}$ Emissions | (1) The emissions may not exceed 0.57 lbs/hr of PM and $PM_{10}$ from the baghouse stack S22[8] [s. NR 404.08(2), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(2) Stack Parameters These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The stack height shall be at least 92 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(b) The stack inside diameter at the outlet may not exceed 2.5 feet [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The facility shall operate / direct emissions to the baghouse at all times the process is in operation. [s. 285.65(3), Wis. Stats.]<br><br>(2) The facility shall install, calibrate, operate and maintain the instrumentation necessary to monitor the pressure drop across the baghouse (or other monitoring technology as approved by the Department) in writing). [s. NR 439.055(1) and (4), Wis. Adm. Code]<br><br>(3) The pressure drop across the baghouse shall be maintained within the range of 2 - 5 inches of water column or with approval from the Department in writing, an alternative range or monitoring technology used to demonstrate compliance. [s. 285.65(3), Wis. Stats. s; NR 407.09(1)(6), Wis. Adm. Code]<br><br>(4) The baghouse shall be inspected once per month for any leaks or tears. [s. NR 439.055(5), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(5) The fabric filter baghouse shall be that necessary to achieve an outlet concentration of not more than 0.0037 gr/dscf. This and the maximum inlet flow of 18,000 ACFM are the basis for the PM limitation. [s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & $PM_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used. [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) The facility shall monitor and record the pressure drop across the baghouse at least once for each 8 hours of operation of any process or once per day of operation, whichever yields the greater number of measurements. Any alternative monitoring technology monitoring / records shall be at the frequency required for that technology (but not less than the above frequency). [s. NR 439.055(2), Wis. Adm. Code]<br><br>(3) Refer to the Malfunction Prevention and Abatement requirements of I.X.3.<br><br>(4) The permittee shall keep records of all inspections, checks and any maintenance or repairs performed on the baghouse. These records shall include the date of action and a description of any corrective actions taken. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain records / documentation of the fabric filter baghouse design, testing, maximum exhaust flows, fan / blower information and emission guarantees which document the baghouse is designed to achieve the noted outlet concentration, and emission limit when properly operated and maintained. [s. NR 439.04(1)(d), Wis. Adm. Code] |

[8] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for $PM_{10}$. This restriction also ensures that this project is minor under Part 70 and PSD.

R'. P20/S22 / C22 – Mill/Germ Recovery/Toasting (including two new toasting units)/ Grinding Filter – Grain Milling  [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions [Continued] | (c) The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases. [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (6) Compliance emission tests of the PM emissions, exhaust flows and outlet grain loading (gr/dscf) shall be conducted upon request of the Department. See additional stack testing conditions under I.X.4. [s. NR 439.03, Wis. Adm. Code] | (6) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical stack parameters.  [s. NR 439.04(1)(d), Wis. Adm. Code] |
| 2. Visible Emissions | (1) The permittee may not discharge from S22, P20 into the atmosphere any gases which exhibit greater than 20% opacity. [s. NR 431.05, Wis. Adm. Code] | (1) The requirements in I.R'.1.b. shall be used to demonstrate compliance with the visible emissions limit.  [s. 285.65(3), Wis. Stats.]<br><br>(2) A visible emissions compliance testing shall be performed simultaneous with the PM and PM10 emission test required in I.R.1.b.(5). [s. NR 439.07(1), Wis. Adm. Code] | (1) Whenever compliance testing is required, USEPA Method 9 shall be used or an alternate method approved in writing by the Department shall be used.  [s. NR 439.06(9)(a)1., Wis. Adm. Code]<br><br>(2) The records required in I.R'.1.c. shall be used as recordkeeping and monitoring requirements for the visible emissions limit.  [s. 285.65(3), Wis. Stats.] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.W.1.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.W.1.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats.] |

S'. P16, F18, Grain Dryer No. 3  Natural gas fired burner 19.34 MMBTU/hr (1999)  This source is subject to NSPS.  [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM₁₀ Emissions | (1) The emissions may not exceed 6.96 lb/hr of PM and 1.74 lb/hr of PM₁₀ from F18.[9] [s. NR 404.08(2), and s. NR 415.05(2), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(2) Stack Parameters  These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The average discharge height shall be at least 56.7 feet above ground level (as modeled for a volume source). [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br><br>(3) The grain dryer throughput may not exceed 84.0 tons per hour (3000 Bushels per hour dried corn at 15.5% moisture). [s. NR 406.10, Wis. Adm. Code] | (1) The permittee shall demonstrate compliance with the hourly emission rates using maximum throughput and the emission factors (0.0828 lbs/Ton PM and 0.0207 lbs/Ton PM₁₀). [s. 285.65(3), Wis. Stats.]<br><br>(2) The grain dryer may only be fired using natural gas. [s. NR 406.10, Wis. Adm. Code]<br><br>(3) The facility shall make physical changes to the grain dryer elevator which insures that the maximum throughput does not exceed 84.0 tons per hour, and shall conduct monthly tests of the elevator maximum hourly throughput during months when the grain dryer is used. [s. NR 406.10, Wis. Adm. Code]<br><br>(4) The grain dryer may only be used during the period of 9:00 AM through 6:00 PM for the months of March through August, 10:00AM through 4:00 PM for the months of September through November and 10:00 AM through 5:00 PM for the months of December through February, prior to initial operation of any new emissions sources associated with the ethanol plant (excludes existing grain handling operations). Once the facility has initially operated any individual emission unit of the ethanol plant, the grain dryer may only be used during the period of 10:00AM through 3:00 PM for the months of September through February.  [s. 285.65(3) and (7), Wis. Stats.; s. NR 404.08(2), and s. NR 406.10, Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM₁₀ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) Reference Test Method for PM₁₀ Emissions:  Whenever compliance emission testing is required, the appropriate US EPA Method, 201 or 201A shall be used to demonstrate compliance.  [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(3)  The permittee shall keep the following records:<br>(a) Maximum capacities and maximum throughputs in tons (and the associated conversion to Bushels).<br>(b)  Emissions factors.<br>(c) Detailed records of the hours of operation.  This shall include the startup time / date, shutdown time / date. Operating times shall include loading, drying and unloading.  [s. 285.65(3), Wis. Stats.]<br><br>(4) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical discharge parameters.  [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain records of the physical changes made to the grain dryer elevator, and the results of monthly tests which measure the maximum throughput capacity, or records that the grain dryer has not been used during the month. [s. NR 439.04, Wis. Adm. Code] |

[9] The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for PM₁₀.  This restriction also ensures that this project is minor under Part 70 and PSD.

S'', P16, S23, Grain Dryer No. 3 Natural gas fired burner 19.34 MMBTU/hr (1999) This source is subject to NSPS.   [Conditions from 07-DCF-003].   These are the conditions which apply in the event that the grain dryer has been permanently converted to a stack vented source.

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions | (1) The emissions may not exceed 6.96 lb/hr of PM and 1.74 lb/hr of PM$_{10}$ from S23.[10] [s. NR 404.08(2), and s. NR 415.05(2), Wis. Adm. Code; s. 285.65(3), Wis. Stats.]<br><br>(2) **Stack Parameters** These requirements are included because the source was reviewed with these stack parameters and it was determined that no increments or ambient air quality standards will be violated when constructed as proposed.<br>(a) The discharge height shall be at least 105.0 feet above ground level. [(s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br>(b) The stack inside diameter at the outlet may not exceed 8.0 feet  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code]<br>(c)  The stack may not be equipped with a rainhat or other device which impedes the upward flow of the exhaust gases.  [s. 285.65(3), Stats. and s. NR 406.10, Wis. Adm. Code] | (1) The permittee shall demonstrate compliance with the hourly emission rates using maximum throughput and the emission factors (0.0828 lbs/Ton PM and 0.0207 lbs/Ton PM$_{10}$). [s. 285.65(3), Wis. Stats.]<br><br>(2) The grain dryer may only be fired using natural gas. [s. NR 406.10, Wis. Adm. Code]<br><br>(3) The facility shall make physical changes to the grain dryer elevator which insures that the maximum throughput does not exceed 84.0 tons per hour, and shall conduct monthly tests of the elevator maximum hourly throughput during months when the grain dryer is used. [s. NR 406.10, Wis. Adm. Code]<br><br>(4) In order to be eligible for the unstructured hours of operation for the grain dryer in b.(6), the facility shall totally enclose the grain dryer and shall direct these emissions to a stack with the parameters noted in a.(2). [s. NR 406.10, Wis. Adm. Code]<br><br>(5) The facility shall conduct a stack test of the grain dryer PM10 emission rate within 90 days of enclosure and stack venting of the grain dryer. [s. NR 439.07(1), Wis. Adm. Code] | (1) Whenever compliance emission testing for PM & PM$_{10}$ is required, USEPA Method 5, including backhalf (Method 202) shall be used to demonstrate compliance or an alternate method approved in writing by the Department, shall be used.  [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(2) Reference Test Method for PM$_{10}$ Emissions:  Whenever compliance emission testing is required, the appropriate US EPA Method; 201 or 201A shall be used to demonstrate compliance.  [s. NR 439.06(1m), Wis. Adm. Code]<br><br>(3)  The permittee shall keep the following records:<br>(a) Maximum capacities and maximum throughputs in tons (and the associated conversion to Bushels).<br>(b)  Emissions factors.<br>(c)  Detailed records of the hours of operation.  This shall include the startup time / date, shutdown time / date. Operating times shall include loading, drying and unloading.  Facility shall sum the monthly hours of operation and calculate the 12 month average on a monthly basis. [s. 285.65(3), Wis. Stats.]<br><br>(4)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the physical discharge parameters (including total enclosure, and stack venting).   [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain records of the physical changes made to the grain dryer elevator, and the results of monthly tests which measure the maximum throughput capacity, or records that the grain dryer has not been used during the month. [s. NR 439.04, Wis. Adm. Code] |

