UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CAMBRIANS FOR THOUGHTFUL
DEVELOPMENT, U.A., JOHN MUELLER,
and LEONORE NEUMANN,

        Plaintiffs,

v.                                      Case No. 09-C-0139-C

DIDION MILLING, INC., and
DIDION ETHANOL, LLC

        Defendants.

---

NOTICE OF SUPPLEMENTAL AUTHORITY

---

Plaintiffs, Cambrians for Thoughtful Development, U.A., John Mueller, and Leonore Neumann (collectively, "Plaintiffs," or "Cambrians"), by their attorneys, McGillivray Westerberg & Bender LLC, submit the following additional authority in support of their Motion for Summary Judgment (Dkt. 18):

*Concerned Citizens Around Murphy v. Murphy Oil USA, Inc.*, Case No. 08-4986, 2010 U.S.Dist. LEXIS 10311 (E.D.La. Feb. 4, 2010). This case provides persuasive authority on standing and liability in a recent Clean Air Act citizen suit.

Dated this 10th day of February, 2010.

Attorneys for Plaintiffs
**MCGILLIVRAY WESTERBERG & BENDER LLC**


<u>/s/Christa Westerberg</u> _____
Christa Westerberg
State Bar No. 1040530
westerberg@mwbattorneys.com
David C. Bender
State Bar No. 1046102
bender@mwbattorneys.com

305 S. Paterson St.
Madison, WI 53703
(608) 310-3560 ph
(608) 310-3561 fax

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CAMBRIANS FOR THOUGHTFUL
DEVELOPMENT, U.A., JOHN MUELLER,
LEONORE NEUMANN,

      Plaintiffs,

  v.                                                         Case No. 3:09-cv-139

DIDION MILLING, INC.,
DIDION ETHANOL, LLC,

      Defendant.

---

**CERTIFICATE OF SERVICE**

---

      I hereby certify that on February 10, 2010, I caused a true and correct copy of Plaintiffs' Notice of Supplemental Authority to be served upon all of the parties appearing in this cause of action by e-mail addressed to the following through this Court's CM/ECF system per Local Rule 5.1:

Eric C. McLeod
Michael Best & Friedrich LLP
One South Pickney Street, Suite 700
Madison, WI 53703
Email: emmcleod@michaelbest.com, sktrotter@michaelbest.com
mpscrenock@michaelbest.com

                                                          /s/Christa Westerberg
                                                          Christa Westerberg