---

[10] *The facility has elected to meet this limit in order to attain and maintain the national ambient air quality standard and increment for PM$_{10}$.  This restriction also ensures that this project is minor under Part 70 and PSD.*

FID 111081520; Permit No. 07-DCF-003

S''. P16, F18, Grain Dryer No. 3 Natural gas fired burner 19.34 MMBTU/hr (1999) This source is subject to NSPS. [Conditions from 07-DCF-003]. These are the conditions which apply in the event that the grain dryer has been permanently converted to a stack vented source.

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter (PM) and PM$_{10}$ Emissions | (3) The grain dryer throughput may not exceed 84.0 tons per hour (3000 Bushels per hour dried corn at 15.5% moisture). [s. NR 406.10, Wis. Adm. Code] | (6) Total hours of operation may not exceed 222.2 hours per month, averaged over any 12 consecutive month period. This condition is needed to assure that the combined facility potential to emit remains below 100 TPY. [s. 285.65(3) and (7), Wis. Stats.; s. NR 406.10, Wis. Adm. Code] | |

DM0000790

S'. P16, F18 (S23), Grain Dryer No. 3  Natural gas fired burner 19.34 MMBTU/hr  (1999)  This source is subject to NSPS.  [Conditions from 07-DCF-003]

| Pollutant | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 2. Visible Emissions | (1) (a)The permittee may not discharge from P16, F18 (or S23) into the atmosphere any gases which exhibit greater than 0% opacity from any column dryer with column plate perforation exceeding 2.4 mm diameter (ca. 0.094 inch) to meet NSPS. [s. NR 440.47(3)(a)1., Wis. Adm. Code]<br><br>(b) The permittee may not discharge from P16, F18 (or S23) into atmosphere any gases which exhibit greater than 20% opacity from any column plate perforation not exceeding 2.4 mm diameter (ca. 0.094 inch) [s. 285.65(3), Wis. Stats.; s. NR 431.05, Wis. Adm. Code] | (1) Compliance emission tests shall be conducted within 90 days of permit issuance to demonstrate compliance with the visible emission limit when process #P16, is operating at 100% capacity. Compliance emission tests shall be conducted within 90 days of enclosure / stack venting of the grain dryer (if performed) to demonstrate compliance with the visible emission limit when process #P16, is operating at 100% capacity. If operation at 100% capacity is not feasible, the source shall operate at a capacity level, which is approved by the Department in writing.  If the compliance emission tests cannot be conducted within 90 days of permit issuance, the permit holder may request and the Department may approve, in writing, an extension of time to conduct the test(s).<br><br>[s. NR 439.07(1), Wis. Adm. Code] | (1) Whenever compliance testing is required, USEPA Method 9 and the procedures in s. NR 440.11, Wis. Adm. Code shall be used to determine the opacity.  [s. NR 440.47(4), Wis. Adm. Code, s. NR 439.06(9)(a)1., Wis. Adm. Code] |
| 3. Fugitive Emissions | (1) No person may cause, allow or permit any material to be handled, transported or stored without taking precaution to prevent particulate matter from becoming airborne. [s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall comply with the requirements established in I.W.1.b. for compliance demonstration. [s. 285.65(3), Wis. Stats.] | (1) The permittee shall comply with the requirements established in I.W.1.c. for recordkeeping and monitoring requirements. [s. 285.65(3), Wis. Stats. |

## u. PM Monitoring [Conditions from 02-RV-166, revised / superseded under 06-DCF-166 and 07-DCF-003]

| Condition Type | a.   Specific Conditions |
|---|---|
| 1.   PM Monitoring | (1) The particulate matter ambient air quality monitor (e.g. TSP or $PM_{10}$ as specified by the Department) shall be operated for a period of thirty six (36) months from permit issuance (of 07-DCF-003) or up to 24 months following initial operation of the ethanol facility, whichever is later. This shall be installed and operated (at a new location if determined to be appropriate), in according to guidance provided by the Department's Ambient Air Monitoring Section of the Bureau of Air Management as found in the Air Monitoring Comparability Program guidelines, and in consultation with the local compliance inspector. |
| | If any exceedance of the particulate matter standards is detected by the monitor, the Permittee shall submit a written report for the Department's South Central Region, Air Management Section within 15 days of its occurrence. |
| | The report shall specify what activities took place during the exceedance period, if any on-site meteorological station is installed with the particulate monitor then the wind speed and wind direction recorded on those meteorological instruments during the exceedance period shall also be reported. |
| | This condition is necessary to show that the particulate matter ambient air quality standards are not violated. |
| | Additional control technology or operation restrictions may be requested by the Department if violations of the Ambient Air Quality Standards for particulate matter are detected by the monitor. [ss. 285.65(3) and s. 285.65(10), Wis. Stats.] |

W. Facility Fugitive Particulate Matter Emissions (Fugitive Dust from the total facility; including F01, F02, F03, F04, F06, F07, F08)    [Conditions from 07-DCF-003]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Particulate Matter Emissions (Fugitive Dust from the total facility, including F01, F02, F03, F04, F06, F07, F08) | (1) Minimization of fugitive dust emissions: No person may cause, allow or permit any materials to be handled, transported or stored without taking precautions to prevent particulate matter from becoming airborne. Nor may a person allow a structure, a parking lot, or a road to be used, constructed, altered, repaired, sand blasted or demolished without taking such precautions. [s. NR 415.04, Wis. Adm. Code]<br><br>(2) Fugitive road dust (F06) may not exceed an average of 3.0 tons per month of total PM and not more than 0.59 tons per of $PM_{10}$ (averaged over any 12 consecutive month period), prior to operation of the ethanol plant, and not more than 4.23 tons per month of total PM and not more than 0.825 tons per of $PM_{10}$ (averaged over any 12 consecutive month period) following initial operation of the ethanol plant [s. 285.65(3), Wis. Stats.; s. NR 415.04, Wis. Adm. Code] | (1) The permittee shall evaluate the road, scale, parking and material handling area conditions on a daily basis. Other areas of the plant shall also be evaluated as needed to prevent fugitive emissions. [s. NR 415.04, Wis. Adm. Code]<br><br>(2) The permittee shall clean, sweep and remove dust material from the roads, scale, parking, material handling areas and other areas as needed to prevent fugitive dust emissions. The 'road', parking and material handling areas of the facility, shall be paved (e.g. hard surfaced: concrete or asphalt paving). [s. NR 415.04, Wis. Adm. Code]<br><br>(3) Fabric spout extensions, covered conveyors and/or other controls shall be used where practical to minimize fugitive dust. [s. NR 415.04, Wis. Adm. Code]<br><br>(4) The facility shall maintain and follow a fugitive dust plan for control of fugitive dust emissions from the facility. This plan shall be updated and submitted to the Wisconsin Department of Natural Resources; South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959 for approval within 90 days following initial operation of the ethanol facility, or upon request by the Department to address fugitive emissions. The Department may approve, conditionally approve, conditionally deny, deny or amend the plan. [ s. NR 415.04, Wis. Adm. Code]<br><br>(5) The permittee shall take precautions to prevent particulate matter from becoming | (1) Reference Test Method for Visible (Fugitive Dust) emissions: Whenever compliance emissions testing is required, US EPA Method 22 shall be used to demonstrate compliance. [s. NR 439.06(9)(b), Wis. Adm. Code]<br><br>(2) The permittee shall keep daily records of the road conditions, evaluations, cleaning, sweeping and dust removal activities. The facility shall document the protocol used to evaluate the road, scale, parking and material handling area conditions and determine when cleaning, sweeping, and dust removal are needed. [s. NR 439.04, Wis. Adm. Code]<br><br>(3) Facility shall keep copies of the fugitive dust plan at the facility available for inspection by the Department and available for use by the process operators. [s. NR 439.04, Wis. Adm. Code]<br><br>(4) If using water or chemicals for dust control, the permittee shall record:<br>   (a) The date and time of the water or chemical application, what was applied; and<br>   (b) The area(s) at the facility where water or chemicals are applied.<br>[s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(5) The facility shall maintain prints, diagrams and other documentation of the fabric spout extensions, covered conveyors and/or other controls used where practical to minimize fugitive dust. [s. NR 415.04, Wis. Adm. Code]<br><br>(6) The facility shall maintain and document procedures and practices used to assure that |

FID 111081520; Permit No. 07-DCF-003

**W. Facility Fugitive Particulate Matter Emissions (Fugitive Dust from the total facility; including F01, F02, F03, F04, F06, F07, F08)** [Conditions from 07-DCF-003]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | airborne.<br><br>(a) Such precautions shall include, but not be limited to:<br>i. Use, where possible, of water or chemicals for control of dust in construction operations.<br><br>ii. Application of asphalt, water, suitable chemicals or plastic covering on dirt roads, material stockpiles and other surfaces which can create airborne dust, provided such application does not create a hydrocarbon, odor or water pollution problem.<br>iii. Installation and use of hoods, fans and air cleaning devices to enclose and vent the areas where dusty materials are handled.<br>iv. Covering or securing of materials likely to become airborne while being moved on public roads or railroads.<br>v. The paving or maintenance of roadway areas so as not to create air pollution.<br>[s. NR 415.04, Wis. Adm. Code]<br><br>(6) The facility shall require and insure that all open grain or product trucks have the truck bed covered when leaving the facility, and when entering where practical (and if so equipped). This shall be incorporated within the fugitive dust plan. [s. NR 415.04, Wis. Adm. Code]<br><br>(7) Road surface silt loading may not exceed 3.0 g/m². [s. NR 415.04, Wis. Adm. Code]<br><br>(8) Other precautions such as truck speed limits, weight limits and/or other truck restrictions shall be applied as needed and incorporated into the fugitive dust plan. [s. NR 415.04, Wis. Adm. Code] | each open truck is covered prior to exit from the facility as well as prior to entry where practical (e.g. excludes gravity trucks). The facility shall maintain records of observations which insure that their trucking contractors comply with the requirements of b.(6). [s. NR 439.04, Wis. Adm. Code]<br><br>(7) The facility shall take samples and measure the road surface silt loading if requested by the Department. Sampling shall be conducted prior to water flushing and/or sweeping for that day. For Road Surface Silt Loading: shall be calculated in grams of silt per square meter and be determined by sweeping and vacuuming at least 0.5 pounds of material (constituting the silt fraction) from representative strips of known area of the surface, an exposed filter bag weight of at least 3 times the tared (clean / precollection) filter bag weight and establishing the 75 micron or silt fraction through the use of a 200 mesh screen, unless all of the material is presumed to be 75 micron or less (USEPA AP-42 "Compilation of Air Pollutant Emission Factors" Appendix C1 and C2), or other methods as approved by the Department in writing. [s. NR 415.02(9), and s. NR 439.04, Wis. Adm. Code]<br><br>(8) The facility shall maintain records of truck and tanker traffic (Vehicle mile traveled) and other information sufficient to determine the road dust emission factors, using the 3.0 gram / m2 silt loading limitation or a value measured that month and shall calculate the monthly fugitive dust emissions (both PM and PM₁₀). The monthly values shall be used to determine the 12 month average values. [s. NR 439.04, Wis. Adm. Code] |

DM0000794

## X. Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 1. Malodorous Emissions | (1) General Limitations. No person may allow or permit emissions into the ambient air any substance or combination of substances in such quantities that an objectionable odor is determined to result unless preventative measures satisfactory to the department are taken to abate or control such emission. [s. NR 429.03(1), Wis. Adm. Code] | (1) The permittee shall prepare and implement an odor prevention, abatement and response plan. The plan shall be submitted to the Wisconsin Department of Natural Resources, Reedsburg Area Office Air Program; P.O. Box 281; Reedsburg, WI 53959 for approval within 90 days of initial operation.  The department may approve, conditionally approve, conditionally deny, deny or amend the plan. [s. NR 426.03, Wis. Adm. Code]

(2)  If objectionable odors are determined to exist/persist as a result of process operations, the facility shall propose additional means of odor control by providing an amended odor prevention, abatement and response plan proposing the actions/controls needed to minimize the odors  (See (1)).  Any additional odor control required by the plan shall be outlined within a compliance schedule that accompanies the amended plan. [s. NR 426.03, Wis. Adm. Code]

(3)  The odor prevention and abatement plan shall include elements that require 72 hour limitations on the period that the wet cake may be stored, when the noon daily temperatures exceed 45° F. .  Operational procedures, housekeeping details, use of first-in/first out, use of food grade preservatives, etc. shall be incorporated into the plan as needed. [s. NR 426.03, Wis. Adm. Code] | (1)  OBJECTIONABLE ODOR TESTS.  An odor shall be deemed objectionable (malodorous) when either or both of the following tests are met:
(a)  Upon decision resulting from investigation by the department, based upon the nature, intensity, frequency, and duration of the odor as well as the type of area involved and other pertinent factors.
(b)  Or when 60% of a random sample of persons exposed to the odor in their place of residence or employment, other than employment at the odor source, claim it to be objectionable and the nature, intensity, frequency, and duration of the odor are considered.
[s. NR 429.03(2), Wis. Adm. Code]

(2) Facility shall maintain records and the procedures necessary to assure compliance with the odor prevention and abatement plan and shall incorporate these into the plan. [s. NR 439.04, Wis. Adm. Code]

(3)  The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the entire facility.    [s. NR 439.04(1)(d), Wis. Adm. Code]

(4) The facility shall maintain a daily record of the noon time temperature measured at the facility and records of how the wet cake is being managed (e.g storage duration, daily records of wet cake produced and wet cake shipped). [s. NR 439.04, Wis. Adm. Code] |

DM0000795

FID 111081520; Permit No. 07-DCF-003

## X.  Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | (4) Where possible, the facility shall have the facility staff make observations to determine if malodors may be occurring, and shall investigate possible malodor complaints received from the public. In the event of either, the facility, shall notify the department (Reedsburg office) of these within a day following the observation or complaint. [s. NR 426.03 and s. NR 439.03(4), Wis. Adm. Code]. | (5) The facility shall maintain records of possible malodor observations and odor complaints received by the public. [s. NR 439.04, Wis. Adm. Code] |
| 2.  Compliance Reports/Records. | (1) Upon issuance of the operation permit, the permittee shall submit periodic monitoring reports. <br><br> [s. NR 407.09(1)(c)3., Wis. Adm. Code] <br><br> (2) Upon issuance of the operation permit, the permittee shall submit periodic certification of compliance. <br><br> [s. NR 407.09(4)(a)3., Wis. Adm. Code] <br><br> (3) The records required under this permit shall be retained for at least five (5) years and shall be made available to department personnel upon request during normal business hours. <br><br> [s. NR 422.127(4)(d), s. NR 439.04, s. NR 439.05, Wis. Adm. Code] | (1) Upon issuance of the operation permit, the permittee shall submit a monitoring report which contains the results of monitoring or a summary of monitoring results required by this permit to the Department every 6 months. <br><br> (a) The time periods to be addressed by the submittal are January 1 through June 30 and July 1 through December 31. <br><br> (b) The report shall be submitted to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959 within 30 days after the end of each reporting period. <br><br> (c) All deviations from and violations of applicable requirements shall be clearly identified in the submittal. <br><br> (d) Each submittal shall be certified by a responsible official as to the truth, ac- | None Applicable. |

DM0000796

FID 111081520; Permit No. 07-DCF-003

Page 38 of 55

## X.  Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | curacy and completeness of the report. | |
| | | (e) The content of the submittal is described in item D. of Part II of the operation permit. | |
| | | [s. NR 439.03(1)(b), Wis. Adm. Code] | |
| | | (2) Upon issuance of the operation permit, the permittee shall submit an annual certification of compliance with the requirements of this permit to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959 . | |
| | | (a) The time period to be addressed by the report is the January 1 through December 31 period which precedes the report. | |
| | | (b) The report shall be submitted to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959 within 30 days after the end of each reporting period. | |
| | | (c) The information included in the report shall comply with the requirements of Part II, Section N of this permit. | |
| | | (d) Each report shall be certified by a re- | |

DM0000797

FID 111081520; Permit No. 07-DCF-003

## X. Conditions Applicable to the Entire Facility   [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | sponsible official as to the truth, accuracy and completeness of the report.<br><br>[s. NR 439.03(1)(c), Wis. Adm. Code] | |
| 3. **Malfunction Prevention and Abatement Plan.** | (1) A malfunction prevention and abatement plan shall be prepared and followed for the plant.<br><br>[s. NR 439.11, Wis. Adm. Code]<br><br>(2) All air pollution control equipment shall be operated and maintained in conformance with good engineering practices (i.e. operated and maintained according to manufacturer's specifications and directions) to minimize the possibility for the exceedance of any emission limitations.<br><br>[s. NR 439.11(4), Wis. Adm. Code]<br><br>(3) The facility shall submit the plan to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959, for review. The department may amend the plan if deemed necessary for malfunction prevention or for the reduction of excess emissions during malfunctions. | (1) The malfunction prevention and abatement plan shall be developed to prevent, detect and correct malfunctions or equipment failures which may cause any applicable emissions limitation to be violated or which may cause air pollution.<br><br>[s. NR 439.11(1), Wis. Adm. Code]<br><br>(a) This malfunction prevention and abatement plan shall include installation, maintenance and routine calibration procedures for the process monitoring and control equipment instrumentation. This plan shall require an instrumentation calibration at the frequency specified by the manufacturer, yearly or at a frequency based on good engineering practice as established by operational history, whichever is more frequent. Inspection and calibration shall also be conducted whenever instrumentation anomalies are noted.<br><br>[ss. NR 407.09(1)(c)1.c., NR 439.055(4) and s. NR 439.11, Wis. | (1) A written copy of the malfunction prevention and abatement plan shall be kept at the plant and shall be updated once every five years.<br><br>[s. NR 439.11(1), Wis. Adm. Code]<br><br>(2) The facility shall maintain an inventory of normal consumable items necessary to ensure operation of the control device(s) in conformance with the manufacturer's specifications and recommendations.<br><br>[s. NR 439.11, Wis. Adm. Code]<br><br>(3) The facility shall maintain records of the instrumentation calibrations.<br><br>[s. NR 439.04, Wis. Adm. Code]<br><br>(8) The facility shall notify the department's regional staff (Reedsburg office) of observed malfunctions of the processes or conditions which may be in violation of the permit requirements including the identity of the process, the nature of the malfunction / condition, the |

## X. Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | [s. NR 439.11(2), Wis. Adm. Code] | Adm. Code]<br><br>(b) The malfunction prevention and abatement plan shall require a copy of the operation and maintenance manual for the control equipment to be maintained on site. The plan shall contain all of the elements in s. NR 439.11(1)(a) – (h), Wis. Adm. Code.<br><br>[s. NR 439.11, Wis. Adm. Code] | date and duration of the observed malfunction / condition. This notification shall be provided electronically (e-mail) and in writing, within the next day following the initial occurrence of the malfunction / condition. [s. NR 439.03(4), Wis. Adm. Code] |
| 4.  **Stack Testing Requirements.** | (1) If the compliance emission test(s) cannot be conducted within the time frames specified in this permit, the permit holder may request and the Department may approve, in writing, an extension of time to conduct the test(s).<br><br>[s. NR 439.07, Wis. Adm. Code]<br><br>(2) All testing shall be performed with the emissions unit operating at capacity or as close to capacity as practicable and in accordance with approved procedures. If operation at capacity is not feasible, the source shall operate at a capacity level which is approved by the Department in writing.<br><br>[s. NR 439.07(1), Wis. Adm. Code]<br><br>(3) The Department shall be informed at least 20 working days prior to any stack testing | (1) Emission tests of control devices and/or process emissions shall be conducted upon request by the department. [s. NR 439.03, and s. NR 439.06, Wis. Adm. Code] | (1) The facility shall maintain records of the results of testing conducted by the facility. [s. NR 439.04, Wis. Adm. Code]. |

FID 111081520; Permit No. 07-DCF-003

## X. Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | so a Department representative can witness the testing. At the time of notification, a compliance emission test plan shall also be submitted to the Department for approval. When approved in writing, an equivalent test method may be substituted for the reference test method. The notification and test plan shall be submitted to the Wisconsin Department of Natural Resources South Central Region Air Program, Reedsburg Area Office, PO Box 281, Reedsburg, WI, 53959. [ss. NR 439.07(1), 439.07(2), Wis. Adm. Code] (4) Two copies of the report on the tests shall be submitted to the Department for evaluation within 60 days following the tests. [s. NR 439.07(9), Wis. Adm. Code] (5) VOC emission rate limits within the permit refers to the overall mass emission rate of all species of VOCs emitted and are not limited to the VOCs as measured by Method 25 or 25A, referred to as "VOCs as carbon," which may exclude the mass of some of the emissions. [s. 285.65(3), Wis. Stats.] | | |

DM0000800

## X. Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| **5. Supersedes.** | (1) The construction permit 06-DCF-166 supersedes permit no. 02-RV-166 and represents the applicable limits that apply to the facility upon commencement of construction. Note that the monitoring reporting and compliance certification requirements of the current operation permit remain in effect until the current permit is superseded or revoked. [s. 285.65(3), Wis. Stats. and s. 285.65(7), Wis. Stats.] | None Applicable. | None Applicable. |
| **6. Synthetic Minor Limitations** | (1) Total Ethanol production (200 proof equivalent including associated organics, prior to denaturing) from the facility may not exceed 4.167 million gallons per month (averaged over 12 consecutive months). Prior to the first 12 months of operation, the averaging shall be conducted over the number of months since initial operation.: [s. 285.65(3) and (7), Wis. Stats.; s. NR 406.10, Wis. Adm. Code] | (1) This shall be calculated according to:<br><br>$P (avg.) = \Sigma\, Pi\, /\, n$<br><br>where the summation is from 1 to n where n= months since initial operation, not to exceed n=12. Pi is the production in the ith month (in gallons of 200 proof equivalent Ethanol, including associated organics), for the most recent (up to 12) months. The facility may use calendar or accounting months, but may not change the basis selected without approval from the Department.<br><br>[s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code] | (1) The facility shall maintain records of the total amount Ethanol produced (gallons of 200 proof equivalent including associated organics, prior to denaturing) by this facility on a monthly basis and the calculated monthly average Ethanol production. The facility shall include any off specification production within the total, but this may be adjusted to the total mass of Ethanol and associated organics produced (not the water fraction). [s. NR 439.04, Wis. Adm. Code] |

FID 111081520; Permit No. 07-DCF-003

## X. Conditions Applicable to the Entire Facility    [Conditions from 06-DCF-166]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| 7. Additional Stack Requirements, applicable to all stacks noted as vertical / unobstructed stacks and other conditions associated with modeling | (1) For those stacks that are not inherently vertical / unobstructed, the permittee shall install appropriate mechanical system to open / remove the rain hats on stacks that have rain hats when the processes are operating, and which insure that the stack discharges vertically. The permittee shall let the South Central Regional, Reedsburg Service Center, P. O. Box 281, Reedsburg, WI 53959 know in writing when the mechanical systems on all the existing stacks are in place or of any changes to the existing systems. The permittee will install mechanical systems to open the rain hat on all new stacks and silos. The permittee shall keep and maintain appropriate records of installation of mechanical systems on the stacks and silos. [s. 285.65(3), Wis. Stats.s. NR 406.10, Wis. Adm. Code]<br><br>(2) In the absence of the mechanical system in place, the permittee shall manually remove the rain hats when the processes are in operation.[s. 285.65(3), Wis. Stats.; s. NR 406.10, Wis. Adm. Code<br><br>(3) The facility shall install, and maintain fences / physical barriers / gates with sufficient supervision that assure that the general public is excluded from the area enclosed by the fences noted on the plot plan (as a portion of the permit application).[11] [s. 285.65(3), Wis. Stats., s. NR 406.10, and s. NR 439.06(3)(a), Wis. Adm. Code] | (1) Refer to I.X.7.c. | (1) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the stack parameters, including information / documentation associated with mechanical systems and/or removable rain hats. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(2) The facility shall conduct daily inspections and maintain associated records for each mechanical system to open / remove obstructions from the stacks, and for each manually removed rainhat. These records shall include the status of the stack, whether the process is in operation, the date / time of the observation, and the observers name. [s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(3) The permittee shall keep and maintain on site technical drawings, blueprints or equivalent records of the fences and other barriers at the facility. The facility shall also maintain records of practices / procedures that assure that the facility fences / barriers / gates are supervised to restrict public access to the facility enclosure. [s. NR 439.04(1)(d), Wis. Adm. Code] |

[11] The applicant relied upon use of fences and other physical barriers (e.g. buildings), to restrict access to the facility such that these areas were not considered "ambient air." The facility will be required to assure that the fences and other physical barriers are installed, and supervised to assure that the general public is excluded from the contained areas.

DM0000802

FID 111081520; Permit No. 07-DCF-003

Page 44 of 55

ZZZ.   Conditions Applicable to the Entire Facility. [Conditions from 07-DCF-003]

| | Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|---|
| 1. | Federal Hazardous Air Pollutants (Federal HAPs). | (1) No person may cause, allow or permit the combined individual monthly average emission of any federal hazardous air pollutant (federal HAP) emitted, as identified in Section 112(b) of the Clean Air Act [42 USC 7412(b)], to exceed 1,666 pounds per month, averaged over any 12 consecutive calendar months.<br><br>[s. 265.65(7), Wis. Stats. (Elected Condition/Avoid MACT]<br><br>(2) No person may cause, allow or permit the combined monthly average emission of all federal hazardous air pollutants (federal HAPs) emitted each month, as identified in Section 112(b) of the Clean Air Act (42 USC 7412(b)), to exceed 4,166 pounds per month, averaged over any 12 consecutive calendar months.<br><br>[s. 265.65(7), Wis. Stats. (Elected Condition/Avoid MACT]] | (1) The permittee shall determine, either analytically or through the use of published literature (e.g., MSDS or AP-42) and good engineering practices, for each material used or applied (e.g., fuels, coatings, thinning agents and cleanup solvents), the identity of all federal HAPs present or emitted, as identified in Section 112(b) of the Clean Air Act, and the maximum concentrations or emission rates of these HAPs.<br><br>[s. NR 407.09(4)(a)3.b., Wis. Adm. Code]<br><br>(2) The permittee shall determine monthly the combined monthly average emission of each federal HAP emitted, in units of pounds per month, averaged over the 12 most recent consecutive calendar months.<br><br>[s. NR 407.09(4)(a)3.b., Wis. Adm. Code] | (1) Whenever any hazardous air pollutant concentration or emission rate testing of any material (e.g., ink, coating, thinning agent or cleanup solvent) is required for demonstrating compliance, the permittee shall use a test method and testing protocol approved by either the US EPA or the Department.<br><br>[ss. NR 407.09(1)(c)1.a. & 4(a)1. and NR 439.06(8), Wis. Adm. Code]<br><br>(2) Recordkeeping and monitoring are not required for any emission unit or operation that does not have the potential to violate the emission limitation under normal operating conditions.<br><br>[ss. 285.65(3) and 285.63(4)(b), Wis. Stats.] |
| 2. | State Hazardous Air Pollutants (State HAPs). | (1) No owner or operator of a source may cause, allow or permit emissions of a hazardous air contaminant listed in Table A of s. NR 445.07, Wis. Adm. Code, in such quantity or concentration or for such duration as to cause an | (1) The permittee may only burn Group 1 virgin fossil fuels (Natural gas, propane, distillate #2 and diesel fuel oil) when firing any fuel combustion sources. | (1) Whenever any hazardous air pollutant concentration or emission rate testing of any material is required for demonstrating compliance, the permittee shall use a test method and testing protocol approved by either the |

DM0000803

FID 111081520; Permit No. 07-DCF-003

ZZZ.    Conditions Applicable to the Entire Facility.  [Conditions from 07-DCF-003]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | ambient air concentration of the contaminant off the source property that exceeds the concentration in column (g) of Table A for the contaminant.<br><br>[s. NR 445.07(1)(a), Wis. Adm. Code]* | [s. NR 407.09(4)(a)3.b., Wis. Adm. Code]*<br><br>(2) When the permittee elects to significantly change the existing operation (e.g., raw material or product change or production capacity increase), the permittee shall determine, either analytically or through the use of technical calculations, the facility's new or increased potential emissions of any state hazardous air pollutant (State HAP) emitted, assuming maximum operation conditions.<br><br>[s. NR 407.09(4)(a)3.b., Wis. Adm. Code]*<br><br>(3) The permittee shall determine if the facility's new or increased potential emission rate of any State HAP exceeds the applicable published de minimus value in Table A of s. NR 445.07, Wis. Adm. Code.<br><br>[s. NR 407.09(4)(a)3.b., Wis. Adm. Code]*<br><br>(4) When the facility's new or increased potential emission rate of any State HAP exceeds a published de minimus | US EPA or the Department.<br><br>[ss. NR 407.09(1)(c)1.a. & 4(a)1. and NR 439.06(8), Wis. Adm. Code]<br><br>(2) Recordkeeping and monitoring are not required for any applicable requirement where the facility does not have the potential to violate the emission limitations under normal operating conditions. The facility does not presently have the potential to emit, under normal operation conditions, any State HAP at an emission rate that has been determined to be injurious.<br><br>[ss. 285.65(3) and 285.63(4)(b), Wis. Stats.]* |

FID 111081520; Permit No. 07-DCF-003

**ZZZ.    Conditions Applicable to the Entire Facility.  [Conditions from 07-DCF-003]**

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | value, the permittee shall evaluate the impact of the pollutant's emission and determine if any additional action needs to be taken to protect the ambient air quality standard.<br><br>[s. NR 407.09(4)(a)3.b., Wis. Adm. Code]* | |
| 3.  Violations. | (1)  Any owner or operator who fails to construct a stationary source in accordance with the application as approved by the Department; any owner or operator who fails to construct and operate a stationary source in accordance with conditions imposed by the department under s. 285.65, Stats.; any owner or operator who modifies a stationary source in violation of conditions imposed by the department under s. 285.65, Stats.; or any owner or operator who commences construction or modification of a stationary source without applying for and receiving a permit as required under ch. NR 406, Wis. Adm. Code, shall be considered in violation of s. 285.60, Stats.   [s. NR 406.10, Wis. Adm. Code] | | |
| 4.  Supercedes, Revises / Modifies | (1)  The construction permit 07-DCF-003 revises / modifies the permit no. 06-DCF-166 and represents the applicable limits that apply to the facility for the modified sources upon permit issuance. See specific requirements within the individual process unit sections for individual limitations and | | |

FID 111081520; Permit No. 07-DCF-003

**ZZZ.    Conditions Applicable to the Entire Facility.  [Conditions from 07-DCF-003]**

| Condition Type | a.  Limitations | b.  Compliance Demonstration | c.  Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | ZZZ.6., for when they become effective. [s. 285.65(3), Wis. Stats. and s. 285.65(7), Wis. Stats.] | | |
| 5.  Compliance Reports/Records. | (1) Except as provided under ZZZ.6.a.(7), upon issuance of the operation permit, the permittee shall submit periodic monitoring reports.<br><br>[s. NR 407.09(1)(e)3., Wis. Adm. Code] | (1) The permittee shall submit a monitoring report which contains the results of monitoring or a summary of monitoring results required by this permit to the Department every six (6) months.<br><br>(a) The time periods to be addressed by the submittal January 1 to June 30 and July 1 to December 31. | |
| | (2) Except as provided under ZZZ.6.a.(7), upon issuance of the operation permit, the permittee shall submit periodic certification of compliance.<br><br>[s. NR 407.09(4)(a)3., Wis. Adm. Code] | (b) The report shall be submitted to the Wisconsin Department of Natural Resources, South Central Region Air Program, Reedsburg Area Office within 30 days after the end of each reporting period. | |
| | (3) The records required under this permit shall be retained for at least five (5) years and shall be made available to department personnel upon request during normal business hours.<br><br>[s. NR 439.04, s. NR 439.05, Wis. Adm. Code] | (c) All deviations from and violations of applicable requirements shall be clearly identified in the submittal.<br><br>(d) Each submittal shall be certified by a responsible official as to the truth, accuracy and completeness of the report.<br><br>(e) The content of the submittal is described in item D. of Part II of the | |

DM0000806

FID 111081520; Permit No. 07-DCF-003

**ZZZ.**    Conditions Applicable to the Entire Facility.    [Conditions from 07-DCF-003]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | | operation permit.<br><br>[ss. NR 407.09(1)(c)3. & NR 439.03(1)(b), Wis. Adm. Code]<br><br>(2) The permittee shall submit an annual certification of compliance with the requirements of this permit to the Wisconsin Department of Natural Resources, South Central Region Air Program, Reedsburg Area Office.<br><br>(a) The time period to be addressed by the report is January 1 to December 31 of the preceding year.<br><br>(b) The report shall be submitted to the Wisconsin Department of Natural Resources and the US EPA within 45 days after the end of each reporting period.<br><br>(c) The information included in the report shall comply with the requirements of Part II, Section N of this permit.<br><br>(d) Each report shall be certified by a responsible official as to the truth, accuracy and completeness of the report.<br><br>[ss. NR 407.09(4)(a)3. & NR | |

DM0000807

FID 111081520; Permit No. 07-DCF-003

ZZZ.    Conditions Applicable to the Entire Facility.  [Conditions from 07-DCF-003]

| | Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|---|
| 6. | Construction Permit 07-DCF-003 Transitional Language | **(1) Notifications.** The permittee shall inform the Department of the following dates:<br><br>(a) The date construction / modification commences on any new or modified emission unit(s) addressed in Permit 07-DCF-003.<br><br>(b) The date the modified emission unit(s) (P16, P20) becomes operational.<br><br>(c) The date new emission unit(s) (B04, B05, B06, P30, P31, P32, P33, P34, P35, P36, P37, P38, P39, , P40, P41, , P42, P43, P44, P45, P46, P47, P48, P49, P50, P52, P53, P54, P55, P56, P57, F03, F04, F05, F07, F08, T01, T02, T03, T04, T05), becomes operational.<br><br>For purposes of this permit, "operational" shall be defined as the first time of any process related air contaminant is emitted into the ambient air.<br><br>[s. NR 439.03(1), Wis. Adm. Code] | 439.03(1)(c), Wis. Adm. Code]<br><br>(1) Notifications. The permittee shall submit to the Department of Natural Resources, South Central Region Air Program, Reedsburg Area Office in writing, within 15 days of the date the event, the following:<br><br>(a) The date construction commences on the any new or modified emission unit(s) addressed in Permit 07-DCF-003.<br><br>(b) The date the modified emission unit(s) (P10/P12S, P16, P20) becomes operational. .<br><br>(c) The date new emission unit(s) (B04, B05, B06, P30, P31, P32, P33, P34, P35, P36, P37, P38, P39 , P40, P41, , P42, P43, P44, P45, P46, P47, P48, P49, P50, P52, P53, P54, P55, P56, P57, F03, F04, F05, F07, F08, T01, T02, T02, T03, T04, T05), becomes operational.<br><br>[s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>**(2) Malfunction Prevention and Abatement Plan.** The owner or operator shall update the facility's | None Applicable. |

*FID 111081520; Permit No. 07-DCF-003*

**ZZZ.    Conditions Applicable to the Entire Facility.  [Conditions from 07-DCF-003]**

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | **(2) Construction Authorization Expiration.** The Authorization to Construct, under Construction Permit 07-DCF-003 expires 18 months after the date of issuance. Construction or modification and an initial operation period for equipment shakedown, testing and Department evaluation of operation to assure conformity with the permit conditions is authorized for each emissions unit covered in this permit. Please note that the sources covered by this permit are required to meet all emission limits and conditions contained in the permit at all times, including during the initial operation period. If 18 months is an insufficient time period for construction or modification, equipment shakedown, testing and Department evaluation of operation, the permit holder may request and the Department may approve in writing an extension of this permit. The conditions of the construction permit are permanent, unless revised, superseded or revoked.<br><br>**[ss. 285.60(1)(a)2. and 285.66(1), Wis. Stats., and s. NR 406.12, Wis. Adm. Code]** | Malfunction Prevention and Abatement Plan to include the modified emission unit (P16, P20) and the new emission units (B04, B05, B06, P30, P31, P32, P33, P34, P35, P36, P37, P38, P39, , P40, P41, , P42, P43, P44, P45, P46, P47, P48, , P49, P50, P52, P53, P54, P55, P56, P57, F03, F04, F05; F07, F08, T01, T02, T03, T04, T05) within 60 days of the date each unit becomes operational.<br><br>**[s. NR 439.11(1), Wis. Adm. Code]**<br><br>(3) **Emission Stack Testing.** Upon completion of any required compliance emission tests of the modified emission unit and the new emission units, the permittee shall submit to the Department of Natural Resources, South Central Region Air Program, Reedsburg Area Office two copies of the report on the tests for evaluation within 60 days of the date the tests were completed.<br><br>**[s. NR 439.04(1)(d), Wis. Adm. Code]** | |

DM0000809

FID 111081520; Permit No. 07-DCF-003

Page 51 of 55

ZZZ.    Conditions Applicable to the Entire Facility.  [Conditions from 07-DCF-003]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | (3) **Modified Emission Unit(s).** For P20 and P16 (respectively) The permittee shall operate under the conditions in I.R. and I.S. until the unit is modified and operational. Once modified and operational, P16 and P20 shall comply with the revised conditions in Section I.R'., and I.S' or I.S'' (of the construction permit 07-DCF-003) if installing a total enclosure around the grain dryer. The date of transition shall be the same date the modified unit becomes operational. The facility ambient monitoring and fugitive dust requirements (I.U., W.), the requirements for P10/P12S; P11/P12N (I.L., I.M.) and P21/P22/P23 (I.O.) become effective upon permit issuance. [s. NR 439.03(1), Wis. Adm. Code] (4) **New Emission Unit(s)** (B04, B05, B06, P30, P31, P32, P33, P34, P35, P36, P37, P38, P39 , P40, P41, , P42, P43, P44, P45, P46, P47, P48, P49, P50, P52, P53, P54, P55, P56, P57, F03, F04, F05, F07, F08, T01, T02, T02, T03, T04, T05). Once constructed and initially operating, the new sources shall operate under the | (4) **Submittal of Compliance Testing Information and other updates.** The permittee shall submit to the department any updates of the permit application. Updates are required if any changes that occur which are not specified or described in the plans and specifications dated January 8, 2007; February 1, 2007 and February 15, 2007,. The updates shall be made within 60 days of the date of the change. Other information to be submitted shall include the notification requirements and stack tests results. The continued operation of the modified and new emission units addressed in this construction permit are prohibited once the authorization to construct expires per Condition ZZZ.6.a.(2), unless any required updates have been submitted and the permittee has satisfied the notification requirements of Condition ZZZ.6.b.(1). [s. NR 439.04(1)(d), Wis. Adm. Code] (5) **Submittal of Malfunction Prevention and Abatement Plan.** The permittee shall update the facility's Malfunction Prevention and Abatement | |

DM0000810

ZZZ.   Conditions Applicable to the Entire Facility. [Conditions from 07-DCF-003]

| Condition Type | a.   Limitations | b.   Compliance Demonstration | c.   Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | respective conditions in Section I., (of the construction permit 07-DCF-003).<br><br>[s. NR 439.03(1), Wis. Adm. Code]<br><br>(5)  **Malfunction Prevention and Abatement Plan.** The permittee shall update the facility's Malfunction Prevention and Abatement Plan to include the operation and maintenance of the control equipment associated with the modified emission unit(s) (P16, P20) and the new emission unit(s) (B04, B05, B06, P30, P31, P32, P33, P34, P35, P36, P37, P38, P39, , P40, P41, , P42, P43, P44, P45, P46, P47, P48, , P49, P50, P52, P53, P54, P55, F03, F04, F05, F07, F08, T01, T02, T02, T03, T04, T05). The malfunction prevention and abatement plan shall include provisions for application of black light / fluorescent power and / or other appropriate baghouse inspection techniques that shall be used upon request of the Department.  The facility shall also incorporate routine inspections of the baghouses into the plan:  Internal inspection shall be conducted on a monthly basis or more frequently upon request of the Department. | Plan to include the operation and maintenance of the control equipment associated with any new and modified emission unit(s).<br><br>[s. NR 439.04(1)(d), Wis. Adm. Code]<br><br>(6)  All submittals described in this permit shall be made in writing and include the name of the facility, the facility's address, the construction permit number and a description of the affected emission unit(s).<br><br>[s. NR 439.04(1)(d), Wis. Adm. Code] | |

DM0000811

FID 111081520; Permit No. 07-DCF-003

ZZZ.   Conditions Applicable to the Entire Facility.   [Conditions from 07-DCF-003]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | [s. NR 439.11, Wis. Adm. Code]<br><br>(6) **Emission Stack Testing.** The permittee shall conduct compliance emission stack tests of modified emission unit(s) and new emission unit(s) for particulate matter emissions, volatile organic compound emissions, nitrogen oxides, and carbon monoxide for the pollutants and within the timeframes specified within the respective permit sections following the date these units become operational.<br><br>(a) If compliance emission test(s) cannot be conducted within the time frames specified, the permit holder may request and the Department may approve, in writing, an extension of time to conduct the test(s).<br><br>(b) All testing shall be performed with the emissions unit operating at capacity or as close to capacity as practicable and in accordance with approved procedures. If operation at capacity is not feasible, the source shall operate at a capacity level which is approved by the Department in writing.<br><br>(c) The Department shall be informed at | | |

DM0000812

FID 111081520; Permit No. 07-DCF-003

**ZZZ.** Conditions Applicable to the Entire Facility. [Conditions from 07-DCF-003]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | least 20 working days prior to any stack testing so a Department representative can witness the testing. At the time of notification, a compliance emission test plan shall also be submitted to the Department for approval. When approved in writing, an equivalent test method may be substituted for the reference test method.<br><br>[s. NR 439.07, Wis. Adm. Code]<br><br>(7) **Compliance Reports/Records.** The permittee shall submit periodic monitoring reports and certification of compliance as required by s. ZZZ.5.a.(1) and (2) for any modified and new emission unit for the period when that unit becomes operational. Note that compliance monitoring and reporting requirements and limitations of any unmodified units remain in effect.<br><br>[s. NR 407.09(1)(c)3, and s. NR 407.09(4)(a)3, Wis. Adm. Code]<br><br>(8) **Completion of Operation Permit Application.** The permittee shall update the permit application if any changes occur which are not specified | | |

FID 111081520; Permit No. 07-DCF-003

**ZZZ.** Conditions Applicable to the Entire Facility. [Conditions from 07-DCF-003]

| Condition Type | a. Limitations | b. Compliance Demonstration | c. Reference Test Methods, Recordkeeping and Monitoring Requirements |
|---|---|---|---|
| | or described in the plans and specifications approved under construction permit 07-DCF-003.<br><br>[NR 407.04(1)(b), Wis. Adm. Code] | | |

BEFORE THE DEPARTMENT OF NATURAL RESOURCES
AIR MANAGEMENT PROGRAM
FINDINGS OF FACTS
CONCLUSIONS OF LAW
AND DECISION

### Findings of Fact

The Department of Natural Resources (DNR) finds that:

1) Didion Milling, Inc., 501 South Williams Street, Cambria, Columbia County, Wisconsin, has applied for an air pollution control construction permit. The authorized representative of the facility is Mr. Dow Didion , President.

2) Didion Milling, Inc. submitted an air pollution control permit application and plans and specifications and any additional information describing the air pollution source on January 08, 2007 (application received), February 01, 2007; February 20, 2007, March 22, 2007, April 30, 2007, June 13, 2007.

3) DNR has reviewed Didion Milling, Inc.'s air permit application, plans, specifications and other information available to DNR.

4) DNR has prepared an analysis and a Preliminary Determination on the approvability of the permit application.

5) This permit is for the modification of an air pollution source.

6) DNR has complied with the procedures set forth in s. 285.61, Wis. Stats.

7) The proposed air pollution source meets all of the applicable criteria in s. 285.63, Wis. Stats.

8) The DNR has received comments and these were considered in making the final decision.

9) DNR has complied with the requirements of s. 1.11, Wis. Stats., and ch. NR 150, Wis. Adm. Code.

### Conclusions of Law

DNR concludes that:

1) DNR has authority under s. 285.11(1), Wis. Stats., to promulgate rules contained in chs. NR 400 to 499, Wis. Adm. Code, including but not limited to rules containing emission limits, compliance schedules and compliance determination methods.

2) DNR has the authority under ss. 285.11(1), (5) and (6), 285.27 (1) and (2) and 285.65, Wis. Stats., and chs. NR 400 to 499, Wis. Adm. Code, to establish emission limits for sources of air pollution.

3) DNR has the authority to issue air pollution control permits and to include conditions in such permits under ss. 285.60, 285.61, 285.63 and 285.65, Wis. Stats.

4) The emission limits and other conditions included in this permit are authorized by ss. 285.65, Wis. Stats., and chs. NR 400 to 499, Wis. Adm. Code.

5) DNR is required to comply with s. 1.11, Wis. Stats., and ch. NR 150, Wis. Adm. Code, in conjunction

with issuing an air pollution control permit.

## Construction Permit Decision

Didion Milling, Inc. is authorized to modify and initially operate grain dryer, construction of additional DDGS silos and grain toaster as described in plans and specifications dated January 08, 2007 (application received), February 01, 2007; February 20, 2007, March 22, 2007, April 30, 2007, June 13, 2007, in conformity with the emission limits, monitoring, recordkeeping and reporting requirements and specific and general conditions set forth in this permit.

DM0000816

**PART II**
**General Permit Conditions For Construction Permits**
**Issued To Direct Stationary Sources**

**A. Scope**

This permit is valid only for the structure, building, facility, equipment or operation specifically identified herein. All emissions authorized hereby shall be in compliance with the terms and conditions of Parts I and II of this permit. [s. 285.60(7), Wis. Stats.]

**B. Emissions Prohibited**

Unless the Department has approved an exception under s. NR 436.03(2), no person may cause, allow, or permit emissions of any air contaminant into the ambient air in excess of the limits set in chs. NR 400 to 499, Wis. Adm. Code. [s. NR 436.03(1), Wis. Adm. Code]

**C. General Emission Limits**

1. No person may cause, allow, or permit particulate matter to be emitted into the ambient air which substantially contributes to exceeding of an air standard, or creates air pollution. [s. NR 415.03, Wis. Adm. Code]

2. No person may cause, allow, or permit any materials to be handled, transported, or stored without taking precautions to prevent particulate matter from becoming airborne. Nor may a person allow a structure, a parking lot, or a road to be used, constructed, altered, repaired, sand blasted or demolished without taking such precautions. Such precautions shall include, but not be limited to the following [s. NR 415.04, Wis. Adm. Code]:

    a. Use, where possible, of water or chemicals for control of dust in the demolition of existing buildings or structures, or construction operations.

    b. Application of asphalt, oil, water, suitable chemicals, or plastic covering on dirt roads, material stockpiles, and other surfaces which can create airborne dust, provided such application does not create a hydrocarbon, odor, or water pollution problem.

    c. Installation and use of hoods, fans and air cleaning devices to enclose and vent the areas where dusty materials are handled.

    d. Covering or securing of materials likely to become airborne while being moved on public roads, railroads, or navigable waters.

    e. Conduct of agricultural practices such as tilling of land or application of fertilizers in such manner as not to create air pollution.

    f. The paving or maintenance of roadway areas so as not to create air pollution.

3. No person may cause, allow or permit emission of sulfur or sulfur compounds into the ambient air which substantially contribute to the exceeding of an air standard or cause air pollution. [s. NR 417.025, Wis. Adm. Code]

4. No person may cause, allow or permit organic compound emissions into the ambient air which substantially contribute to the exceeding of an air standard or cause air pollution. [s. NR 419.03(1), Wis. Adm. Code]

5. No person may cause, allow or permit the disposal of more than 5.7 liters (1.5 gallons) of any liquid Volatile Organic Compound (VOC) waste, or of any liquid, semisolid or solid waste materials containing more than 5.7 liters (1.5 gallons) of any VOC, in any one day from a facility in a manner that would permit their evaporation into the ambient air during the ozone season. This includes, but is not limited to, the disposal of VOC which must be removed from VOC control devices so as to maintain the control devices at their required operating efficiency. Disposal during the ozone season shall be by methods approved by the Department, such as incineration, recovery for reuse, or transfer in closed containers to an acceptable

disposal facility, such that the quantity of VOC which evaporates into the ambient air does not exceed 15% (by weight) or 5.7 liters (1.5 gallons) in any one day, whichever is larger. [s. NR 419.04, Wis. Adm. Code]

6.  No person may cause, allow or permit emissions of carbon monoxide to the ambient air which substantially contribute to the exceeding of an air standard or cause air pollution. [s. NR 426.03, Wis. Adm. Code]

7.  No person may cause, allow or permit emissions into the ambient air of lead or lead compounds which substantially contribute to the exceeding of an air standard or air increment, or which create air pollution. [s. NR 427.025, Wis. Adm. Code]

8.  No person may cause, allow, or permit nitrogen oxides or nitrogen compounds to be emitted to the ambient air which substantially contribute to the exceeding of an air standard or cause air pollution. [s. NR 428.03, Wis. Adm. Code]

9.  No person may cause, allow or permit emission into the ambient air of any substance or combination of substances in such quantities that an objectionable odor is determined to result unless preventive measures satisfactory to the Department are taken to abate or control such emission. [s. NR 429.03(1), Wis. Adm. Code]

10. Open burning is prohibited except as provided in s. NR 429.04, Wis. Adm. Code. [s. NR 429.04, Wis. Adm. Code]

11. No person may cause, allow or permit emissions into the ambient air from any direct or portable source in excess of one of the limits specified in ch. NR 431, Wis. Adm. Code. Where the presence of uncombined water is the only reason for failure to meet the requirements of ch. NR 431, Wis. Adm. Code, such failure is not a violation of the chapter. [s. NR 431.03, Wis. Adm. Code]

12. No person may cause, allow, or permit emissions into the ambient air of any hazardous substance in such quantity, concentration, or duration as to be injurious to human health, plant or animal life unless the purpose of that emission is for the control of plant or animal life. Hazardous substances include, but are not limited to, hazardous air contaminants listed in Tables 1 to 4 of s. NR 445.04, Wis. Adm. Code. [s. NR 445.03, Wis. Adm. Code]

13. Chapter NR 447, Wis. Adm. Code, applies to all air contaminant sources which may emit asbestos, to their owners and operators and to any person whose action causes the emission of asbestos to the ambient air, including demolition and renovation activities. Chapter NR 447, Wis. Adm. Code, establishes emission limitations for asbestos air contaminant sources, establishes procedures to be followed when working with asbestos materials and contains additional reporting and record keeping requirements for owners or operators of asbestos air contaminant sources in order to protect air quality. [ch. NR 447, Wis. Adm. Code]

14. When the department requires instrumentation to monitor the operation of air pollution control equipment, or to monitor source performance, the instrument shall measure operational variables with the following accuracy: [s. NR 439.055(3), Wis. Adm. Code]

    a.  The temperature monitoring device shall have an accuracy of 0.5% of the temperature being measured in degrees Fahrenheit or ±5°F of the temperature being measured, or the equivalent in degrees Celsius (centigrade), whichever is greater.

    b.  The pressure drop monitoring device shall be accurate to within 5% of the pressure drop being measured or within ±1 inch of water column, whichever is greater.

    c.  The current, voltage, flow or pH monitoring device shall be accurate to within 5% of the specific variable being measured.

15. All instruments used for measuring source or air pollution control equipment operational variables shall be calibrated yearly or at a frequency based on good engineering practice as established by operational history, whichever is more frequent. [s. NR 439.055(4), Wis. Adm. Code]

**D. Reporting Requirements**

1. The Department shall be notified of the following events:

| Event | Timing |
|---|---|
| a. Hazardous substance air spill | Immediate call: 1-800-943-0003 |
| b. Malfunction or other unscheduled event which causes or may cause any emission limitation to be exceeded [except certain visible emission limit exceedances – see s. NR 439.03(4), Wis. Adm. Code]. | Notification by next business day of any such event at the source which is not reported in advance to the Department. Report the cause and duration of the exceedance, the period of time considered necessary for correction, and measures taken to minimize emissions during the period |
| c. Deviation from any other condition specified in this permit. | Notification by next business day identifying the deviation, cause, duration and steps taken to prevent recurrence. |

[ss. 292.11(2) and 285.65(10), Wis. Stats., and ss. NR 439.03(4) and 445.08, Wis. Adm. Code]

2. The permittee shall report to the Department, in advance, schedules for planned shutdown and startup of air pollution control equipment and the measures to be taken to minimize the down time of the control equipment while the source is operating. Scheduled maintenance or any other scheduled event, including startup, shutdown or sootblowing procedures which have been approved by the Department under s. NR 436.03(2)(b), which causes an emission limit to be exceeded shall also be reported in advance to the Department. Advance reporting pursuant to this permit condition does not relieve any person from the duty to comply with any applicable emission limitations. [s. NR 439.03(6), Wis. Adm. Code]

3. Except for information determined to be confidential under s. 285.70(2), Wis. Stats., any information or reports obtained by the Department in the administration of ss. 285.01 to 285.87 and 299.15, Wis. Stats., will be available for public inspection at the offices of the Department. [s. 285.70(1), Wis. Stats.]

**E. Right of Entry and Inspection**

The permittee shall allow authorized representatives of the Department to enter upon the permittee's premises at any reasonable time, to have access to and examine any record relating to emissions or required to be kept, and to make any inspection necessary to ascertain compliance with air pollution control laws and the terms of this permit. The Department may, for the purpose of determining a source's compliance with applicable requirements, sample or monitor at reasonable times production materials or other substances or operational parameters. [ss. 285.13(6) and 285.19, Wis. Stats., and s. NR 439.05, Wis. Adm. Code]

**F. Malfunction Prevention and Abatement Plans**

The owner or operator of any direct or portable source which may emit hazardous substances or emits more than 15 pounds in any day or 3 pounds in any hour of any air contaminant for which emission limits have been adopted shall prepare a written malfunction prevention and abatement plan to prevent, detect, and correct malfunctions or equipment failures which may cause any applicable emission limitation to be violated or which may cause air pollution. Any such plan shall be carried out by the owner or operator. The plan shall be updated at least every 5 years. The Department may require the plan to be submitted for review and approval. [s. NR 439.11, Wis. Adm. Code]

**G. Emission Control Action Plan**

For source(s) covered by this permit which emit 0.25 tons or more per day of any air contaminant for which air standards have been adopted, the permittee shall prepare an emission control action program, consistent with good industrial practice and safe operating procedures, for reducing the emission of air contaminants into the outdoor atmosphere during periods of an air pollution alert, air pollution warning or air pollution emergency declared under s. NR 493.03(2), Wis. Adm. Code. The emission control action

program shall be in writing, available on the premises and is subject to review and approval by the Department on request. [s. NR 493.04, Wis. Adm. Code]

**H.  Construction, Reconstruction, Replacement, Relocation or Modification**

1.  Unless the replacement is authorized by a permit or is exempt under s. NR 406.04, Wis. Adm. Code, replacement of the source(s) covered by this permit is prohibited. [s. 285.60(1)(a), Wis. Stats.]

2.  No person may commence construction, reconstruction, replacement, relocation or modification of a stationary source unless the person has a construction permit for the source or unless the source is exempt from the requirement to obtain a permit under s. 285.60(5), Wis. Stats., or under ch. NR 406, Wis. Adm. Code. Applications for the construction permit shall be submitted on forms which are available from the Department at its Madison headquarters and district offices. [s. 285.60(1)(a), Wis. Stats.]

    Note: The address of Madison headquarters is: Wisconsin Department of Natural Resources, Bureau of Air Management, PO Box 7921, Madison, WI 53707, Attention: Permit Application Forms

3.  For new or modified sources for which no construction permit is required, the application for an operation permit shall be filed before the source commences construction or modification. [s. NR 407.04, Wis. Adm. Code]

**I.  Payment of Construction Permit Application Fees**

Any person who obtains a construction permit shall pay the application fee within thirty days of the date of the billing statement. [s. NR 410.03(4), Wis. Adm. Code]

**J.  Construction Permit Revision, Suspension, and Revocation**

A construction permit may be suspended, revoked or revised, in whole or in part, for cause. [s. NR 406.11, Wis. Adm. Code]

**K.  Circumvention**

1.  The installation or use of any article, machine, equipment, process, or method which conceals an emission which would otherwise constitute a violation of an applicable rule is prohibited unless written approval has been obtained from the Department. Such concealment includes, but is not limited to, the use of gaseous diluents to achieve compliance and the unnecessary separation of an operation into parts to avoid coverage by a rule that applies only to operations larger than a specified size. [s. NR 439.10, Wis. Adm. Code]

2.  No one may render inaccurate any monitoring device or method required under ch. NR 439, Wis. Adm. Code, or in this permit. [s. NR 439.03(12), Wis. Adm. Code]

**L.  Violations**

Any owner or operator who fails to construct a stationary source in accordance with the application as approved by the department; any owner or operator who fails to construct and operate a stationary source in accordance with conditions imposed by the department under s. 285.65, Wis. Stats.; any owner or operator who modifies a stationary source in violation of conditions imposed by the department under s. 285.65, Wis. Stats.; or any owner or operator who commences construction or modification of a stationary source without applying for and receiving a permit as required under this chapter or ch. NR 408 shall be considered in violation of s. 285.60, Wis. Stats. [s. NR 406.10, Wis. Adm. Code]

**M.  Duty to Comply**

Approval to construct or modify does not relieve any owner or operator of the responsibility to comply with the emission limits of chs. NR 400 to 499, the air quality standards of ch. NR 404 or the control strategies of all local, state and federal regulations which are part of the state implementation plan. [s. NR 406.13, Wis. Adm. Code]

**N.  Recordkeeping Requirements**

1.  The permittee shall maintain the following records:

    a.  Records of all sampling, testing and monitoring conducted or required under chs. NR 400 to 499 or

under this permit. Records of sampling, testing or monitoring shall include the following:

1) The date, monitoring site and time and duration of sampling, testing, monitoring or measurements.

2) The dates the analyses were performed.

3) The company or entity that performed the analysis.

4) The analytical techniques or methods used, including supporting information such as calibration and maintenance records of all original recording charts for continuous monitoring instrumentation including emissions or equipment monitors.

5) The results of the analyses.

6) The relevant operating conditions that existed at the time of sampling, testing, monitoring or measurement.

b. Records detailing all malfunctions which cause any applicable emission limitation to be exceeded, including logs to document the implementation of the plan required under s. NR 439.11, Wis. Adm. Code;

c. Records detailing all activities specified in any compliance schedule approved by the Department under chs. NR 400 to 499, Wis. Adm. Code; and

d. Any other records relating to the emission of air contaminants which may be requested in writing by the Department.

[s. NR 439.04, Wis. Adm. Code]

2. Copies of all records and reports required under this permit shall be retained by the permittee for a period of 5 years. [s. NR 439.04(2), Wis. Adm. Code]

**O.  Required Air Emission Inventory Reports**

The permittee shall annually submit to the Department an emission inventory report of annual, actual emissions or throughput information in accordance with ch. NR 438, Wis. Adm. Code. [s. NR 438.03, Wis. Adm. Code]

**P.  Annual Emission Fees**

The permittee shall pay an annual emissions fee to the Department at the rate specified in s. 285.69(2), Wis. Stats. [ss. NR 410.04 and NR 407.09(1)(e), Wis. Adm. Code]